| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  IYS Ventures, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  83-2162420

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15416 South 70th Court<br>Orland Park, IL 60462<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  IYS Ventures, LLC _____     Case number (*if known*)_____
     Name

**7. Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  IYS Ventures, LLC  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor   IYS Ventures, LLC                                            Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    IYS Ventures, LLC    Case number (*if known*)
  Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 23, 2023
               MM / DD / YYYY

**X** /s/ Muwafak Rizek                          Muwafak Rizek
Signature of authorized representative of debtor    Printed name

Title    Manager - Member

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                       Date    May 23, 2023
Signature of attorney for debtor                        MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 427-1558      Email address  greg@gregstern.com

6183380 IL
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | IYS Ventures, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aramark Uniform Services<br>2334 South Michigan Avenue<br>Chicago, IL 60616 | | Trade Credit | | | | $22,920.38 |
| BMW Financial Services<br>Customer Service Center<br>PO Box 3608<br>Dublin, OH 43016-0306 | | 2023 BMW M8 | | $158,504.07 | $120,000.00 | $38,504.07 |
| Byzfunder NY LLC<br>530 7th Avenue<br>Suite 505<br>New York, NY 10018 | | Loan | | | | $153,986.32 |
| Coca-Cola Bottling Company<br>PO Box 105637<br>Atlanta, GA 30348 | | Trade Credit | | | | $65,383.48 |
| EBY Brown Company LLC<br>1415 West Diehl Road<br>Naperville, IL 60563 | | Trade Credit | Unliquidated Disputed | | | $6,935,588.31 |
| Fox Capital Group, Inc.<br>1407 Broadway<br>40th Floor<br>New York, NY 10018 | | Loan | | | | $444,005.00 |
| Frito-Lay, Inc.<br>7700 Bulldog Drive<br>Summit Argo, IL 60501 | | Trade Credit | | | | $104,661.20 |
| Itria Ventures<br>1 Penn Plaza<br>Suite 3101<br>New York, NY 10119 | | Loans | | | | $931,762.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor  IYS Ventures, LLC  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Manistique Oil Company<br>216 Deer Street<br>Manistique, MI 49854 | | Trade Credit | | | | $24,155.51 |
| Patriot Capital Corporation<br>3565 Piedmont Road NE Building 1<br>Suite 430<br>Atlanta, GA 30305 | | Equipment (Gasoline Pumps) | | $361,562.00 | $110,000.00 | $251,562.00 |
| Pepsi Beverages Co.<br>2541 West 20th Avenue<br>Oshkosh, WI 54904 | | Trade Credit | | | | $200,085.54 |
| Red Bull Distrtibution Company<br>PO Box 204750<br>Dallas, TX 75320 | | Trade Credit | | | | $40,203.87 |
| Samson Funding<br>17 State Street<br>Suite 630<br>New York, NY 10004 | | Loans | | | | $4,091,514.00 |
| The Huntington National Bank<br>17 South High Street<br>Columbus, OH 43215 | | Deposit Account Agreement and Treasury Management Services Agreement Defaults | | | | $694,283.58 |
| The Huntington National Bank<br>17 South High Street<br>Columbus, OH 43215 | | Deposit Account Agreement and Treasury Management Services Agreement Defaults | | | | $669,658.22 |
| The Huntington National Bank<br>17 South High Street<br>Columbus, OH 43215 | | Deposit Account Agreement and Treasury Management Services Agreement Defaults | | | | $487,944.00 |
| U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | | Loan | | | | $165,381.82 |
| U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | | Loan | | | | $164,950.66 |

Debtor  IYS Ventures, LLC
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wisconsin Department of Revenue 2135 Rimrock Road Madison, WI 53713 | | Sales Tax | | | | Unknown |
| Xcel Energy PO Box 9477 Minneapolis, MN 55484-9477 | | Trade Credit | | | | $33,362.98 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: IYS Ventures, LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| I Mart Stores, LLC<br>15416 South 70th Court<br>Orland Park, IL 60462 | Membership Interest | | 1% Membership Interest |
| Muwafak Rizek<br>7924 Keystone Road<br>Orland Park, IL 60462 | Membership Interest | | 99% Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager - Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 23, 2023

