**Fill in this information to identify the case:**

Debtor name      IYS Ventures, LLC

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   23-06782

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| --- | --- | --- | --- |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. BMO Harris Bank | Checking | 7629 | $2,340.05 |
| 3.2. One Community Bank | Checking | 4451 | $0.00 |
| 3.3. Farmers & Merchants State Bank | Checking | 5799 | $3,630.00 |
| 3.4. Incredible Bank | Checking | 1059 | $14,037.13 |
| 3.5. Bank First | Checking | 3572 | $1,835.37 |
| 3.6. First National Bank of Minnesota | Checking | 8078 | $3,400.00 |

4. **Other cash equivalents** *(Identify all)*

| Debtor | IYS Ventures, LLC | Case number *(If known)* | 23-06782 |
|--------|-------------------|--------------------------|----------|
| | Name | | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$25,242.55

---

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

- ■ No. Go to Part 3.
- ☐ Yes Fill in the information below.

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|----------------------------------------|------------------------------------|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** Inventory | | Unknown | | Unknown |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | IYS Ventures, LLC | Case number *(If known)* 23-06782 |
|---|---|---|
| | Name | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** 3 Desks, 2 Couches, Table, 6 Chairs, Coffee Maker | Unknown | Liquidation | $460.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 5 Computers, 3 Printers | Unknown | Liquidation | $1,200.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $1,660.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2023 BMW M8 | Unknown | | $85,000.00 |
| 47.2. | 2020 Volkswagen Atlas (leased) | Unknown | | $14,000.00 |
| 47.3. | 2021 Mercedes Sprinter Van M2CA46 | Unknown | | $21,090.00 |

| Debtor | IYS Ventures, LLC | Case number *(If known)* 23-06782 |
|---|---|---|
| | Name | |

| 47.4. | 2023 Mercedes Sprinter Van M2CAES | Unknown | $45,178.00 |
|---|---|---|---|
| 47.5. | 2021 Mercedes Sprinter M2CA76 | Unknown | $12,240.00 |
| 47.6. | 2023 BMW X7 | Unknown | $64,446.00 |
| 47.7. | 2022 Nissan Ultima | Unknown | $23,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$264,954.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  1001 Irving Park Road, Elgin, Illinois 60120 | Fee Simple | Unknown | Recent cost | $265,000.00 |
| 55.2.  3748 North High School Road, Indianapolis, Indiana 46224 | Fee simple | Unknown | Recent cost | $575,000.00 |

| Debtor | IYS Ventures, LLC | | | Case number *(If known)* 23-06782 |
| | Name | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.3. | 8598 Michigan Road, Indianapolis, Indiana 46268 | Fee Simple | | Unknown | Recent cost | $675,000.00 |
| 55.4. | 10843 Montgomery Road, Cincinnati, OH 45242 | Fee simple | | Unknown | Recent cost | $275,000.00 |
| 55.5. | 830 East Cherry Street, Vermillion, South Dakota 57069 | Fee simple | | Unknown | Recent cost | $100,000.00 |
| 55.6. | 304 East College Drive, Marshall, Minnesota 56258 | Fee Simple | | Unknown | Recent cost | $125,000.00 |
| 55.7. | 1903 Dakota Avenue, Huron, South Dakota 57350 | Fee Simple | | Unknown | Recent cost | $100,000.00 |
| 55.8. | 615 Ninth Avenue SE, Watertown, South Dakota 57201 | Fee Simple | | Unknown | Recent cost | $100,000.00 |
| 55.9. | 314 East Badger Street, Waupaca, Wisconsin | Fee Simple | | Unknown | Recent cost | $255,000.00 |
| 55.10. | 727 Main Street, Red Wing, Minnesota | Fee Simple | | Unknown | Recent cost | $150,000.00 |
| 55.11. | 23 sites in Illinois, Louisiana, Minnesota, Ohio, South Dakota & Virginia | Leasehold Interest | | Unknown | | Unknown |
| 55.12. | 17 sites in Minnesota & Wisconsin | Leasehold Interest | | Unknown | | $0.00 |

56.    **Total of Part 9.**                                                                     | $2,620,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    IYS Ventures, LLC
_____                    Case number *(If known)*  23-06782
         Name

