**Fill in this information to identify the case:**

Debtor name: IYS Ventures, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-06782

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................... $ 2,620,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $ 291,856.55

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................... $ 2,911,856.55

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 11,695,013.74

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 78,082.05

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$ 11,174,723.19

4. **Total liabilities** ..................................................................................................... $ 22,947,818.98
   Lines 2 + 3a + 3b