Form G-3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ) Chapter
)
) No.
)
Debtor(s) ) Judge

## NOTICE OF MOTION

TO:  See attached list

    PLEASE TAKE NOTICE that on _____, at _____, I will appear before the Honorable _____, or any judge sitting in that judge's place, **either** in courtroom _____ of the _____ , _____ , **or** electronically as described below, and present the motion of _____[to/for] _____, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

    You may appear electronically by video or by telephone.

    **To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

    **Meeting ID and passcode.**  The meeting ID for this hearing is _____, and the passcode is _____.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                             By: _____

**CERTIFICATE OF SERVICE**

I, _____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _____, at _____.

_____
[Signature]

# ATTACHMENT "SERVICE LIST"

Monica C O'Brien
Gregory K. Stern, P.C.
53 West Jackson Boulevard, Suite 1442
Chicago, IL 60604
monica@gregstern.com
Attorney for Debtor
via electronic notification

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov
U.S Trustee
via electronic notification

IYS Ventures, LLC
15416 South 70th Court
Orland Park, IL 60462
Debtor
via US Mail

Muwafak Rizek
7924 Keystone Road
Orland Park, IL 60462-5166
Co- Debtor
via US Mail

**SERVED BY UNITED STATES MAIL:**

Aramark Uniform Services
2334 South Michigan Avenue
Chicago, IL 60616

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

Byzfunder NY LLC
530 7th Avenue
Suite 505
New York, NY 10018

Coca-Cola Bottling Company
PO Box 105637
Atlanta, GA 30348

EBY Brown Company LLC
1415 West Diehl Road
Naperville, IL 60563

Fox Capital Group, Inc.
1407 Broadway
40th Floor
New York, NY 10018

Frito-Lay, Inc.
7700 Bulldog Drive
Summit Argo, IL 60501

Itria Ventures
1 Penn Plaza
Suite 3101
New York, NY 10119

| | |
|---|---|
| Manistique Oil Company<br>216 Deer Street<br>Manistique, MI 49854 | Patriot Capital Corporation<br>3565 Piedmont Road<br>NE Building 1<br>Suite 430<br>Atlanta, GA 30305 |
| Pepsi Beverages Co.<br>2541 West 20th Avenue<br>Oshkosh, WI 54904 | Red Bull Distrtibution Company<br>PO Box 204750<br>Dallas, TX 75320 |
| Samson Funding<br>17 State Street<br>Suite 630<br>New York, NY 10004 | The Huntington National Bank<br>17 South High Street<br>Columbus, OH 43215 |
| U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713 |
| Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) In Proceedings |
| | ) Under Chapter 11 |
| IYS Ventures, LLC | ) |
| Debtor | ) Case No. 23-06782 |
| | ) Honorable Judge David D. Cleary |

## MOTION FOR RELIEF FROM STAY OR IN THE ALTERNATIVE
## MOTION FOR ADEQUATE PROTECTION

NOW COMES Ally Bank, by and through its undersigned attorney, and as for its Motion for Relief from Stay or in the alternative Motion for Adequate Protection, states as follows:

1. Ally Bank is a Creditor of the Debtor and is seeking relief pursuant to 11 U.S.C. § 362.

2. On August 13, 2022, Debtor IYS Ventures, LLC and Co- Debtor Muwafak Rizek executed a Retail Installment Contract for an interest in one, 2022 Nissan Altima Sedan 4D SR 2.5L I4, VIN 1N4BL4CV8NN412200 ("Contract"). A true and correct copy of the Contract is attached hereto as Exhibit "A".

3. Ally Bank has a properly perfected interest in the Collateral, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle. A true and correct copy of the Certificate of Title is attached hereto as Exhibit "B".

4. On May 23, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code.

5. As of September 1, 2023, the total debt owed to Ally Bank was $30,990.30. Ally Bank alleges the value of said motor vehicle is approximately $25,125.00 pursuant to a N.A.D.A. Valuation attached hereto as Exhibit "C".

6. Cause to lift the stay exists because the Debtor is in default. Debtor has not made sufficient payment towards adequate protection prior to confirmation. The total post-petition arrears are in the amount of $1,779.84. The last payment was received on May 4, 2023. A copy of the payment history is attached as Exhibit "D".

7. This motor vehicle is not necessary for the Debtor's effective reorganization.

8. Ally Bank's collateral is a rapidly depreciating asset.

9. Ally Bank's collateral is rapidly depreciating, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 400l(a)(3).

WHEREFORE, Ally Bank prays this Honorable Court for the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362 and so as to allow Ally Bank to take possession of one 2022 Nissan Altima Sedan 4D SR 2.5L I4, VIN 1N4BL4CV8NN412200. In the event that the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral; and to enforce its rights against the security in accordance with the agreement and/or applicable state laws and to find that Federal Rule 400l(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and thus Ally Bank may immediately enforce and implement the Order Modifying the Automatic Stay and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ James M. Philbrick
James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P.O. Box 351
Mundelein, IL 60060
Phone: (847) 949-5290
jamesphilbrick@comcast.net