UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| IYS VENTURES, LLC, | ) | CASE NO. 23-06782 |
| | ) | |
| DEBTOR. | ) | JUDGE DAVID D. CLEARY |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 21, 2023, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the **Second Supplement to United States Trustee's Motion to Appoint Chapter 11 Trustee and to Shorten Notice** [Docket No. 214]

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
U. S. TRUSTEE

*/s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-3327

## CERTIFICATE OF SERVICE

      I, Jeffrey L. Gansberg, certify that on September 21, 2023, I caused to be served copies of the **Notice of Filing** and **Second Supplement to United States Trustee's Motion to Appoint Chapter 11 Trustee and to Shorten Notice** on the ECF Registrants shown below via the Court's Electronic Notice for Registrants and via First Class U.S. Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ Jeffrey L. Gansberg*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| Kimberly Ross Clayson | kclayson@taftlaw.com, ttorni@taftlaw.com |
| | det_docket_assist@taftlaw.com |
| Jillian S Cole | jcole@taftlaw.com  wserritella@taftlaw.com |
| | chi_docket_assist@taftlaw.com  lsterling@taftlaw.com |
| Gordon E. Gouveia | ggouveia@foxrothschild.com  orafalovsky@foxrothschild.com |
| Miriam Stein Granek | mgranek@gutnicki.com  docket@gutnicki.com |
| | 1694884420@filings.docketbird.com |
| Matthew Robert Higgins | mhiggins@foxrothschild.com |
| Shanna M. Kaminski | skaminski@kaminskilawpllc.com |
| William K Kane | wkane@sheppardmullin.com  bcastillo@sheppardmullin.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Monica C O'Brien | monica@gregstern.com |
| Dennis E. Quaid | dquaid3@gmail.com |
| John Reding | john.reding@ilag.gov |
| Rachel S Sandler | rachel@gregstern.com |
| Daniel Scheeringa | dscheeringa@gutnicki.com |
| William J Serritella | wserritella@taftlaw.com  lsterling@taftlaw.com |
| | CHI_Docket_Assist@taftlaw.com |
| Gregory K Stern | greg@gregstern.com  monica@gregstern.com |
| Ariel Weissberg | ariel@weissberglaw.com  Hava@weissberglaw.com |
| | rakesh@weissberglaw.com  oleh@weissberglaw.com |
| | 6010998420@filings.docketbird.com  varun@weissberglaw.com |
| Yeoeun C Yoon | yyoon@taftlaw.com  CHI_Docket_Assist@taftlaw.com |

**Parties Served via First Class Mail:**
**(By BMC Group)**

IYS Ventures, LLC
15416 South 70th Court
Orland Park, IL 60462

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

BMW Bank of North America
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Peter C. Buckley
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113