# EXHIBIT B – Cash Flow Projections

# To Be Filed