UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 23-06782
IYS VENTURES, LLC,  )
 )
 )  Chapter: 11
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

## ORDER AUTHORIZING PUSHBACK AND MUTUAL TERMINATION OF IL0097, LA0057 AND LA007 ONLY

This matter coming on to be heard on the Debtor IYS Ventures LLC's Motion To Approve Pushback And Mutual Termination Of IL0097, LA0057 and LA0060 In The Ordinary Course, due and proper notice have been served, and the Court having jurisdiction over the subject matter and parties and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Debtor's Pushback and Mutual Termination of IL0097, LA0057 and LA0060 in the Ordinary Course is approved and the Debtor is authorized to pushback the Marketing Premises located at 3321 West Algonquin Road, Rolling Meadows, Illinois IL0097; 1648 Pitkin Road, Leesvillle, Louisiana LA0057; and 1764 North Parkerson Avenue, Crowley, Louisiana LA0060 to the CAP Entities pursuant to a mutual franchise termination agreement in the form of the Mutual Franchise Termination Agreement (PMPA) – IL0097, LA0057 and LA0060 Only attached hereto as Exhibit A.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: January 17, 2024

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #  02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558