IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES LLC, | ) | Case No. 23-06782 |
| | ) | |
| | ) | Hon. David D. Cleary |

## AMENDED NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on January 31, 2024, at 10:00 a.m., I shall appear before the Honorable Judge David D. Cleary, or any other judge sitting in his stead, either in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below and request a hearing on the Debtor's Amended Motion To Set Hearing on the Approval of the Adequacy of the Disclosure Statement, a copy of which is attached hereto and thereby served upon you.

**Important: Only parties and their counsel may appear for presentation of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: http://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is Meeting ID: 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, these motions will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motions in advance without a hearing.



                                                                           /s/ Gregory K. Stern
                                                                             Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604 /
(312) 427-1558

# CERTIFICATE OF SERVICE

   I, the undersigned, an attorney, hereby certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and AMENDED MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 26th day of January 2024.

                       /s/ Gregory K. Stern
                          Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST
## Registrants Served Through The Court's Electronic Notice For Registrants

Patrick Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

William J. Serritella/Yeoeun C. Yoon/Kimberly Ross Clayson/Jillian S. Cole
111 East Wacker Drive, #2600
Chicago, Illinois 60601

Miriam Stein Granek
4711 Golf Road, #200
Skokie, Illinois 60076

Gordon E. Gouveia/Peter C. Buckley/Matthew Higgins
321 North Clark Street, Suite 1600
Chicago, Illinois 60654

William K. Kane/Robert McLellard
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654

Ariel Weissberg
125 South Wacker Drive, Suite 300
Chicago, IL 60606

John Morgan
2777 Summer St.
Stamford, CT 06805

Cari Kauffman
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601

James Philbrick
P.O. Box 351
Mundelein, Illinois 60060

John Reding
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

Joseph D. Frank
1327 West Washington Boulevard, Suite 5 G-H
Chicago, Illinois 60607

Kevin Kobbe
DLA Piper
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202

**Parties Served Via United States Mail**

IYS Ventures, LLC
15416 South 70th Court
Orland Park, Illinois 60462

Aramark Uniform Services
2334 South Michigan Avenue
Chicago, IL 60616

BMW Financial Services/Customer Service Center
PO Box 3608
Dublin, OH 43016-0306

Byzfunder NY LLC
530 7th Avenue, Suite 505
New York, NY 10018

Coca-Cola Bottling Company
PO Box 105637
Atlanta, GA 30348

Fox Capital Group, Inc.
803 South 21st Avenue
Hollywood, Florida 33020

Home State Security
250 East 5th Street, 15 Floor
Cincinnati, OH 45202

Manistique Oil Company
216 Deer Street
Manistique, MI 49854

Red Bull Distrtibution Company
PO Box 204750
Dallas, TX 75320

Samson Funding
17 State Street, Suite 630
New York, New York 10004

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

We Energies
PO Box 2046
Milwaukee, WI 53201-2046

Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| IYS VENTURES LLC | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

## AMENDED MOTION TO SET HEARING ON THE APPROVAL OF THE ADEQUACY OF THE DISCLOSURE STATEMNET

NOW COMES IYS Ventures LLC, Debtor and Debtor in Possession, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Rachel S. Sandler and Dennis E. Quaid, and in support of its Amended Motion To Set Hearing on the Approval of the Adequacy of the Disclosure Statement, states as follows:

1. On May 23, 2023, IYS Ventures, LLC (the "Debtor") filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code commencing the instant case.

2. On January 12, 2024, the Debtor filed its Plan of Reorganization (the "Plan") and its Disclosure Statement (the "Disclosure Statement") with the Court.

3. There are no pending status dates or hearing dates set for the Plan and Disclosure Statement.

4. By this Motion, pursuant to Bankruptcy Rule 3017(a), the Debtor requests this Court set a hearing on February 21, 2024, to consider the adequacy of the Disclosure Statement in accordance with 11 U.S.C. §1125(d); and, set February 14, 2024, as the last day to file objections to the Disclosure Statement.

5. On January 24, 2024, a copy of the Plan and Disclosure Statement and Notice of Hearing on the Adequacy of the Disclosure Statement was transmitted to the Debtor, the United States Trustee, the 20 largest unsecured creditors and all creditors requesting notice through the CM/ECF

system.

6. As there are certain deadlines set in this case, with regards to the required notice for the hearing on the adequacy of the disclosure statement required pursuant to Bankruptcy Rules 2002(b) and 3017(a), the Debtor requests that such notice be limited to that provided in Paragraph 5, above; or, alternatively, that the twenty-eight day notice requirement to all creditors be shortened to twenty one days, so that the hearing on the adequacy of the disclosure can he held on February 21, 2024.

WHEREFORE, the Debtor requests the Court (1) set a hearing on the adequacy of the Disclosure Statement for February 21, 2024, at 10:30 a.m.; (2) set February 14, 2024, as the last day to file and serve an objection to the Disclosure Statement; (3) limit and/or shorten the notice required for the hearing on the adequacy of the disclosure statement pursuant to Bankruptcy Rules 2002(b) and 3017(a); and, (4) for such other further relief as the Court deems just.

By: /s/ Gregory K. Stern
Gregory K. Stern, Attorney for Debtor

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558