Fill in this information to identify the case:

Debtor name: IYS Ventures, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-06782

■ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713<br><br>Date or dates debt was incurred<br>2022<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Sales and Use Tax<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $78,082.05 | Unknown |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>American Bottling Company<br>400 North Wolf Road<br>Suite A<br>Northlake, IL 60164-1659<br><br>Date(s) debt was incurred 2023<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | $6,438.83 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Aramark Uniform Services<br>2334 South Michigan Avenue<br>Chicago, IL 60616<br><br>Date(s) debt was incurred 2023<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | $22,920.38 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Bauer Services of Welch, LLC<br>26469 130th Avenue<br>Welch, MN 55089<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,200.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Benedict Sales & Service<br>1003 Harlem Street<br>Red Wing, MN 55066<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,434.30 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Certified Refrigeration & Mechanical LLC<br>PO Box 8779<br>Madison, WI 53708<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $6,168.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Coca-Cola Bottling Company<br>PO Box 105637<br>Atlanta, GA 30348<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $65,383.48 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Cook Sign Services<br>105 Garfield Avenue<br>Marquette, MI 49855<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,778.93 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Dakota Electric Services, Inc.<br>2801 East 21st Street<br>Marshfield, WI 54449<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,542.82 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>EBY Brown Company LLC<br>1415 West Diehl Road<br>Naperville, IL 60563<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trade Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $6,935,588.31 |

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|

### 3.10
**Nonpriority creditor's name and mailing address**
Ferguson Electric Inc.
326 Illinois Avenue SW
Huron, SD 57350

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$1,068.83

### 3.11
**Nonpriority creditor's name and mailing address**
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$638.00

### 3.12
**Nonpriority creditor's name and mailing address**
Frito-Lay, Inc.
7700 Bulldog Drive
Summit Argo, IL 60501

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$104,661.20

### 3.13
**Nonpriority creditor's name and mailing address**
GFL Environmental Inc.
10690 W Six Mile Road
Detroit, MI 48235

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$2,709.48

### 3.14
**Nonpriority creditor's name and mailing address**
Home State Security
250 East 5th Street
15 Floor
Cincinnati, OH 45202

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$13,950.00

### 3.15
**Nonpriority creditor's name and mailing address**
Manistique Oil Company
216 Deer Street
Manistique, MI 49854

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$24,155.51

### 3.16
**Nonpriority creditor's name and mailing address**
Minn's Air Service
102 North Main Street
Reeseville, WI 53579

**Date(s) debt was incurred** 2023
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Credit

Is the claim subject to offset? ■ No ☐ Yes

$213.64

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |

### 3.17
**Nonpriority creditor's name and mailing address**
Minnesota Power
30 West Superior Street
Duluth, MN 55802

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$10,884.84

### 3.18
**Nonpriority creditor's name and mailing address**
Monona Plumbing and Fire Protection, Inc
3126 Watfird Way
Madison, WI 53713

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$1,213.75

### 3.19
**Nonpriority creditor's name and mailing address**
OSI Environmental Inc.
300 Fayal Road
Eveleth, MN 55734

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$1,241.10

### 3.20
**Nonpriority creditor's name and mailing address**
Pentair Commercial Servics LLC
PO Box 7410471
Chicago, IL 60674-0471

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$500.61

### 3.21
**Nonpriority creditor's name and mailing address**
Pepsi Beverages Co.
2541 West 20th Avenue
Oshkosh, WI 54904

Date(s) debt was incurred  2023 & prior year
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$200,085.54

### 3.22
**Nonpriority creditor's name and mailing address**
Pestop Hay Creek Lawn & Power
2040 Neal Street
Red Wing, MN 55066

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$2,552.25

### 3.23
**Nonpriority creditor's name and mailing address**
Premium Quality LIghting
2285 Ward Avenue
Simi Valley, CA 93065

Date(s) debt was incurred  2023
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Credit

Is the claim subject to offset? ■ No  ☐ Yes

$325.00

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Priority Heating & Cooling, Inc.<br>635 Hayward Avenue North<br>Oakdale, MN 55128<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $2,423.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>Red Bull Distrtibution Company<br>PO Box 204750<br>Dallas, TX 75320<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $40,203.87 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Munadel Rizek<br>7924 Keystone Road<br>Orland Park, IL 60462<br>**Date(s) debt was incurred** 2023 & prior years<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loans<br>Is the claim subject to offset? ■ No ☐ Yes | $1,462,316.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Rumke<br>10795 Hughes Road<br>Cincinnati, OH 45251<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $5,408.22 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>S&F Excavating & Construction<br>887 Highway 46<br>Amery, WI 54001<br>**Date(s) debt was incurred** 2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $75.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Samson Funding<br>17 State Street<br>Suite 630<br>New York, NY 10004<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loans<br>Is the claim subject to offset? ■ No ☐ Yes | $4,091,514.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>South Dakota Department of Revenue<br>445 East Capital Avenue<br>Pierre, SD 57501<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Assessment<br>Is the claim subject to offset? ■ No ☐ Yes | $638.00 |

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|

**3.31** **Nonpriority creditor's name and mailing address**
Southern Ohio Door Controls
PO Box 331
Miamitown, OH 45041

Date(s) debt was incurred  2023
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Credit

Is the claim subject to offset?  ■ No   ☐ Yes

$1,360.00

---

**3.32** **Nonpriority creditor's name and mailing address**
Sysco Corporation
1390 Enclave Parkway
Houston, TX 77077

Date(s) debt was incurred  2023
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Credit

Is the claim subject to offset?  ■ No   ☐ Yes

$10,929.10

---

**3.33** **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 South High Street
Columbus, OH 43215

Date(s) debt was incurred  2023 & prior year
Last 4 digits of account number  8201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit Account Agreement and Treasury Management Services Agreement Defaults

Is the claim subject to offset?  ■ No   ☐ Yes

$487,944.00

---

**3.34** **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 South High Street
Columbus, OH 43215

Date(s) debt was incurred  2023 & prior year
Last 4 digits of account number  2027

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit Account Agreement and Treasury Management Services Agreement Defaults

Is the claim subject to offset?  ■ No   ☐ Yes

$669,658.22

---

**3.35** **Nonpriority creditor's name and mailing address**
The Huntington National Bank
17 South High Street
Columbus, OH 43215

Date(s) debt was incurred  2023 & prior year
Last 4 digits of account number  2014

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deposit Account Agreement and Treasury Management Services Agreement Defaults

Is the claim subject to offset?  ■ No   ☐ Yes

$694,283.58

---

**3.36** **Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset?  ■ No   ☐ Yes

$164,950.66

---

**3.37** **Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset?  ■ No   ☐ Yes

$165,381.82

| Debtor | IYS Ventures, LLC | Case number (if known) | 23-06782 |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>Volkswagen Credit<br>P.O. Box 5215<br>Carol Stream, IL 60197<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number 3021 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: 2020 Volkswagen Atlas (leased)<br>Is the claim subject to offset? ■ No ☐ Yes | $5,508.16 |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>We Energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046<br><br>Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $19,625.78 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477<br><br>Date(s) debt was incurred 2023<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Credit<br>Is the claim subject to offset? ■ No ☐ Yes | $33,362.98 |

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 78,082.05 |
| **5b. Total claims from Part 2** | 5b. + | $ | 15,266,237.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,344,319.24 |