IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit C: Cash Flow Projections Second Amended Disclosure Statement

**IYS Ventures, LLC**
Budget
2024 - 2028



| Sales and Collections | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Year 2028 | Year 2029 |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |
| Total Sales | $16,569,424 | $30,651,872 | $30,805,132 | $31,082,378 | $31,362,119 | $31,675,740 |
| **Operating Collections** | | | | | | |
| CAP Collections into Bank Accounts | $16,569,424 | $30,651,872 | $30,805,132 | $31,082,378 | $31,362,119 | $31,675,740 |
| Other Bank Account Collections | - | - | - | - | - | - |
| CAP Collections Allocated to CAP Disbursements | - | - | - | - | - | - |
| Total Operating Collections | $16,569,424 | $30,651,872 | $30,805,132 | $31,082,378 | $31,362,119 | $31,675,740 |
| **Non-Operating Collections** | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | - | - | - | - | - |
| Total Non-Operating Collections | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Collections | $16,569,424 | $30,651,872 | $30,805,132 | $31,082,378 | $31,362,119 | $31,675,740 |
| Cumulative Collections | | | | | | |

| Purchases and Disbursements | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Year 2028 | Year 2029 |
|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | |
| Fuel | $8,980,130 | $16,705,270 | $16,896,615 | $17,036,251 | $17,186,441 | $17,358,306 |
| Retail Products | 4,614,461 | 8,092,094 | 8,163,360 | 8,236,830 | 8,310,962 | $8,394,071 |
| Utilities | 130,092 | 265,388 | 270,695 | 276,109 | 281,632 | $287,264 |
| Cross America Fees | 246,868 | 459,778 | 462,077 | 466,236 | 470,432 | $475,136 |
| Other Operating Disbursements | 394,500 | 856,800 | 873,936 | 891,415 | 909,243 | $918,335 |
| Payroll and Payroll Expenses | 818,307 | 1,780,132 | 1,805,054 | 1,830,325 | 1,855,950 | $1,855,950 |
| Occupancy Costs | 794,488 | 1,604,865 | 1,620,913 | 1,637,123 | 1,653,494 | $1,670,029 |
| Bank Fees | 30,920 | 59,023 | 60,203 | 61,407 | 62,635 | $63,888 |
| Lease Hold Improvements and Maintenance | 9,500 | 38,000 | 38,000 | 38,000 | 38,000 | $38,000 |
| Total Operating Disbursements | $16,019,265 | $29,861,350 | $30,190,854 | $30,473,696 | $30,768,788 | $31,060,979 |
| **Non-Operating Disbursements** | | | | | | |
| Administrative Priority Fee Claims | 281,319 | 280,503 | 29,184 | 29,184 | 29,184 | 29,184 |
| Other Administrative Priority Claims | 132,605 | 50,000 | 43,333 | 43,333 | 43,333 | - |
| Priority Tax Claim – Illinois Lottery (POC 30) | - | 6,949 | 6,949 | 6,949 | 6,370 | - |
| Priority Tax Claim – Minnesota Revenue (POC 38) | - | 1,820 | 1,820 | 1,820 | 1,668 | - |
| Priority Tax Claim - South Dakota Department of Revenue (POC 7) | - | 4,336 | 4,336 | 4,336 | 3,975 | - |
| Priority Tax Claims - Ohio Department of Taxation (POC 35) | - | 67,271 | 67,271 | 67,271 | 67,271 | 67,271 |
| Priority Tax Claims – Wisconsin Department of Revenue | - | 21,155 | 21,155 | 21,155 | 19,392 | - |
| Other Priority Claims - PepsiCo Sales, Inc. (POC 26) | - | 13,456 | 12,335 | - | - | - |
| Class 1(a) Itria Ventures, LLC (POC 24) | 65,000 | 160,019 | 160,019 | 160,019 | 160,019 | 160,019 |
| Class 2 – The Huntington National Bank Secured Claim (POC 13) | - | 18,653 | 18,653 | 18,653 | 18,653 | 1,554 |
| Class 4(f) Mercedes-Benz Financial Services USA LLC (POC 25) | 4,858 | 14,273 | - | - | - | - |
| Class 5 General Non-Priority Unsecured Claims | - | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 |
| Total Non-Operating Disbursements | $483,782 | $878,434 | $605,055 | $592,720 | $589,865 | $498,028 |
| Total Disbursements | $16,503,048 | $30,739,784 | $30,795,908 | $31,066,415 | $31,358,652 | $31,559,007 |
| Cumulative Disbursements | | | | | | |
| Net Cash Flow | $66,376 | $(87,912) | $9,223 | $15,962 | $3,467 | $116,733 |

| Liquidity | Year 2024 | Year 2025 | Year 2026 | Year 2027 | Year 2028 | Year 2029 |
|---|---|---|---|---|---|---|
| Cash Balance End of Year | $115,717 | $27,805 | $37,028 | $52,991 | $56,458 | $173,191 |

(1) Sales projections are based on a growth of 1% per year based on recent historical trends.
(2) Backed out of projections beginning in 2024 are all sold and returned locations
(3) These projections were further broken out using weighted seasonal percentages using historical data.
(4) Projections for year 2024 are for July through December
(5) Fuel was projected using recent historical ratio of Sales (55%) and backing out recent percent for closing locations, using weighted seasonal percentages from historical data
(6) Retail Expenses were projected using recent historical ratio of Sales (26%) and backing out recent percent for closing locations, using weighted seasonal percentages from historical data
(7) Utilities were projected using recent historical ratio of Sales (1%) and scaling down to remaining location count. It was further spread evenly over months of the year
(8) Cross America were projected using recent historical ratio of Sales (1.5%) and backing out recent percent for closing locations, using weighted seasonal percentages from historical data
(9) Other Operating Disbursements were projected using recent historical ratio of Sales (2%) and backing out recent percent for closing locations, using weighted seasonal percentages from historical data
(10) Payroll and Payroll Expenses were projected using recent historical averages with 2% year over year increase
(11) Occupancy Costs were projected using current lease amounts, minus the amounts of the leases for closing locations, with monthly property tax averages adjusted for closed/closing locations, with 1% property tax increase per year
(12) Bank Fees were projected using recent historical ratio of Sales (.1%) and backing out recent percent for closing locations, using weighted seasonal percentages from historical data
(13) Lease Hold Improvements and Maintenance are projected as averaging $2k per year per location