Signature: *(signed)* Muwafak Rizek

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re: IYS Ventures, LLC

Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 45

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: May 23, 2023

/s/ Muwafak Rizek
Muwafak Rizek/Manager - Member
Signer/Title

American Bottling Company
400 North Wolf Road
Suite A
Northlake, IL 60164-1659

Aramark Uniform Services
2334 South Michigan Avenue
Chicago, IL 60616

Bauer Services of Welch, LLC
26469 130th Avenue
Welch, MN 55089

Benedict Sales & Service
1003 Harlem Street
Red Wing, MN 55066

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

Byzfunder NY LLC
530 7th Avenue
Suite 505
New York, NY 10018

Certified Refrigeration & Mechanical LLC
PO Box 8779
Madison, WI 53708

Coca-Cola Bottling Company
PO Box 105637
Atlanta, GA 30348

Cook Sign Services
105 Garfield Avenue
Marquette, MI 49855

Dakota Electric Services, Inc.
2801 East 21st Street
Marshfield, WI 54449

EBY Brown Company LLC
1415 West Diehl Road
Naperville, IL 60563

Ferguson Electric Inc.
326 Illinois Avenue SW
Huron, SD 57350

Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Fox Capital Group, Inc.
1407 Broadway
40th Floor
New York, NY 10018

Frito-Lay, Inc.
7700 Bulldog Drive
Summit Argo, IL 60501

GFL Environmental Inc.
10690 W Six Mile Road
Detroit, MI 48235

Home State Security
250 East 5th Street
15 Floor
Cincinnati, OH 45202

Itria Ventures
1 Penn Plaza
Suite 3101
New York, NY 10119

Manistique Oil Company
216 Deer Street
Manistique, MI 49854

Marks Supermarket NC Inc.
317 U.S. Highway 64 West
Creswell, NC 27928

Mercedes Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209


Minn's Air Service
102 North Main Street
Reeseville, WI 53579


Minnesota Power
30 West Superior Street
Duluth, MN 55802


Monona Plumbing and Fire Protection, Inc
3126 Watfird Way
Madison, WI 53713


OSI Environmental Inc.
300 Fayal Road
Eveleth, MN 55734


Patriot Capital Corporation
3565 Piedmont Road
NE Building 1
Suite 430
Atlanta, GA 30305


Pentair Commercial Servics LLC
PO Box 7410471
Chicago, IL 60674-0471


Pepsi Beverages Co.
2541 West 20th Avenue
Oshkosh, WI 54904


Pestop Hay Creek Lawn & Power
2040 Neal Street
Red Wing, MN 55066


Premium Quality LIghting
2285 Ward Avenue
Simi Valley, CA 93065


Priority Heating & Cooling, Inc.
635 Hayward Avenue North
Oakdale, MN 55128

Red Bull Distrtibution Company
PO Box 204750
Dallas, TX 75320


Munadel Rizek
7924 Keystone Road
Orland Park, IL 60462


Rumke
10795 Hughes Road
Cincinnati, OH 45251


S&F Excavating & Construction
887 Highway 46
Amery, WI 54001


Samson Funding
17 State Street
Suite 630
New York, NY 10004


South Dakota Department of Revenue
445 East Capital Avenue
Pierre, SD 57501


Southern Ohio Door Controls
PO Box 331
Miamitown, OH 45041


Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077


The Huntington National Bank
17 South High Street
Columbus, OH 43215


U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416


Volkswagon Credit
P.O. Box 5215
Carol Stream, IL 60197

```
We Energies
PO Box 2046
Milwaukee, WI 53201-2046


Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713


Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    IYS Ventures, LLC
Debtor(s)

Case No.
Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  IYS Ventures, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 23, 2023
Date

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Signature of Attorney or Litigant
Counsel for   IYS Ventures, LLC
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558 Fax:(312) 427-1289
greg@gregstern.com