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    IYS Ventures, LLC
_____    Case number *(If known)*  23-06782
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,242.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,660.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $264,954.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $2,620,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $291,856.55 | + 91b. $2,620,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,911,856.55 |

**Fill in this information to identify the case:**

Debtor name ___ IYS Ventures, LLC

United States Bankruptcy Court for the: ___ NORTHERN DISTRICT OF ILLINOIS

Case number (if known) ___ 23-06782

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BMW Financial Services** Creditor's Name Customer Service Center PO Box 3608 Dublin, OH 43016-0306 Creditor's mailing address | **Describe debtor's property that is subject to a lien** 2023 BMW M8 | $158,504.07 | $85,000.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien** ___

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **BMW Financial Services** Creditor's Name Customer Service Center PO Box 3608 Dublin, OH 43016-0306 Creditor's mailing address | **Describe debtor's property that is subject to a lien** 2023 BMW X7 | $105,513.57 | $64,446.00 |

**Describe the lien** ___

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   IYS Ventures, LLC
_____
Name

Case number (if known)   23-06782
_____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Byzfunder NY LLC | | Describe debtor's property that is subject to a lien | $153,986.32 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

530 7th Avenue
Suite 505
New York, NY 10018

Cash, Accounts & Other Collateral

Creditor's mailing address

**Describe the lien**
Consensual

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/25/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Fox Capital Group, Inc. | | Describe debtor's property that is subject to a lien | $444,005.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

1407 Broadway
40th Floor
New York, NY 10018

Cash, Accounts & Other Collateral

Creditor's mailing address

**Describe the lien**
Consensual

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/23/22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Itria Ventures | | Describe debtor's property that is subject to a lien | $1,492,108.98 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

1 Penn Plaza
Suite 3101
New York, NY 10119

Cash, Accounts & Other Collateral

Creditor's mailing address

**Describe the lien**
Consensual

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☑ Disputed |

---

**2.6  M&M Service**
Creditor's Name

315 East 15th Street
Covington, KY 41011
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2002
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
314 East Badger Street, Waupaca, Wisconsin

**Describe the lien**
Labor and Mechanic's Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$123,994.40    $255,000.00

---

**2.7  Marks Supermarket NC Inc.**
Creditor's Name

317 U.S. Highway 64 West
Creswell, NC 27928
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/21
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
Real Properties in Schedule B (No. 55)

**Describe the lien**
Mortgage
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,200,000.00    $2,620,000.00

---

**2.8  Mercedes Benz Financial Services**
Creditor's Name

PO Box 5209
Carol Stream, IL 60197-5209
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2021 Mercedes Sprinter Van M2CA46

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
☑ No

$43,016.28    $21,090.00

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**
3/3/22
**Last 4 digits of account number**
6001
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Mercedes Benz Financial Services | | $71,339.58 | $45,178.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 5209
Carol Stream, IL 60197-5209
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/18/23
**Last 4 digits of account number**
4002
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Mercedes Sprinter Van M2CAES

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Mercedes Benz Financial Services | | $21,064.51 | $12,240.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 5209
Carol Stream, IL 60197-5209
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/9/21
**Last 4 digits of account number**
1001
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2021 Mercedes Sprinter M2CA76

**Describe the lien**
Retail Installment Contract - Motor Vehicle
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Nissan Motor Acceptance Corporation | | Unknown | $23,000.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

---

**Creditor's Name**

Bankruptcy Department
PO Box 660577
Dallas, TX 75266-0577

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

2022 Nissan Ultima

**Describe the lien**
Retail Installment Contract - Motor Vehicle

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

**Is anyone else liable on this claim?**
[✓] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

**2.1 2**

**Samson Funding**

**Creditor's Name**

17 State Street
Suite 630
New York, NY 10004

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Cash, Accounts & Other Collateral

**Describe the lien**
Consensual

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

$4,091,514.00        Unknown

---

**2.1 3**

The Huntington National Bank

**Creditor's Name**

17 South High Street
Columbus, OH 43215

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**
8/2/21

**Last 4 digits of account number**
xx62

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Equipment (Gasoline Pumps)

**Describe the lien**
Purchase Money Security Interest

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[✓] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$202,038.49        Unknown

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 4 | The Huntington National Bank | Describe debtor's property that is subject to a lien | $148,275.52 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Equipment (Gasoline Pumps) | | |

**17 South High Street
Columbus, OH 43215**

Creditor's mailing address

**Describe the lien**
Purchase Money Security Interest

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/30/21

**Last 4 digits of account number**
xx04

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $11,695,013.74 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   IYS Ventures, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   23-06782

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78,082.05 | Unknown |
| | Date or dates debt was incurred<br>2022 | Basis for the claim:<br>Sales and Use Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>American Bottling Company<br>400 North Wolf Road<br>Suite A<br>Northlake, IL 60164-1659<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | | $6,438.83 |
| 3.2 | Nonpriority creditor's name and mailing address<br>Aramark Uniform Services<br>2334 South Michigan Avenue<br>Chicago, IL 60616<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | | $22,920.38 |

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

Bauer Services of Welch, LLC
26469 130th Avenue
Welch, MN 55089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,434.30 |
|---|---|---|---|

Benedict Sales & Service
1003 Harlem Street
Red Wing, MN 55066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,168.00 |
|---|---|---|---|

Certified Refrigeration & Mechanical LLC
PO Box 8779
Madison, WI 53708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,383.48 |
|---|---|---|---|

Coca-Cola Bottling Company
PO Box 105637
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,778.93 |
|---|---|---|---|

Cook Sign Services
105 Garfield Avenue
Marquette, MI 49855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,542.82 |
|---|---|---|---|

Dakota Electric Services, Inc.
2801 East 21st Street
Marshfield, WI 54449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,935,588.31 |
|---|---|---|---|

EBY Brown Company LLC
1415 West Diehl Road
Naperville, IL 60563

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,068.83 |
|---|---|---|---|
| | Ferguson Electric Inc. | ☐ Contingent | |
| | 326 Illinois Avenue SW | ☐ Unliquidated | |
| | Huron, SD 57350 | ☐ Disputed | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $638.00 |
|---|---|---|---|
| | Food and Drug Administration | ☐ Contingent | |
| | 10903 New Hampshire Avenue | ☐ Unliquidated | |
| | Silver Spring, MD 20993 | ☐ Disputed | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $104,661.20 |
|---|---|---|---|
| | Frito-Lay, Inc. | ☐ Contingent | |
| | 7700 Bulldog Drive | ☐ Unliquidated | |
| | Summit Argo, IL 60501 | ☐ Disputed | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,709.48 |
|---|---|---|---|
| | GFL Environmental Inc. | ☐ Contingent | |
| | 10690 W Six Mile Road | ☐ Unliquidated | |
| | Detroit, MI 48235 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,950.00 |
|---|---|---|---|
| | Home State Security | ☐ Contingent | |
| | 250 East 5th Street | ☐ Unliquidated | |
| | 15 Floor | ☐ Disputed | |
| | Cincinnati, OH 45202 | | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,155.51 |
|---|---|---|---|
| | Manistique Oil Company | ☐ Contingent | |
| | 216 Deer Street | ☐ Unliquidated | |
| | Manistique, MI 49854 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $213.64 |
|---|---|---|---|
| | Minn's Air Service | ☐ Contingent | |
| | 102 North Main Street | ☐ Unliquidated | |
| | Reeseville, WI 53579 | ☐ Disputed | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Trade Credit_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address**
Minnesota Power
30 West Superior Street
Duluth, MN 55802

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$10,884.84

---

**3.18** | **Nonpriority creditor's name and mailing address**
Monona Plumbing and Fire Protection, Inc
3126 Watfird Way
Madison, WI 53713

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$1,213.75

---

**3.19** | **Nonpriority creditor's name and mailing address**
OSI Environmental Inc.
300 Fayal Road
Eveleth, MN 55734

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$1,241.10

---

**3.20** | **Nonpriority creditor's name and mailing address**
Pentair Commercial Servics LLC
PO Box 7410471
Chicago, IL 60674-0471

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$500.61

---

**3.21** | **Nonpriority creditor's name and mailing address**
Pepsi Beverages Co.
2541 West 20th Avenue
Oshkosh, WI 54904

Date(s) debt was incurred  2023 & prior year

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$200,085.54

---

**3.22** | **Nonpriority creditor's name and mailing address**
Pestop Hay Creek Lawn & Power
2040 Neal Street
Red Wing, MN 55066

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$2,552.25

---

**3.23** | **Nonpriority creditor's name and mailing address**
Premium Quality LIghting
2285 Ward Avenue
Simi Valley, CA 93065

Date(s) debt was incurred  2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,423.00**

Priority Heating & Cooling, Inc.
635 Hayward Avenue North
Oakdale, MN 55128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,203.87**

Red Bull Distrtibution Company
PO Box 204750
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,462,316.00**

Munadel Rizek
7924 Keystone Road
Orland Park, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023 & prior years_

**Basis for the claim:** _Loans_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,408.22**

Rumke
10795 Hughes Road
Cincinnati, OH 45251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00**

S&F Excavating & Construction
887 Highway 46
Amery, WI 54001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$638.00**

South Dakota Department of Revenue
445 East Capital Avenue
Pierre, SD 57501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Assessment_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,360.00**

Southern Ohio Door Controls
PO Box 331
Miamitown, OH 45041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Trade Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077

**Date(s) debt was incurred**  2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                   $10,929.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 South High Street
Columbus, OH 43215

**Date(s) debt was incurred**  2023 & prior year
**Last 4 digits of account number**  8201

**As of the petition filing date, the claim is:** Check all that apply.                                   $487,944.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit Account Agreement and Treasury Management
Services Agreement Defaults

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 South High Street
Columbus, OH 43215

**Date(s) debt was incurred**  2023 & prior year
**Last 4 digits of account number**  2027

**As of the petition filing date, the claim is:** Check all that apply.                                   $669,658.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit Account Agreement and Treasury Management
Services Agreement Defaults

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 South High Street
Columbus, OH 43215

**Date(s) debt was incurred**  2023 & prior year
**Last 4 digits of account number**  2014

**As of the petition filing date, the claim is:** Check all that apply.                                   $694,283.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deposit Account Agreement and Treasury Management
Services Agreement Defaults

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                   $164,950.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                   $165,381.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address**
Volkswagen Credit
P.O. Box 5215
Carol Stream, IL 60197

**Date(s) debt was incurred** _
**Last 4 digits of account number**  3021

**As of the petition filing date, the claim is:** Check all that apply.                                   $5,508.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  2020 Volkswagen Atlas (leased)

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,625.78 |
|---|---|---|---|
| | We Energies | ☐ Contingent | |
| | PO Box 2046 | ☐ Unliquidated | |
| | Milwaukee, WI 53201-2046 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2023 | **Basis for the claim:** Trade Credit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33,362.98 |
|---|---|---|---|
| | Xcel Energy | ☐ Contingent | |
| | PO Box 9477 | ☐ Unliquidated | |
| | Minneapolis, MN 55484-9477 | ☐ Disputed | |
| | **Date(s) debt was incurred** 2023 | **Basis for the claim:** Trade Credit | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 78,082.05 |
| 5b. Total claims from Part 2 | 5b. + $ | 11,174,723.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 11,252,805.24 |

**Fill in this information to identify the case:**

Debtor name ____IYS Ventures, LLC_____

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   23-06782_____

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Management and Operations Agreement for Louisiana (1) site<br><br>State the term remaining — 5 year term commencing 12/2022<br><br>List the contract number of any government contract | 7 Mart, Inc.<br>13301 Plank Road<br>Baton Rouge, LA 70815 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Management and Operations Agreement for leased Wisconsin (7) sites<br><br>State the term remaining — Balance of original 5 year term<br><br>List the contract number of any government contract | Ameer Investment, Inc.<br>8950 103rd Street<br>Palos Hills, IL 60465 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Management and Operations Agreement for owned Indiana (2) and Wisconsin (1) sites<br><br>State the term remaining — 3 years commencing 11/1/2022<br><br>List the contract number of any government contract | Ameer Investment, Inc.<br>8950 103rd Street<br>Palos Hills, IL 60465 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Management Agreement for leased Louisiana (2), Mississippi (2) and Virginia (1) sites<br><br>State the term remaining — Balance of original 5 year term<br><br>List the contract number of any government contract | Areej Investment, Inc.<br>8950 103d Street<br>Palos Hills, IL 60465 |

| Debtor 1 | IYS Ventures, LLC | | | Case number *(if known)* | 23-06782 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Unitary Lease Agreement and Related Agreements for 17 sites in Minnesota & Wisconsin | |
| | State the term remaining | 10 year term commencing 2/9/2021 with 2 5 year options | Erickson Oil Products, Inc. CAP Operations, Inc. 600 Hamilton Suite 500 Allentown, PA 18101 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for leased Louisiana (1) site | |
| | State the term remaining | 5 year term commencing 12/2022 | F&M Stop Market LLC 12392 Plank Road Baton Rouge, LA 70811 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for leased Minnesota (13) and South Dakota (2) sites | |
| | State the term remaining | Balance of original 5 year term | Kareem, Inc. 8950 103rd Street Palos Hills, IL 60465 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for owned Minnesota (2) and South Dakota (2) sites | |
| | State the term remaining | 3 years commencing 11/1/2022 | Kareem, Inc. 8950 103rd Street Palos Hills, IL 60465 |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for leased Michigan (2) sites | |
| | State the term remaining | Balance of original 5 year term | Kenan Ventures, LLC 8950 103d Street Palos Hills, IL 60465 |
| | List the contract number of any government contract | | |

Debtor 1   IYS Ventures, LLC

First Name      Middle Name      Last Name          Case number *(if known)*   23-06782

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for leased Ohio (7) sites | |
|---|---|---|---|
| | State the term remaining | Balance of original 5 year term | Leanne Investment, LLC |
| | List the contract number of any government contract | | 8950 103rd Street Palos Hills, IL 60465 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for owned Ohio (1) site | |
|---|---|---|---|
| | State the term remaining | 3 years commencing 11/1/2022 | Leanne Investment, LLC |
| | List the contract number of any government contract | | 8950 103rd Street Palos Hills, IL 60465 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for owned Illinois (1) site | |
|---|---|---|---|
| | State the term remaining | 3 year term commencing 11/1/2022 | Leanne Ventures, LLC |
| | List the contract number of any government contract | | 8950 103rd Street Palos Hills, IL 60465 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Unitary Lease Agreement and Related Agreements for 23 sites in Illinois, Louisiana, Minnesota, Ohio, South Dakota & Virginia | |
|---|---|---|---|
| | State the term remaining | 10 year term commencing 3/10/2021 with  2 5 year options | LGP Realty Holdings LP Lehigh Gas Wholesale Services, Inc. Erickson Oil Products, Inc. |
| | List the contract number of any government contract | | 600 Hamilton Street, Suite 500 Allentown, PA 18101 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Management and Operations Agreement for Louisiana (1) site | |
|---|---|---|---|
| | State the term remaining | 5 year term commencing 12/2022 | M&A 200, Inc. |
| | List the contract number of any government contract | | 12567 Florida Boulevard Baton Rouge, LA 70815 |

| Debtor 1 | IYS Ventures, LLC | | | Case number (*if known*) | 23-06782 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Motor Vehicle Lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Volkswagen Credit<br>P.O. Box 5215<br>Carol Stream, IL 60197 |

---

**Fill in this information to identify the case:**

Debtor name _____ IYS Ventures, LLC_____

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____ 23-06782_____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Isam Samara | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | EBY Brown Company LLC | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.2 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Fox Capital Group, Inc. | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Mercedes Benz Financial Services | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Volkswagen Credit | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.5 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Mercedes Benz Financial Services | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | IYS Ventures, LLC | | Case number *(if known)* | 23-06782 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Mercedes Benz<br>Financial Services | ■ D    2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | BMW Financial<br>Services | ■ D    2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Byzfunder NY LLC | ■ D    2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | The Huntington<br>National Bank | ■ D    2.13<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | BMW Financial<br>Services | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Itria Ventures | ■ D    2.5<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | Samson Funding | ■ D    2.12<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | U.S. Small Business<br>Administration | ☐ D _____<br>■ E/F    3.35<br>☐ G _____ |

| Debtor | IYS Ventures, LLC | Case number *(if known)* | 23-06782 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | U.S. Small Business<br>Administration | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |
| 2.15 | Muwafak Rizek | 7924 Keystone Road<br>Orland Park, IL 60462-5166 | EBY Brown Company<br>LLC | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |