# Exhibit B

| Site | Address | City | State | EMV Brand Compliant | # of Dispensers | EMV Costs | Invoices sent to BB | Invoices sent to BB (8/22/24) |
|---|---|---|---|---|---|---|---|---|
| IL0084 | 931 E. Roosevelt | Lombard | IL | No | 2 | $ 102,797.00 | $ - | $ - |
| IL0097 | 3321 W Algonquin Rd | Rolling Meadows | IL | No | 8 | $ 119,388.00 | $ 1,715.00 | $ - |
| LA0053 | 12392 Plank Rd | Baton Rouge | LA | no | 2 | $ - | | $ - |
| LA0054 | 12567 Florida Blvd | Baton Rouge | LA | no | 2 | $ - | | $ - |
| LA0057 | 1648 Pitkin Rd | Leesville | LA | no | 1 | $ - | | $ - |
| LA0058 | 1330 Plank Rd | Baton Rouge | LA | No | 6 | $ - | | $ - |
| LA0060 | 1764 N Parkerson Ave | Crowley | LA | Yes | N/A | $ - | | $ - |
| MI0001 | 501 W Washington St | Marquette | MI | Yes | N/A | $ - | $ 20,544.09 | $ 14,067.66 |
| MI0002 | 405 N Stephenson Ave | Iron Mountain | MI | Yes | N/A | $ - | $ 27,547.94 | $ - |
| MN0002 | 407 E Blue Earth Ave | Fairmont | MN | Yes | N/A | $ - | | $ - |
| MN0006 | 624 S Minnesota Ave | St. Peter | MN | Yes | N/A | $ - | | $ - |
| MN0008 | 3017 1st Ave | Hibbing | MN | no | 2 | $ - | | $ - |
| MN0009 | 100 W Lake St | Chisholm | MN | No | 2 | $ - | | $ - |
| MN0010 | 202 S 8th St | Virginia | MN | Yes | N/A | $ - | $ 28,535.00 | $ 1,634.75 |
| MN0018 | 920 Mankato Ave | Winona | MN | Yes | 1 - Subway | $ - | $ 43,780.93 | $ 9,453.16 |
| MN0023 | 7600 University Ave NE | Fridley | MN | Yes | N/A | $ - | | $ - |
| MN0025 | 301 4th St | International Falls | MN | Yes | N/A | $ - | $ 54,045.23 | $ - |
| MN0026 | 1709 2nd Ave | International Falls | MN | Yes | N/A | $ - | $ 18,636.36 | $ - |
| MN0030 | 4140 Berkshire Ln N | Plymouth | MN | Yes | N/A | $ - | | $ - |
| MN0039 | 5995 Hodgson Rd | Shoreview | MN | Yes | N/A | $ - | $ 14,741.48 | $ 1,673.40 |
| MN0041 | 2020 St. Croix Trail S | Lake St. Croix Beach | MN | no | 1 | | | $ - |
| MN0045 | 4221 Haines Rd | Hermantown | MN | Yes | N/A | $ - | $ 14,052.85 | $ - |
| MS0004 | 1724 University Ave | Oxford | MS | No | 6 | $ - | | $ - |
| MS0005 | 1802 East University Ave | Oxford | MS | No | 4 | $ - | | $ - |
| OH0030 | 1550 QUEEN CITY AVE | CINCINNATI | OH | Yes | N/A | $ - | | $ - |
| OH0036 | 1326 HOPPLE STREET | CINCINNATI | OH | Yes | N/A | $ - | | $ - |
| OH0048 | 9171 UNION CENTRE BLVD | WEST CHESTER | OH | Yes | N/A | $ - | | $ - |
| OH0077 | 8200 COLUMBIA ROAD | OLMSTED FALLS | OH | no | 4 | $ - | $ 9,261.00 | $ 9,078.00 |
| OH0088 | 10300 Brookpark Road | Brooklyn | OH | Yes | N/A | $ - | | $ 7,670.62 |
| OH0095 | 32393 LORAIN ROAD | NORTH RIDGEVILLE | OH | Yes | N/A | $ - | | $ 59,863.00 |
| OH0100 | 30812 DETROIT ROAD | WESTLAKE | OH | Yes | N/A | $ - | | $ - |
| SD0002 | 225 W Kemp Ave | Watertown | SD | No | N/A | $ - | | $ - |
| SD0004 | 512 S Sanborn St | Mitchell | SD | No | N/A | $ - | | $ - |
| VA0452 | 702 E Atlantic St | South Hill | VA | Yes | N/A | $ - | | $ - |
| WI0003 | 237 Keller Ave S | Amery | WI | Yes | N/A | $ - | $ 26,253.80 | $ - |
| WI0005 | 1040 Bergslien St. | Baldwin | WI | Yes | N/A | $ - | $ 10,558.95 | $ 16,269.62 |
| WI0010 | 311 Belknap St | Superior | WI | Yes | N/A | $ - | | $ - |
| WI0054 | 1 Hewett St | Neillsville | WI | Yes | N/A | $ - | $ 7,624.05 | $ 3,316.92 |
| WI0057 | 706 N 4th St | Tomahawk | WI | Yes | N/A | $ - | $ 14,318.19 | $ - |
| WI0062 | 100 Second St | Hudson | WI | Yes | N/A | $ - | $ 40,108.69 | $ - |
| WI0063 | 406 Belknap St | Superior | WI | Yes | N/A | $ - | $ 19,958.19 | $ - |
| | | | | | | $ 222,185.00 | $ 351,681.75 | $ 123,027.13 |
| | | | | | | | TOTAL | $ 696,893.88 |



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210479**

Invoice Date 2/28/2024
Due Date 3/9/2024
Our W/O # **114576**
Order Type General
Category Construction
PO # IYS-MSO-LC-WI0062

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0062
100 Second St
Hudson, WI 54016
Phone #

---

**JOB DESCRIPTION**

Exterior:
  Furnished and installed 7 soffit lights with LED direct wire lamps and disposed of lamps and ballast.
  Furnished and installed 2 Cree gas Canopy Lights.
  Furnished and installed 1 parking lot light with new LED Direct drive lamp- (Assumes power is to pole base.)

Interior:
  Furnished and installed 40-4' T-8 lamps and ballast on the sales floor as required.
  Furnished and installed 30-2' T-8 lamps and ballast on the sales floor as required.
  Furnished and installed 1-6' T12 single-pin lamps for cooler doors.
  Furnished and installed 4 AC filters.
  Furnished and installed a new soap dispenser.
  Furnished and installed 10 stained ceiling tiles.

---

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|-----|-------------|----------|------------|-----------|
| 1 | As Per SOW Above | | 35,863.36 | 35,863.36 |

---

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | | |
|---|---|---|
| Subtotal | | 35,863.36 |
| Tax 0 % | | 0.00 |
| Total | | 35,863.36 |
| Balance | | 35,863.36 |



Galaxy Group

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487  Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210462**

| | |
|---|---|
| Invoice Date | 2/28/2024 |
| Due Date | 3/9/2024 |
| Our W/O # | **114451** |
| Order Type | General |
| Category | Construction |
| PO # | IYS-MSO-LC-WI0063 |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0063
406 Belknap
Superior, WI 54880
Phone #

**JOB DESCRIPTION**
Storage Room:
  Furnished and installed 6 T-8 lamps and 3 ballast.

Restrooms:
  Furnished and installed 6 T-8 Lamps

Exterior:
  Furnished and installed lamps in 2 under canopy fixtures.
  Furnished and installed lamps in 10 under soffit fixtures.
  Furnished and installed lamps in 1 parking lot light.
  Furnished and installed New in use cover for 1 exterior outlet.
  Furnished and installed New Cover for E-stop.

Interior:
  Furnished and installed Bakery Case lamp.
  Furnished and installed Beer Cooler (1) lamp.
  Furnished and installed Main Cooler (11) lamps.
  Furnished and installed Main Store Floor (153) T-8 lamps and 10 ballast.

Water Heater:
  Removed and disposed Water Heater
  Furnished and installed New Water Heater
  Furnished and installed Wire to New Water Heater

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor & Material | | 19,958.19 | 19,958.19 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 19,958.19 |
| Tax 0 % | 0.00 |
| Total | 19,958.19 |
| Balance | 19,958.19 |



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **211304**

| | |
|---|---|
| Invoice Date | 4/9/2024 |
| Due Date | 4/19/2024 |
| Our W/O # | **114492** |
| Order Type | General |
| Category | Construction |
| PO # | IYS-MSO-LC-WI0054 |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0054
1 Hewett St
Neillsville, WI 54456
Phone #

**JOB DESCRIPTION**
Store Maintenance - 2/1 @9:00 am

Inspected Heating System (Heat Not Working)
Inspecedt Air Conditioning
Inspected Roofing for issues
Inspected compressor for walk in cooler not working (or working well)
Replaced broken Perimeter Lights
Furnished & Instaledl new Ceiling tiles to replace stained ones

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor and Material | | 7,136.37 | 7,136.37 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 7,136.37 |
| Tax  0 % | 0.00 |
| Total | 7,136.37 |
| Balance | 7,136.37 |



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **211303**

Invoice Date 4/9/2024
Due Date 4/19/2024
Our W/O # **114493**
Order Type General
Category Construction
PO # IYS-MSO-LC-WI0057

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0057
706 North 4th St
Tomahawk, WI 54487
Phone #

**JOB DESCRIPTION**
General Conditions:
 Mobilization
 Site Supervision
 Project Management
 Dumpsters
 General Labor
 Day to Day Cleaning & Final Clean
 Equipment Rental
 Insurance
 O & P

Store Maintenace:
 Furnished and installed 68 interior 4100K lamps on main sales floor.
 Furnished and installed 4 interior lamps in Storage Room.
 Furnished and installed 6 interior lamps in the back mechanical room.
 Furnished and installed 1 T-8 tombstone above bakery items.
 Furnished and installed 9-Cooler Lights t-12 F72.
 Furnished and installed 4 exterior Soffit lights.
 Furnished and installed 11 interior Ceiling tiles.
 Furnished and installed non-working LED canopy Light.
 Furnished and installed Women's exhaust fan.

Clarifications:
 This price proposal includes Supervision and Removal of all debris from the work site.
 All work is to be done during normal business hours (7 am-5 pm) with non-union labor.
 Permits, Construction Drawings, Civil Engineer, and/or Bonds are not included.
 All work is based on existing conditions and doesn't include costs for unseen and new arising
 issues/conditions.
 This proposal is an all-in cost for the above SOW.  If any SOW is added or deleted, Galaxy Group
 reserves the right to re-evaluate and re-price the new SOW.

Excluded:
 All Exterior Work is Excluded
 Fire Sprinkler and any necessary shutdowns are NIC
 Fire Panel, Alarms, and Tie Ins are NIC
 Permits, Bonds, New Construction Drawings, Civil or Structural Engineering, is NIC
 Rodent Control or Exterminating is NIC



Galaxy Group

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **211303**

Invoice Date 4/9/2024
Due Date 4/19/2024
Our W/O # **114493**
Order Type General
Category Construction
PO # IYS-MSO-LC-WI0057

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0057
706 North 4th St
Tomahawk, WI 54487
Phone #

Union Labor or After hours (Premium Time) is NIC
Anything not called out in above SOW is NIC

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor and Materials | | 14,318.19 | 14,318.19 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 14,318.19 |
| Tax  0 % | 0.00 |
| Total | 14,318.19 |
| Balance | 14,318.19 |



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210481**

| | |
|---|---|
| Invoice Date | 2/28/2024 |
| Due Date | 3/9/2024 |
| Our W/O # | **114450** |
| Order Type | General |
| Category | Construction |
| PO # | IYS-MSO-LC-WI0005 |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0005
1040 Bergslien St
Baldwin, WI 54002
Phone #

**JOB DESCRIPTION**
Store Maintenance

Inside Store:
  Furnished and installed an estimated (20) T8 lamps.
  Furnished and installed an estimated (4) T8 ballasts.
  Furnished and installed an estimated (10) cooler lamps.

Outside Store:
  Repaired (3) pole light fixtures that are out.

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor and Material | | 8,181.82 | 8,181.82 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 8,181.82 |
| Tax  0 % | 0.00 |
| Total | 8,181.82 |
| Balance | 8,181.82 |



Galaxy Group

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487  Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210492**

| | |
|---|---|
| Invoice Date | 2/29/2024 |
| Due Date | 3/10/2024 |
| Our W/O # | **114453** |
| Order Type | General |
| Category | Construction |
| PO # | IYS-MSO-LC-WI0003 |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # WI0003
237 Keller Ave S
Amery, WI 54001
Phone #

**JOB DESCRIPTION**
Inside Work:
  Furnished and installed an estimated (70) T8 lamps.
  Furnished and installed an estimated (15) T8 ballasts.
  Furnished and installed an estimated (10) cooler lamps.

Outside Work:
  Repaired (3) pole lights that were out.
  Repaired soffit light.

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor and Material | | 26,253.80 | 26,253.80 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 26,253.80 |
| Tax  0 % | 0.00 |
| Total | 26,253.80 |
| Balance | 26,253.80 |

# Christopher Rosewell

6924 Hollywood Dr.
Parma OH 44129
Phone 216-650-6596

**DATE:** February 29, 2024
**Invoice #:** 031224-CAP

**BILL TO:**

CAP
Att: Nolan Lockner
645 Hamilton St Suite 400
Allentown, PA 18101

**FOR:** Olmsted Falls
Violations
Phase 1

| Store # | Address | CITY | Description | Amount |
|---|---|---|---|---|
| OH0077 | 8200 Columbia Rd | Olmsted Falls | Fix All Uneven Pavers Along Columbia Rd (Per City) | $ 450.00 |
| | | | Fix and Replace 4 sections of Fence behind Car Wash (per city) | $ 1,350.00 |
| | | | Trim 15 Large Bushes Along North Side of Car Wash (per city) | $ 800.00 |
| | | | Remove 6 Large Trees and several smaller trees Along West side of Car Wash | $ 2,400.00 |
| | | | Remove all dead, broken and overgrown bushes/trees directly behind building | $ 1,750.00 |
| | | | Remove bushes along sidewalk on east side of property (per city) | $ 625.00 |
| | | | Clean-up Vines, cut 3 medium trees on West side of lot growing over business | $ 825.00 |
| | | | Clean up all leaves, branches, remove all remaining dead bushes throughout lot | $ 375.00 |

**Total due within 30 Days**
**All Checks Made Payable to Christopher Rosewell**

| | |
|---|---|
| SUB TOTAL | $ 8,575.00 |
| SALES TAX 8% | $ 686.00 |
| **TOTAL IF PAID BY 04/12** | $ 9,261.00 |
| 15% Late Charge if not paid within 30 Days | $ 1,389.15 |
| **Total IF PAID AFTER 04/12** | $ 10,650.15 |

**THANK YOU FOR YOUR BUSINESS!**



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210269**

| | |
|---|---|
| Invoice Date | 2/14/2024 |
| Due Date | 2/24/2024 |
| Our W/O # | **114452** |
| Order Type | General |
| Category | Construction |
| PO # | IYS-MSO-LC-MN0045 |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MN0045
4221 Haines Rd
Hermantown, MN 55811
Phone #

---

**JOB DESCRIPTION**
Store Maintenance:
 - Supplied and replaced 4 broken bulbs for Pole Lighting on the perimeter with LED Corn Cobs (Used bucket truck).
 - Supplied and replaced 90 interior lights with fluorescent bulbs.
 - Supplied and replaced cooler lights with fluorescent lights.
 - Supplied and replaced ballast and T-8 fluorescent lamps.
 - Supplied and replaced 2 exterior can lights with new ballast and lamps.

---

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|-----|-------------|----------|------------|-----------|
| 1 | Labor & Material | | 13,065.46 | 13,065.46 |

---

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 13,065.46 |
| Tax  0 % | 0.00 |
| Total | 13,065.46 |
| Balance | 13,065.46 |



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210493**

Invoice Date 2/29/2024
Due Date 3/10/2024
Our W/O # **114575**
Order Type General
Category Construction
PO # IYS-MSO-LC-MN0010

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MN0010
202 8th St S
Virginia, MN 55792
Phone #

---

**JOB DESCRIPTION**
Inside Work:
  Furnished and installed 20 - T-8 Lamps and Ballasts on Sales Floor.
  Furnished and installed 2 -8 T12 Lamps in BOH
  Furnished and installed 7 - 5 T12 Single Pin Lamps for Cooler Doors
  Furnished and installed Jelly Jar Light inside of Cooler.
  Furnished and installed new tile on Sales floor in two (2) locations.

Outside Work:
  Furnished and Installed 2 wall pack light fixtures on exterior of location.
  Furnished all labor and materials to repair one (1) Parking Lot Light with New LED Direct Drive Lamp.
  Furnished all labor and materials to repair siding with Aluminum Flashing and Flat Panel Aluminum to cover
the damaged siding.

---

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|-----|-------------|----------|-----------|-----------|
| 1 | Labor and Materials | | 28,535.00 | 28,535.00 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 28,535.00 |
| Tax  0 % | 0.00 |
| Total | 28,535.00 |
| Balance | 28,535.00 |

---



Galaxy Group

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **211305**

Invoice Date 4/9/2024
Due Date 4/19/2024
Our W/O # **114489**
Order Type General
Category Construction
PO # IYS-MSO-LC-MI0001

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MI0001
501 W Washington St
Marquette, MI 49855
Phone #

**JOB DESCRIPTION**
Store Maintenance - 2/1 @9:00am

Repaired Interior lights out.
Repaired Soffit light out (building front)
Checked the walk-in cooler condenser; it keeps stopping.
Repaired hand sink and removed urinal as per LC's Direction

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | As Per Above SOW | | 19,069.09 | 19,069.09 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 19,069.09 |
| Tax 0 % | 0.00 |
| Total | 19,069.09 |
| Balance | 19,069.09 |



**Heating & Air Conditioning**
626 East 2nd Street • Winona, MN 55987
phone 507-454-7689 fax 507-454-4884

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/26/2024 | 26160 |

| Bill To |
|---------|
| Cross America Partners |
| 645 Hamilton Street, Suite 400 |
| Allentown, PA 18101 |

| Location |
|----------|
| 920 MANKATO AVE |

| Work Order | P.O. No. | Terms | Rep |
|------------|----------|-------|-----|
| 8995 | | Net 30 | |

| Labor/Work Description | Amount |
|------------------------|--------|
| WE PROPOSE TO FURNISH AND INSTALL. | 39,700.00 |
| | |
| -REPLACE BOTH MEN'S AND WOMEN'S BATHROOM FANS. | |
| -REPLACE WITH PANASONIC ULTRA SILENT 120 CFM FANS. | |
| | |
| REPLACE 2 HORIZONTAL FURNACES ABOVE COOLERS. | |
| INSTALL 2 BRYANT 926TC120V24 96.7% EFFICIENT 2 STAGE FURNACES | |
| FURNACES HAVE 2 STAGE GAS VALVE | |
| HIGH FIRE 117K BTU'S LOW FIRE 76K BTU'S | |
| ECM VARIABLE SPEED BLOWER MOTOR. | |
| | |
| REPLACE 2 CENTRAL A/C UNITS. | |
| BRYANT MODEL 113060 | |
| R-410 REFRIGERANT | |
| 3 PHASE, 5 TON UNITS. | |
| 13 SEER | |
| | |
| REPLACE 2 HORIZONTAL CASED A COILS FOR COOLING. | |
| | |
| REPLACE DETERIORATING BLACK GAS PIPING IN CAR WASH AREA. | |
| GAS PIPING SUPPLIES BOTH SUBWAY AND THE GAS STATION. | |
| | |
| DISPOSAL OF ALL OLD EQUIPMENT | |
| | |
| ALL DUCTWORK | |
| GAS PIPING | |
| PVC PIPING FOR A COMPLETE INSTALL. | |
| TAX AND LABOR INCLUDED IN PRICE. | |

MN0018
CAPEX
GL 60000 HVAC
Dallas Oswald
3/27/24
MSO transition IYS. Approved by Lisa

| | Total | $39,700.00 |
|--|-------|-----------|

**Late Fee is 18% Annually**


Galaxy Group

# Invoice # **210543**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

| | |
|---|---|
| Invoice Date | 3/4/2024 |
| Due Date | 3/14/2024 |
| Our W/O # | **114399** |
| Order Type | General |
| Category | Refrigeration |
| PO # | |

**BILL TO**

CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**

Arbo Gass - Loc # IL0097
3321 W Algonquin Rd
Rolling Meadows, IL 60008
Phone #

---

**JOB DESCRIPTION**

Initial trip
-Arrived on site met with workers on site
-Assessed the walk in cooler temping at 48 degrees
-Did a full thorough assessment to confirm no leakage or damage was done to the (2) RTUs on roof
-No damage to the RTUs after troubleshoot
-Determined door sweep has to be installed
-Sourced material

Return Trip
-Supplied and installed (1) new refrigerator door sweep
-Allowed walk in cooler to get to required temperature
-Removed and disposed of debris

---

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total | Tax |
|---|---|---|---|---|---|
| 2 | Labor | 6.00 | 115.00 | 1,380.00 | |
| 1 | Material | | 185.00 | 185.00 | |
| | Door sweep for refrigerator | | | | |
| 2 | Trip Charge | | 75.00 | 150.00 | |

---

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY  11753

| | |
|---|---|
| Subtotal | 1,715.00 |
| Tax  0 % | 0.00 |
| Total | 1,715.00 |
| Balance | 1,715.00 |



Cross America Partners
600 Hamilton Street
Suite 500
Allentown, PA 18101

| | |
|---|---|
| Invoice ID: | 9765.01 |
| Invoice Date: | 03-27-2024 |
| Draw ID: | 1 |
| Customer ID: | 30860 |

Job Location:

IL0084 Dispenser Replacement
931 East Roosevelt Rd
Lombard, IL

## NET 10 DAYS

Remit to: P.O. Box 5946
Rockford,   IL  61125

| Item | Description | Amount |
|---|---|---|
| 1 | Remove six existing Wayne Vista dispensers.  Install (6) new Wayne Ovation 2 dispensers and new hanging hardware.  Installation completed on 3/8. | |
| 2 | (6) Wayne Ovation Dispensers and Tax | 80,865.00 |
| 3 | Dispenser Freight | 2,250.00 |
| 4 | Dispenser removal and installation | 15,572.00 |
| 5 | Hanging Hardware | 4,110.00 |

**AMOUNT DUE**   **$102,797.00**

A finance charge of 1-1/2% per month, which is an annual percent of 18%, will be added to all amounts not paid within 30 days from the billing date.

**Carla Bautista**

| | |
|---|---|
| **From:** | Randy Kehs |
| **Sent:** | Wednesday, March 27, 2024 11:56 AM |
| **To:** | CAP AP |
| **Subject:** | IL0084 |
| **Attachments:** | 9765.01 invoice.pdf |

FM
CAPX
RK0192
APPROVED

Randy Kehs
Wholesale Operations Manager
484-201-7831 (Cell)

Cross America Partners
645 Hamilton Blvd.
Suite 400
Allentown PA 18101



**From:** Sasha Kirchner <SashaK@rstenstrom.com>
**Sent:** Wednesday, March 27, 2024 10:17 AM
**To:** Randy Kehs <rkehs@caplp.com>
**Subject:** invoice 9765.01

Remove six existing Wayne Vista dispensers. Install (6) new Wayne Ovation 2 dispensers and new hanging hardware. Installation completed on 3/8.
$102,797.00     Total

**Sasha Kirchner**
*Project Administrative Assistant*
*Stenstrom Petroleum Services Group*

2422 Center Street, Rockford, IL 61108
p. **815-398-6250** | Toll Free: **1-800-841-5582**

 

**CONFIDENTIALITY NOTICE:** The information in this email is confidential, may be privileged, and is only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that distribution of this email is neither intended nor permissible. If you have received this email by mistake, please notify the sender immediately by telephone, email, or fax, and destroy all printed and electronic copies of this email.



STENSTROM

Cross America Partners
600 Hamilton Street
Suite 500
Allentown, PA 18101

| | |
|---|---|
| Invoice ID: | 9770.01 |
| Invoice Date: | 03-27-2024 |
| Draw ID: | 1 |
| Customer ID: | 30860 |

Job Location:

IL0097 Marathon Dispensers
3321 West Algonquin Rd
Rolling Meadows, IL

**NET 10 DAYS**

Remit to: P.O. Box 5946
Rockford,   IL  61125

| Item | Description | Amount |
|---|---|---|
| 1 | Remove 7 existing dispensers.  Install (6) new Ovation 2 blending dispensers and (1) Ovation single product diesel dispenser.  Install all new hanging hardware. | |
| 2 | (6) Ovation 2 three product blends and (1) Ovation 2 single product diesel | 87,462.00 |
| 3 | Installation | 17,290.00 |
| 4 | Hanging Hardware | 4,795.00 |
| 5 | Freight | 2,625.00 |
| 6 | tax | 7,216.00 |

**AMOUNT DUE    $119,388.00**

A finance charge of 1-1/2% per month, which is an annual percent of 18%, will be added to all amounts not paid within 30 days from the billing date.

**Carla Bautista**

| | |
|---|---|
| **From:** | Randy Kehs |
| **Sent:** | Wednesday, March 27, 2024 9:51 AM |
| **To:** | CAP AP |
| **Subject:** | IL0097 |
| **Attachments:** | 1invoice 9770.01.pdf |

FM
CAPX
RK0191
APPROVED

Randy Kehs
Wholesale Operations Manager
484-201-7831 (Cell)

Cross America Partners
645 Hamilton Blvd.
Suite 400
Allentown PA 18101



---

**From:** Sasha Kirchner <SashaK@rstenstrom.com>
**Sent:** Wednesday, March 27, 2024 9:28 AM
**To:** Randy Kehs <rkehs@caplp.com>
**Subject:** RE: invoice 9770.01 revised

Hi, sorry yesterday I noticed the invoice I originally sent was to the wrong address . This is revised invoice . Thanks

**Sasha Kirchner**
*Project Administrative Assistant*
*Stenstrom Petroleum Services Group*

2422 Center Street, Rockford, IL 61108
p. **815-398-6250** | Toll Free: **1-800-841-5582**



**CONFIDENTIALITY NOTICE:** The information in this email is confidential, may be privileged, and is only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that distribution of this email is neither intended nor permissible. If you have received this email by mistake, please notify the sender immediately by telephone, email, or fax, and destroy all printed and electronic copies of this email.

---

**From:** Sasha Kirchner <SashaK@rstenstrom.com>
**Sent:** Tuesday, March 26, 2024 3:42 PM
**To:** rkehs@caplp.com
**Cc:** John Burke <JohnBu@rstenstrom.com>
**Subject:** invoice 9770.01

Invoice for  Remove 7 existing dispensers.  Install (6) new Ovation 2 blending dispensers and (1) Ovation single product diesel dispenser.  Install all new hanging hardware. See attached . 119,388.00

**Sasha Kirchner**
*Project Administrative Assistant*
*Stenstrom Petroleum Services Group*

2422 Center Street, Rockford, IL 61108
p. **815-398-6250** | Toll Free: **1-800-841-5582**



**CONFIDENTIALITY NOTICE:** The information in this email is confidential, may be privileged, and is only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that distribution of this email is neither intended nor permissible. If you have received this email by mistake, please notify the sender immediately by telephone, email, or fax, and destroy all printed and electronic copies of this email.

# L&D Maintenance, Inc.

13877 17th St. North
Stillwater, Minnesota 55082
Phone: 651-303-4747
Fax: 651-337-1118

*Michael Hejduk*
4-1-2024
MN0039-5510
BM Other 60000

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/29/2024 | 2024-2050 |

**BILL TO**

Cross America

**SHIP TO**

MN0039-5510
5995 Hogson Road
Shoreview MN 55126

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| 00020882 | | | | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | L & M | Remove and replace Bath Fan   Materials @ 87.48 labor @ 400.00 | 487.48 | 487.48 |
| | truck charge | Fuel and truck charge Tax included | 75.00 | 75.00 |

| | | |
|---|---|---|
| **Total** | | $562.48 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $562.48 |

RE: **** Appointment not yet Accepted by Vendor ****

Michael Hejduk <mhejduk@caplp.com>

Wed 3/27/2024 12:51 PM

To:ldmaintenance@msn.com <ldmaintenance@msn.com>

Joe,

Here is the ticket for the bathroom fan

Case# 00020882

Site: MN0039-5510
5995 Hodgson Road
Shoreview, MN 55126

Reported:
Men's bathroom fan not working.

Thanks,
Mike Hejduk
CAP Retail
330-518-6470

------- Original Message -------
From: No-Reply Address [noreply@crossamericapartners.com]
Sent: 3/27/2024, 1:47 PM
To: mhejduk@caplp.com
Subject: **** Appointment not yet Accepted by Vendor ****

Dear Michael,

Appointment #SA-7820 that was dispatched to Vendor MN0039-5510 an hour ago has not been accepted. Please follow up accordingly!

Link to Case: https://crossamericapartners.my.salesforce.com/500Qp00000Fvu03IAB

If the appointment needs to be reassigned, please do so from the following link -
Link to created Appointment: https://crossamericapartners.my.salesforce.com/500Qp00000Fvu03IAB







# INVOICE

*Michael Hejduk*
3-26-2024
WI0062-9505
C-Store 60038

**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

| | |
|---|---|
| Invoice No.: | **128054** |
| Invoice Date: | **03/26/2024** |
| Client: | **CAP007** |
| Site: | **AUT011-000045** |
| Page: | **1of 2** |

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
CROSS AMERICA (HUDSON-2ND ST)
100 SECOND ST
HUDSON WI 54016-1504

**Amount Due:**  **$343.56**

**Work Order Id:    203993**
**Completion Date: 03/13/2024**

**P.O. #:  Case# 00018844**
**Job Id:  WESRS118269**

**Work Requested:**
Freezer is not working - NTE 1500.00

**Equipment: THREE DOOR FREEZER**

**Model     RI-3-DFR-KT**
**Serial #:  989-4273-9**

**Work Performed:**
Mar 12, 2024 - jtome
Freezer was off upon arrival. The breaker for the fans lights solenoid and
thermostat was off. Before I turned everything on I hook my gauges up to the
compressor and there is pressure. I checked power at the contactor to make sure
we had all three legs of power. I then pushed in the contactor to hear what the
compressor sounded like. Compressor sounds like it is still intact and just off
on low pressure. I turned the breaker on, solenoid was energized and compressor
turned on. I let it run and watched the pressures. Pressures look a a little
lower than I'd like it and sight glasses just barely flashing. I decided to add
some freon, once I got to decent pressures I added about 2 lb of 404, sight
glass is clear. After unit ran for about 15 minutes evaporator fans kicked on.
As the temperature started coming down the fans turned off and on but once it
got to about 15 degrees the fan stayed on. This tells me clicks on are working
like they should. All evaporator fans are spinning the right direction and are
not making any squealing noises or vibrating. Leak checked the whole system
besides what went underground, leak checked at the compressor, and leak checked
on the roof at the condenser. Did not find any leaks. I made sure to check all
components such as thermostat, solenoid, low pressure switch, defrost clock,
defrost heaters. I watched unit go into defrost and pump down and shut off. All
heaters work. I watched unit come out of defrost and go back into Refrigeration.
Unit came down to-10 and shut off on temp.  Running like it should be.

## Labor Charges

**Ext'd Price**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MN Technician Regular | | 03/12/2024 | HRS. | 2.00 | @ | $111.0000 | $222.00 |

We accept    

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

# INVOICE



**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

CROSS AMERICA PARTNERS
Email Invoices:  cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
CROSS AMERICA (HUDSON-2ND ST)
100 SECOND ST
HUDSON WI 54016-1504

## Mat/Oth/Sub Charges

| Description | | | | | Ext'd Price |
|---|---|---|---|---|---|
| R404A/HP62 REFRIGERANT lb | QTY | 2.00 | @ | $30.1100 | $60.22 |
| LEAK DETECTOR | QTY | 1.00 | @ | $10.0000 | $10.00 |
| Truck Charge | QTY | 1.00 | @ | $45.0000 | $45.00 |

**Mat/Oth/Sub Subtotal**     **$115.22**

| | | |
|---|---|---|
| SUBTOTAL | | $337.22 |
| SALES TAX | 5.5000% | $6.34 |
| **INVOICE TOTAL** | | **$343.56** |

**1 PERCENT 10/NET 30**

We accept    

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.



Benedict Sales & Service
SINCE 1938

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

# INVOICE

*Michael Hejduk*
3-26-2024
WI0005-9501
BM Cooler 60000

| | |
|---|---|
| Invoice No.: | **128063** |
| Invoice Date: | **03/26/2024** |
| Client: | **CAP007** |
| Site: | **AUT011-000046** |
| Page: | **1of 2** |

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
CROSS AMERICA (BALDWIN)
1040 BERGSLIEN ST
BALDWIN WI 54002-0532

## Amount Due: $953.60

**Work Order Id:** 203996
**Completion Date:** 03/12/2024

**P.O. #:** Case# 00018284
**Job Id:** WESRS118267

**Work Requested:**
Beer cooler is broken - may need replacement. NTE 1500.00

**Equipment:** 2 Door Cooler

**Model** MC1300H-1-B
**Serial #:** 3207X99299

**Work Performed:**
Mar 12, 2024 - jcroel
Arrive on site, unit not running. Check site history and do not see anything for
condensation. Plug unit in, pops breaker. Pulled out condensing unit from base
and tried again, unit ran until trying to place back where it goes. Pops breaker
again. Checked compressor with analyser, good. Checked wiring, temp sensor not
passing voltage, need new one. Bringing old one to shop for mike g.

Mar 12, 2024 - jcroel
Replaced temp control. Unit running high head high suction, high compressor
amps. Pulled charge, severely overcharged. Weighed in new charge. Unit pulling
down to temp. 4 superheat, off at 33 case temp on at 37

### Labor Charges

| | | | | | | Ext'd Price |
|---|---|---|---|---|---|---|
| Technician Regular | 03/12/2024 | HRS. | 6.25 | @ | $111.0000 | $693.75 |

### Mat/Oth/Sub Charges

| | | | | | Ext'd Price |
|---|---|---|---|---|---|
| R134 REFRIGERANT lb | | QTY | 1.00 @ | $23.3300 | $23.33 |
| THERMOSTAT CUT-IN 37F 84IN CAP | | QTY | 1.00 @ | $134.8100 | $134.81 |
| Truck Charge | | QTY | 1.00 @ | $52.0000 | $52.00 |
| | | | **Mat/Oth/Sub Subtotal** | | $210.14 |

We accept  

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

# INVOICE



**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
CROSS AMERICA (BALDWIN)
1040 BERGSLIEN ST
BALDWIN WI 54002-0532

| | | |
|---|---|---|
| SUBTOTAL | | $903.89 |
| SALES TAX | 5.5000% | $49.71 |
| **INVOICE TOTAL** | | **$953.60** |

**1 PERCENT 10/NET 30**

We accept   

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.



# INVOICE

**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

*Michael Hejduk*
3-20-2024
MN0018-5505
BM Coolers 60000

| | |
|---|---|
| Invoice No.: | **127840** |
| Invoice Date: | **03/19/2024** |
| Client: | **CAP007** |
| Site: | **AUT011-100018** |
| Page: | **1of 1** |

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
BP #MN0018 (WINONA) MN0018
920 MANKATO AVENUE
WINONA MN 55987

**Amount Due:** **$315.46**

**Work Order Id: 204108**
**Completion Date: 03/18/2024**

**P.O. #: 00019215**
**Job Id: WNSRS118279**

**Work Requested:**
5 DOOR FREEZER WARM
NTE $2,000

**Equipment: 5 door reach in freezer**

**Model RI-5-DFR-63**
**Serial #: E9374204**

**Work Performed:**
Mar 14, 2024 - cwhite
The unit was not running on arrival. Checked breaker and power to case. Found condensing unit on roof. Nothing was labeled had to figure out which condenser was for the five-door region freezer. There was power to the unit. Compressor was not starting. Checked pressure. Found unit had no refrigerant in it. Due to the age and visual condition of the unit and cost of possible repairs, I recommended getting quoted for a new system. Customer agreed and said to submit a quote.

### Labor Charges

| | | | | | | Ext'd Price |
|---|---|---|---|---|---|---|
| SCHOMBURG MN Technician Regular | 03/14/2024 | HRS. | 2.75 @ | $103.0000 | | $283.25 |
| SCHOMBURG Technician No Bill | 03/14/2024 | HRS. | 0.50 @ | $0.0000 | | $0.00 |
| | | **Labor Subtotal** | | | | **$283.25** |

### Mat/Oth/Sub Charges

| | | | | Ext'd Price |
|---|---|---|---|---|
| Truck Charge | QTY | 1.00 @ | $30.0000 | $30.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $313.25 |
| SALES TAX | 7.3750% | $2.21 |
| **INVOICE TOTAL** | | **$315.46** |

**1 PERCENT 10/NET 30**

We accept   

A finance charge of 1.5% per month (18% annually) will be charged to all past due accounts.



**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

# INVOICE

*Michael Hejduk*
4-12-2024
MN0018-5505
C-Store 60038

| | |
|---|---|
| Invoice No.: | **126939** |
| Invoice Date: | **02/28/2024** |
| Client: | **CAP007** |
| Site: | **AUT011-100018** |
| Page: | **1of 3** |

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
BP #MN0018 (WINONA) MN0018
920 MANKATO AVENUE
WINONA MN 55987

**Amount Due:** <span style="color:red">**$854.85**</span>

**Work Order Id:** 203081
**Completion Date:** 02/21/2024

**P.O. #:**
**Job Id:** WNSRS118279

**Work Requested:**
3 issues                1)Freezer
2)Open air cooler
3) Ice machine

**Equipment: pop ice machine**

**Model** N0422A-1A
**Serial #:** 12091320013021

**Work Performed:**
Feb 14, 2024 - tfrey
Arrived on site. Started with soda fountain ice machine. Found water lines were removed from ice machine. Installed a water line with existing materials left on site. After getting water to machine turned on machine. Found water over flowing out of sump on l/m. Checked sump and noticed that float was bent so water would not stop. Bent float switch so it would stop water before over flow. While I was working on sump, Water sensor had a broken wire. Replaced female spade terminal and cleaned sensing prongs.

Started unit, leaking has stopped and water sensor is working. l/m started to make ice. After I got i/m to work shut it down for a cleaning. Ran ice machine throw a chemical clean and sanitized. Rinsed out bin that had debris and sanitized.

After cleaning, Started to make ice and let run. After 3 hours we shut off ice machine. I spoke with Stephanie on site and let her know Ice machine is operating properly. She would like a quote on a new ice machine that is a cuber for right side soda machine. I will start the paper work.

**Equipment: ice machine in back**

**Model** CME506AS-1F
**Serial #:** 04071320014833

**Work Performed:**
Feb 14, 2024 - tfrey
Onsite to check ice machine. Started ice machine to make ice. After running l/m for 15 minutes no ice had formed on evaporator. Compressor is running but no pressure difference. Ice machine has a bad compressor. I spoke with Stephanie and she would like it completely unhooked and shut down.
Ice Machine in back will not be replaced by anything.

Ice machine checked out, customer does not want any parts installed.

We accept    DISCOVER

A finance charge of 1.5% per month (18% annually) will be charged to all past due accounts.



# INVOICE

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
BP #MN0018 (WINONA) MN0018
920 MANKATO AVENUE
WINONA MN 55987

**Equipment: open case cooler**

**Model** ECSS60R
**Serial #:** 13081377834-2

**Work Performed:**
Feb 14, 2024 - tfrey
On site to check out open display. Customer stated it has not worked since they gotten store. Started unit in store and went to find condenser. Found condenser on roof. Powered up condenser and checked pressures, coils, fans, and contactors. Condenser is in good shape and charge is full. Returned back down stairs to check case. Case is cooling properly. Ran unit through a defrost and unit defrosted properly. After defrost let unit cool again and unit pulled down fast. Blew out bottom of display with CO2 to clean out dust so does not clog any coils. Replaced all covers and let Stephanie know it is operating properly.

**Equipment: W/I cooler evap**

**Model** LSC200HS1
**Serial #:** D93E01544

**Work Performed:**
Feb 14, 2024 - tfrey
On site to inspect walk in cooler. Powered on walking cooler and let run. Went to roof and checked Coils, fans ,contactors and refrigerant. Condenser checked out good and refrigerant is full . Checked evaporator and coils are clean , thermostats are operating properly. door heaters are working. There is one fan that will need to be replaced on left evaporator. I talked with Stephanie and she would like a quote first.

Powered down walk in cooler after it was checked out.

2.21.24 SIM SUBMITTED QUOTE TO DALLAS. COMPLETING THIS WORK ORDER ~pKS

| Labor Charges | | | | | | | Ext'd Price |
|---|---|---|---|---|---|---|---|
| WN MN TECHNICIAN REGULAR | 02/14/2024 | HRS. | 7.50 | @ | $103.0000 | | $772.50 |

| Mat/Oth/Sub Charges | | | | | | Ext'd Price |
|---|---|---|---|---|---|---|
| FEMALE SPADE CONNECTOR 12GA | | QTY | 2.00 | @ | $0.8000 | $1.60 |
| HOSE CLAMP 1/2 - 1 1/4 WORM DRIVE | | QTY | 2.00 | @ | $5.7400 | $11.48 |
| MANITOWOC I/M CLEANER PT WAS 9405463 | | QTY | 6.00 | @ | $2.3300 | $13.97 |
| MANITOWOC I/M SANITIZER PT WAS 9405653 | | QTY | 2.00 | @ | $2.3300 | $4.65 |
| CO2 | | QTY | 1.00 | @ | $15.0000 | $15.00 |
| Truck Charge | | QTY | 1.00 | @ | $30.0000 | $30.00 |

We accept  

A finance charge of 1.5% per month (18% annually) will be charged to all past due accounts.

# INVOICE



**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

| | |
|---|---|
| Invoice No.: | **126939** |
| Invoice Date: | **02/28/2024** |
| Client: | **CAP007** |
| Site: | **AUT011-100018** |
| Page: | **3 of 3** |

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
BP #MN0018 (WINONA) MN0018
920 MANKATO AVENUE
WINONA MN 55987

**Mat/Oth/Sub Subtotal**          $76.70

| | | |
|---|---|---|
| SUBTOTAL | | $849.20 |
| SALES TAX | 7.3750% | $5.65 |
| **INVOICE TOTAL** | | **$854.85** |

**1 PERCENT 10/NET 30**

We accept   

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

# INVOICE

**BENEDICT Sales & Service**
**SINCE 1938**

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

*Michael Hejduk*
4-12-2024
MN0018-5505
BM Cooler 60000

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
BP #MN0018 (WINONA) MN0018
920 MANKATO AVENUE
WINONA MN 55987

**Amount Due:** **$397.45**

**Work Order Id:** 203164
**Completion Date:** 02/23/2024

**P.O. #:**
**Job Id:** WNSRS118279

**Work Requested:**
ORDER AND INSTALL EVAP FAN MOTOR IN WALK IN

**Equipment: W/I cooler evap**

**Model** LSC200HS1
**Serial #:** D93E01544

**Work Performed:**
Feb 23, 2024 - tfrey
I arrived onsite and took off the guard and fan. Then I took out the fan motor and installed the new one. After that I turned the power on and the motor wasn't running properly. I thought the motor was bad so then I ran to the Winona shop to grab a new motor. Then when I got back to the site I checked for voltage and wasn't getting what it should be. So then I checked over wiring and saw that there was a split in the wires. After I fixed that I put the new motor and tested the motor. Fan motor running properly.

## Labor Charges

| | | | | | | Ext'd Price |
|---|---|---|---|---|---|---|
| SCHOMBURG Technician No Bill | 02/23/2024 | HRS. | 0.50 | @ | $0.0000 | $0.00 |
| WN MN TECHNICIAN REGULAR | 02/23/2024 | HRS. | 2.75 | @ | $103.0000 | $283.25 |
| | | **Labor Subtotal** | | | | **$283.25** |

## Mat/Oth/Sub Charges

| | | | | Ext'd Price |
|---|---|---|---|---|
| ORANGE/BLUE WIRE NUT O/B+ | QTY | 2.00 | @ | $0.3800 | $0.76 |
| EVAP FAN MOTOR | QTY | 1.00 | @ | $93.0600 | $93.06 |
| FREIGHT | QTY | 1.00 | @ | $12.5400 | $12.54 |
| | **Mat/Oth/Sub Subtotal** | | | | **$106.36** |

We accept   VISA MasterCard AMERICAN EXPRESS DISCOVER

A finance charge of 1.5% per month (18% annually) will be charged to all past due accounts.

# INVOICE



**Benedict Refrigeration Service, Inc.**
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

Service Location
BP #MN0018 (WINONA) MN0018
920 MANKATO AVENUE
WINONA MN 55987

| | | |
|---|---|---|
| SUBTOTAL | | $389.61 |
| SALES TAX | 7.3750% | $7.84 |
| **INVOICE TOTAL** | | **$397.45** |

**1 PERCENT 10/NET 30**

We accept    

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

**INVOICE**

Formerly known as:



**B ENEDICT**
**Sales & Service**
**SINCE 1938**

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

Invoice No.: **92437**
Invoice Date: **01/11/2022**
Client: **AUT011**
Site: **AUT011-100018**
Page: **1of 1**

CROSSAMERICA PARTNERS
600 HAMILTON ST.
SUITE 500
ALLENTOWN PA 18101

Service Location
ERICKSON'S OIL PRODUCT #MN0018 (WINONA) MN0
920 MANKATO AVENUE
WINONA MN 55987

Work Order Id: **173572**
Completion Date: **01/07/2022**

P.O. #:
Job Id: **WNSRS113684**

**Work Requested:**
W/I COOLER WARM, AT 50 DEGREES

**Equipment: WALK-IN COOLER CONDENSER**

Model **NOT READABLE**
Serial #: **Not Readable**

**Work Performed:**
Jan 7, 2022 - jstanis
Found condensing unit locked out on low pressure. Leak checked around condensing
unit and evaporators and didn't pickup any trace's of refrigerant with the leak
detector. Started condensing unit and charged to a clear sight glass. We were on
this system in the summer when they first started up the facility leak checking
and cleared the sight glass then. Thinking the system was only charged to a
clear sight glass then and now with the extreme cold the system was holding back
causing the low charge. Cooler was running and at 35 degrees when I left.

**Labor Charges**

**Ext'd Price**

| | | | | | | |
|---|---|---|---|---|---|---|
| WN MN TECHNICIAN REGULAR | 01/07/2022 | HRS. | 1.75 | @ | $97.0000 | $169.75 |

**Mat/Oth/Sub Charges**

**Ext'd Price**

| | | | | | |
|---|---|---|---|---|---|
| MO99 / R438A REFRIGERANT | | QTY | 4.00 | @ | $25.3300 | $101.32 |
| LEAK DETECTOR | | QTY | 1.00 | @ | $10.0000 | $10.00 |
| Truck Charge | | QTY | 1.00 | @ | $15.0000 | $15.00 |

Mat/Oth/Sub Subtotal **$126.32**

*3-31-22*
*M &*
*MN0018*
*Bm coolers 60001*

**INVOICE TOTAL** **$296.07**

**1 PERCENT 10/NET 30**

We accept       A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

**L&D Maintenance, Inc.**
13877 17th St. North
Stillwater, Minnesota  55082
Phone:     651-303-4747
Fax:     651-337-1118

*Michael Hejduk*
4-9-2024
WI0005-9501
BM Other 60000

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/8/2024 | 2024-2059 |

| BILL TO | SHIP TO |
|---|---|
| Cross America | WI0005-9501 Baldwin Wi |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 00018275 | | | 4/8/2024 | | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | L & M | Remove broken door lock and replace with new . Patch back walls (FRP) reglued so they would not fall off two trips materials 303.26 labor @ 625.00 Tax included | 928.26 | 928.26 |
| | truck charge | Fuel and truck charge | 75.00 | 75.00 |

| | |
|---|---|
| **Total** | $1,003.26 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,003.26 |



# INVOICE

| | |
|---|---|
| Reference No.: | **0131818** |
| Date: | 14-Mar-2024 |
| Due Date: | 14-Mar-2024 |
| Customer ID: | COD-ONLY |
| Currency: | USD |

**BILL TO:**
MARATHON
1040 BERGSLIEN ST
BALDWIN WI 54002-2501
United States of America
Attn: MANAGER

**SHIP TO:**
MARATHON - 1
1040 BERGSLIEN ST
BALDWIN WI 54002-2501
United States of America
Attn: MANAGER

**CUSTOMER REF. NUMBER**   **EXTERNAL REF NUMBER**   **CONTACT**
WO#: 00017758

| NO. | ITEM | S/N | QTY. | UOM | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | LBR-T2SVC-HOURLY: T1 - Labor - Tier 2 Service - Hourly | | 1.25 | HOUR | 119.0000 | 148.75 |
| | NOTE: 2843965 - [TT1] | | | | | |
| 2 | FUEL SURCHARGE: Fuel Surcharge | | 1.00 | CHG | 10.0000 | 10.00 |
| 3 | TRVL-T2-HOURLY: T1 - Travel - Tier 2 - Hourly | | 2.00 | HOUR | 119.0000 | 238.00 |
| | NOTE: 2843965 - [TT1] | | | | | |
| 4 | K0001285: 1/4 SPLICER (S/S) | | 1.00 | EA | 0.6630 | 0.66 |
| | AlternateID : 12935 | | | | | |
| 5 | K0001497: 12,3 OETIKER | | 4.00 | EA | 0.2380 | 0.95 |
| | AlternateID : 16208 | | | | | |

NOTE:

CAPUCCINO WATER LINES SPRUNG A LEAK TO THE POINT OF FLOODING NEED REPAIR

COD PRE AUTH# PA030424-02 FOR $220.0
2024-03-14
Found backflow, preventer leaking
Cut out backflow, preventer, and spliced tube with splicer and OETIK ER
Tested for leaks working properly at this time
Equipment Serviced:
Model: GEMTIF1081000 Serial: 13792758

Signed By: SHELLY
Service Call Date: 03-14-2024

**Please remit payments to:**
**Pentair Commercial Services, LLC**
**P.O. Box 7410471**
**Chicago, IL 60674-0471**
**630-904-1555**

| | |
|---|---|
| **Sales Total:** | 398.36 |
| **Tax Total:** | 21.91 |
| **Total (USD):** | **420.27** |



*Michael Hejduk*
4-11-2024 **Invoice**
WI0054-9503 **\*\*Please Note New Remit To\*\***
FM Dispensers 60020

859.781.0402
859.781.1451 fax
*www.mid-valleysupply.com*

106 Commerce Drive., South Point, OH 45680
315 East 15th Street, Covington KY 41011
2228 Yandes Street, Indianapolis, IN 46205
4080 N. 20th Ave, Wausau, WI 54401

**Remit To:**
M&M Service, Inc.
PO Box 1053
Lexington, KY
40588

| | |
|---|---|
| Invoice Number: | 0144518-IN |
| Invoice Date: | 4/3/2024 |
| Order Number: | S700154 |
| Order Date: | 3/28/2024 |
| Salesperson: | MM28 |
| Customer Number: | 02-52137S |



**Sold To:**
CrossAmerica Partners, LP
645 Hamilton Street, Suite 400
Allentown, PA 18101
**Confirm To:**

**Ship To:**
Holiday Neillsville SSG
1 Hewett St
Neillsville, WI 54456

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 00020995 | | | Net 15 |

| Item Code | Description | Ordered | Shipped | Price | Amount |
|---|---|---|---|---|---|
| /XSERVICE | Reg2 shuts down, reboots | 1.000 | 1.000 | 0.0000 | 0.00 |
| | PROBLEM: Reg. 2 shuts down & reboots periodically. Site has rebooted the commander. | | | | |
| | SOLUTION: 3/29/24, MB, Tech arrived onsite. Reloaded register and replaced register battery. Changed Commander settings for one touch approval at registers. Verified operations and all tested OK. | | | | |
| 310-0103 | BATTERY PACK RUBY CI | 1.000 | 1.000 | 62.0000 | 62.00 |
| /SERVICE FEE - WI | Service Fee | 1.000 | 1.000 | 35.0000 | 35.00 |
| /STD-STRD-WI | Standard-Standard Wisconsin La | 1.500 | 1.500 | 106.0000 | 159.00 |
| | 03/29/24 Michael B Hours: 1.50 | | | | |
| /TRIP CHARGE-WI | Trip Charge 03/29/24 | 1.000 | 1.000 | 206.2500 | 206.25 |

| | |
|---|---|
| Net Invoice: | 462.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 25.43 |
| **Invoice Total:** | 487.68 |



# INVOICE

| | |
|---|---|
| Reference No.: | **0131755** |
| Date: | 14-Mar-2024 |
| Due Date: | 14-Mar-2024 |
| Customer ID: | COD-ONLY |
| Currency: | USD |

**BILL TO:**
HOLIDAY
100 SECOND ST
HUDSON WI 54016-1504
United States of America
Attn: MANAGER

**SHIP TO:**
HOLIDAY
100 SECOND ST
HUDSON WI 54016-1504
United States of America
Attn: MANAGER

*WI0062*

| CUSTOMER REF. NUMBER | EXTERNAL REF NUMBER | CONTACT |
|---|---|---|
| WO#: 00017603 | | |

| NO. | ITEM | S/N | QTY. | UOM | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | LBR-T2SVC-HOURLY: T1 - Labor - Tier 2 Service - Hourly | | 2.00 | HOUR | 119.0000 | 238.00 |
| | NOTE: 2843962 - [TT1] | | | | | |
| 2 | FUEL SURCHARGE: Fuel Surcharge | | 1.00 | CHG | 10.0000 | 10.00 |
| 3 | TRVL-T2-HOURLY: T1 - Travel - Tier 2 - Hourly | | 3.00 | HOUR | 119.0000 | 357.00 |
| | NOTE: 2843962 - [TT1] | | | | | |
| 4 | K0002990: Wilbur Curtis WC-37118 Kit, Whipper Plate | | 1.00 | EA | 18.9720 | 18.97 |

**AlternateID :** WC-37118

**NOTE:**

COFFEE BREWER AND THE CAPPUCCINO MACHINE THE CAPPUCCINO MACHINE IS LEAKING EVERY TIME SOME ONE USES IT COFFEE BREWER ONE SIDE DOESNT WORK PROPERLY

COD PRE AUTH# PA030424-01 FOR $220.0
2024-03-13
Coffee brewer is working properly at this time no issues found
Opened up cappuccino machine
Found plate to be leaking
Disassembled, whippers chamber removed, paddle and replaced whipper plate
Reassembled, mixing chamber and tested for proper operation cappuccino machine working properly at this time
Equipment Serviced:
Model: SCPC3D1002 Serial: 1-000-9855

Signed By: SHAYLA
Service Call Date: 03-13-2024

**Please remit payments to:**
**Pentair Commercial Services, LLC**
P.O. Box 7410471
Chicago, IL 60674-0471
630-904-1555

| | |
|---|---|
| Sales Total: | 623.97 |
| Tax Total: | 34.32 |
| Total (USD): | 658.29 |

 Minnesota Petroleum Service, Inc.
682 39th Ave NE
Columbia Heights, MN 55421
763-780-5191
www.mnpetro.com

 A Division of MN Petro

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2024 | 0000141200 |

**Bill To**

CrossAmerica Partners (CAP)
645 Hamilton Street, Suite 400
Allentown, PA 18101-2192

**Ship To**

MN0045 - Hermantown
4221 Haines Road
Hermantown, MN 55811

| PO # | Payment Terms | Due Date | Rep | Ship Date |
|---|---|---|---|---|
| 00022589 | Net 30 | 5/10/2024 | DTHSV | 4/10/2024 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Labor -MB 4/9/24 initialize #1 tested good. Replaced ix board on #9. Ethernet port went out. | 1 | 96.00 | 96.00 |
| Travel Time Labor | 0.25 | 96.00 | 24.00 |
| Mobilization | 1 | 45.00 | 45.00T |
| Fuel/Vehicle Maintenance Surcharge | 1 | 15.00 | 15.00T |
| IX Jade Board (Exchange) old sn# IXJ065407 new ix IXJD118459 | 1 | 1,150.00 | 1,150.00T |

Invoice is valid unless inquiries are made within 15 days.

You may make payments via cash, check OR pay with Credit Card at:
https://swipesimple.com/links/lnk_4d974f74
A Non-Cash Charge of 3.5% will be added to your total due.

Let us know if you want to go to paperless.
Email to : salesbilling@mnpetro.com
Please include your company name and email address.

A finance charge of 1.5% Monthly (18% Annually) will be assessed on balances 30 days and over.

| | |
|---|---|
| **Subtotal** | $1,330.00 |
| **Sales Tax (8.875%)** | $107.39 |
| **Total** | $1,437.39 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,437.39 |



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210514**

Invoice Date 3/1/2024
Due Date 3/11/2024
Our W/O # **114490**
Order Type General
Category Construction
PO # IYS-MSO-LC-MN0039

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MN0039
5995 Hodgson Rd
Shoreview, MN 55126
Phone #

**JOB DESCRIPTION**
-Furnished and installed broken window.
-Furnished and installed 1 2x4 fixture in back room, new lamps, and ballast.
-Furnished and installed 48 T8 4100K Lamps on the main sales floor.
-Furnished and installed 4 lenses on main salesfloor that are broken.
-Furnished and installed 2 walk in cooler lights that are not working.
-Furnished and installed 5 soffit lights that are not working with new lamps and ballast as needed.

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|-----|-------------|----------|------------|-----------|
| 1 | Labor and Material | | 16,909.00 | 16,909.00 |

*145
Growth CapEx
MN0039*

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | | |
|---|---|---|
| Subtotal | | 16,909.00 |
| Tax 0 % | | 0.00 |
| Total | | 16,909.00 |
| Balance | | 16,909.00 |

Print Date: 03/01/2024

Net 10 Days

Page 1 of 1



Galaxy Group

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210516**

Invoice Date 3/1/2024
Due Date 3/11/2024
Our W/O # **114574**
Order Type General
Category Construction
PO # IYS-MSO-LC-MN0026

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MN0026
1709 2nd Ave W
International Falls, MN 56649
Phone #

**JOB DESCRIPTION**
Inside Work:
  Furnished and installed 10-6 T12 Single Pin Lamps for Cooler Doors

Outside Work:
  Furnished and installed 6 wall pack light fixtures on exterior of location.
  Furnished all labor and materials to repair two 2) Parking Lot Light with New LED Direct Drive Lamp.
  Furnished and installed one (1) Cree Gas Canopy Light.

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor & Material | | 18,636.36 | 18,636.36 |

*IYS Growth Capex MN0026*

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 18,636.36 |
| Tax 0 % | 0.00 |
| Total | 18,636.36 |
| Balance | 18,636.36 |

Print Date:  03/01/2024                    Net 10 Days                                    Page 1 of 1



**Galaxy Group**

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487  Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210532**

| | |
|---|---|
| Invoice Date | 3/4/2024 |
| Due Date | 3/14/2024 |
| Our W/O # | **114573** |
| Order Type | General |
| Category | Construction |
| PO # | IYS-MSO-LC-MN0025 |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MN0025
301 4th St
International Falls, MN 56649
Phone #

*IYS - Growth Capex* (handwritten)

**JOB DESCRIPTION**
Inside Work:
  Furnished and installed 30-4 T-8 Lamps and Ballasts on Sales Floor.
  Furnished and installed 2-2 T-8 Lamps and Ballasts.
  Furnished and installed 26-8 T12 Lamps in BOH
  Furnished and installed 26-8 T12 HO Lamps for Cooler Doors
  Furnished and installed 8-6 T12 Single Pin Lamps for Cooler Doors
  Furnished and installed 2 Bath fans in restrooms.
  Furnished and installed New Track Light on Sales Floor.
  Furnished and installed New Faucet in Men's restroom.
  Furnished and installed New Toilet in Men's restroom.
  Furnished and installed replace glass in 1 broken window.
  Furnished and installed New Glass in windowpane.

Outside Work:
  Furnished all labor and materials to trouble shoot Road Sign - Replace LED Diesel Driver.
  Furnished all labor and materials to replace 9 soffit lights with LED Direct Wire Lamps
  Furnished and installed 1 wall pack light fixtures on exterior of location.
  Furnished all labor and materials to repair one (1) Parking Lot Light with New LED Direct Drive Lamp.

**LABOR and MATERIALS**

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor & Material | | 54,045.23 | 54,045.23 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 54,045.23 |
| Tax  0 % | 0.00 |
| Total | 54,045.23 |
| Balance | 54,045.23 |

 Minnesota Petroleum Service, Inc.
682 39th Ave NE
Columbia Heights, MN 55421
763-780-5191
www.mnpetro.com

 A Division of MN Petro

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/10/2024 | 0000141220 |

| Bill To | Ship To |
|---------|---------|
| CrossAmerica Partners (CAP)<br>645 Hamilton Street, Suite 400<br>Allentown, PA 18101-2192 | MN0018 - Winona<br>920 Mankato Ave<br>Winona, MN 55987 |

| PO # | Payment Terms | Due Date | Rep | Ship Date |
|------|---------------|----------|-----|-----------|
| 00022445 | Net 30 | 5/10/2024 | SERV | 4/10/2024 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Labor - RM 4-9-24: P-6 stuck on reboot screen- Wiped/reloaed jade board, found keypad came up breached- R&R keypad, rewiped/loaded jade board- Test ok. P-5 working/inservice. P-7 thru P-12 bagged by Tanknology for a south 87 tank line issue that our Compliance Division will be here on Thursday to address. | 2.5 | 96.00 | 240.00 |
| Emergency Response charge | 1 | 75.00 | 75.00 |
| Mobilization | 5 | 45.00 | 225.00T |
| Travel Time Labor | 5 | 96.00 | 480.00 |
| Fuel/Vehicle Maintenance Surcharge | 5 | 15.00 | 75.00T |
| SPM SHA2 Wayne Generic<br>New sn A1233170096<br>Old sn A1170120300 | 1 | 984.44 | 984.44T |
| Remote Key Injection | 1 | 39.99 | 39.99T |

Invoice is valid unless inquiries are made within 15 days.

You may make payments via cash, check OR pay with Credit Card at:
https://swipesimple.com/links/lnk_4d974f74
A Non-Cash Charge of 3.5% will be added to your total due.

Let us know if you want to go to paperless.
Email to : salesbilling@mnpetro.com
Please include your company name and email address.

A finance charge of 1.5% Monthly (18% Annually) will be assessed on balances 30 days and over.

| | |
|---|---|
| Subtotal | $2,119.43 |
| Sales Tax (7.375%) | $97.67 |
| Total | $2,217.10 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,217.10** |



Galaxy Group

GALAXY FMS
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

# Invoice # **210515**

Invoice Date 3/1/2024
Due Date 3/11/2024
Our W/O # **114491**
Order Type General
Category Construction
PO # IYS-MSO-LC-MI0002

## BILL TO
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

## SERVICE LOCATION
Joe's Kwik Mart - Loc # MI0002
405 N Stephenson Ave
Iron Mountain, MI 49801
Phone #

## JOB DESCRIPTION
Furnished and installed six new cooler façade lights to replace non-working fixtures.
Furnished and installed fixtures in the office.
Furnished and installed four fixtures in the can room and ice maker rooms.
Furnished and installed one existing non-working 8-foot strip light in the retail area.
Furnished and installed one new 8' strip light in the walk-in cooler.
Furnished and installed one wall pack on each end of the building.
Cleaned and retrofitted the five (5) existing store canopy lights with LED corn cob lights.
Furnished and installed Retrofit the nine-door cooler with LED tubes.
Furnished and installed Stained Ceiling tiles were required.
Adjusted two Entrance doors.
Furnished and installed two sweepers on the main entrance doors.
Repaired Brickwork near main entrance doors.
Recharged Condenser for a walk-in cooler.

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|-----|-------------|----------|------------|-----------|
| 1 | Labor & Material | | 25,163.22 | 25,163.22 |

*(handwritten: 145 Growth Capex MI0002)*

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | | |
|---|---|---|
| Subtotal | | 25,163.22 |
| Tax 0 % | | 0.00 |
| Total | | 25,163.22 |
| Balance | | 25,163.22 |

4-10-2024
MI0002-6501
FM Dispensers 60020

**M&M MID-VALLEY** SERVICE AND SUPPLY

859.781.0402
859.781.1451 fax
*www.mid-valleysupply.com*

106 Commerce Drive., South Point, OH 45680
315 East 15th Street, Covington KY 41011
2228 Yandes Street, Indianapolis, IN 46205
4080 N. 20th Ave, Wausau, WI 54401

**Invoice**

*Michael Hejduk* **\*\*Please Note New Remit To\*\***

**Remit To:**
M&M Service, Inc.
PO Box 1053
Lexington, KY
40588

| | |
|---|---|
| Invoice Number: | 0144517-IN |
| Invoice Date: | 4/3/2024 |
| Order Number: | S700153 |
| Order Date: | 3/28/2024 |
| Salesperson: | MM28 |
| Customer Number: | 02-52137S |

**Sold To:**
CrossAmerica Partners, LP
645 Hamilton Street, Suite 400
Allentown, PA 18101
**Confirm To:**

**Ship To:**
CAPL Retail LLC DBA JKM MI0002
405 N. Stephenson Avenue
Iron Mountain, MI 49801

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 00020855 | | | Net 15 |

| Item Code | Description | Ordered | Shipped | Price | Amount |
|---|---|---|---|---|---|
| /XSERVICE | Fp2 & 3 nozzles, fp5 CC reader | 1.000 | 1.000 | 0.0000 | 0.00 |
| | PROBLEM: Fp 3 handle broken, Fp 2 nozzle leaking, Fp 5 card reader not working. | | | | |
| | SOLUTION: 3/29/24, TA, Tech arrived onsite. Replaced a bad card reader on pump #5, a damaged nozzle on pump #3 and a leaky swivel on pump #2. Verified operations and all tested OK. | | | | |
| W2893895-002 | SVC KIT CARD READER SECURE CHI | 1.000 | 1.000 | 1,414.5330 | 1,414.53 |
| 241TPS-0241 | SWVL VALUE HOSE 3/4" | 1.000 | 1.000 | 51.0870 | 51.09 |
| 11BP-0400 | NOZZLE GAS BLK 3/4"" NPT NEW | 2.000 | 2.000 | 136.9400 | 273.88 |
| /SERVICE FEE - MI | Service Fee | 1.000 | 1.000 | 35.0000 | 35.00 |
| /STD-STRD-MI | Standard-STD Michigan Labor | 2.750 | 2.750 | 106.0000 | 291.50 |
| | 03/29/24 Tony A Hours: 2.75 | | | | |
| /TRIP CHARGE-MI | Trip Charge 03/29/24 | 1.000 | 1.000 | 212.2500 | 212.25 |

| | |
|---|---|
| Net Invoice: | 2,278.25 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 106.47 |
| **Invoice Total:** | 2,384.72 |


**YESCO**

# Invoice

**Billing Address**
Lorie Conde| Accounting Associate
Cross America Partners LP
645 Hamilton St Ste 400
Allentown PA 18101-2130
United States

**For Work At**
Marathon Gas #WI0062
100 2nd St
Hudson WI 54016-1504
United States

| Invoice Date | Invoice # | Web Pmt Pin | Due Date | PO # | Created From | Customer ID | Sales Rep |
|---|---|---|---|---|---|---|---|
| 04/05/2024 | INY-0498298 | 11230189 | 06/04/2024 | SA-6534 / Y73786 | | 243298:157 | 040470 Timothy J Holt |

| Quantity | Units | Item | Options | Rate | Amount |
|---|---|---|---|---|---|
| 3 | EA | **LABOR 0' - 48' Standard Reach Service Labor** Diagnose and repair the outages in the fuel price sign on the south side causing the numbers in the prices appear incomplete. | | $105.00 | $315.00 |
| 5 | EA | **LABOR 0' - 48' Standard Reach Service Labor** Service Labor | | $105.00 | $525.00 |
| 1 | EA | **Service Part** Parts needed: to repair LED sign | | $2,234.38 | $2,234.38 |

| | |
|---|---|
| Subtotal | $3,074.38 |
| Tax Total (%) | $169.10 |
| Adjustment | |
| Amount Paid | $0.00 |
| Amount Due | $3,243.48 |

## Online Payment

Click the buttom below if you want to pay online with credit card or eCheck. Or go to https://apps.yesco.com/YESCOPayments/ and enter your Payment PIN: 11230189

**Pay Online**

# Payment Options

**Bill To:**
Lorie Conde| Accounting Associate
Cross America Partners LP
645 Hamilton St Ste 400
Allentown PA 18101-2130
United States

**Remit To:**
SEND CREDIT CARD AUTHORIZATIONS
TO: nationalservicecredit@yesco.com
MAIL CHECKS TO:
YESCO LLC
PO Box 11676
Tacoma WA 98411-6676
United States
702-944-4538

| | |
|---|---|
| Account Number: | 243298:157 |
| Invoice Number: | INY-0498298 |
| Due Date: | 06/04/2024 |
| Amount Paid: | $ |

## Credit Card Information

Card Holder's Name

Credit Card #

NOTE: All Charges Over $1,000.00 will be assessed a 2% surcharge.

| Card Type | MC | VS | DI | AM | Exp. Date | CCV |
|---|---|---|---|---|---|---|

Card Billing Address

| City | State | Zip |
|---|---|---|

## ACH Payment Information

By completing your ACH information below, you authorize YESCO to withdraw all payment(s) pursuant to the Agreement on the applicable due date (s) from Customer's depository account as described below. Written revocation of this authorization must be received by YESCO with at least 30 days prior notice.

Name on Bank Account

| Name of Bank | Checking | Savings |
|---|---|---|

Bank Account Number

| Routing Number | Bank City and State |
|---|---|

## Payment Authorization

| E-mail Address for Receipt | Phone |
|---|---|

| Authorized Signature | Date |
|---|---|



# Trip Record

**Job Name**

PARTS here - Hudson - Marathon - Gas Pricer

| PO Number | Job Number | Trip Number |
|---|---|---|
| SA-6534 / 7721 Y73786 | | 1 |

**Job Site Address**

100 2nd St, Hudson, WI 54016-1504

| Date | Time On Site | Time Checked Out |
|---|---|---|
| 03/28/2024 | 03:57 PM | 03:58 PM |

**Work Performed for Trip 1**

- 3   LABOR - 1 MAN SERVICE LADDER VAN UP TO 45'
- 1   Parts needed: to repair LED sign
- 5   RETURN LABOR - 1 MAN SERVICE LADDER VAN UP TO 45'

**Customer Name**

**Crew Name**

Cargo Ladder





**Galaxy Group**

**GALAXY FMS**
201 S Blakely Street, Suite 251
Dunmore, PA 18512
Phone # 888-689-3487   Fax # 888-689-3492
https://galaxyfms.com/

*Michael Hejduk*
4-16-2024
MI0001-6500
BM Doors 60000

# Invoice # **211252**

| | |
|---|---|
| Invoice Date | 4/4/2024 |
| Due Date | 4/14/2024 |
| Our W/O # | **114599** |
| Order Type | Door |
| Category | Locksmith |
| PO # | |

**BILL TO**
CrossAmerica Partners LLC
645 Hamilton Street
Suite 400
Allentown, PA 18101

**SERVICE LOCATION**
Joe's Kwik Mart - Loc # MI0001
501 W Washington St
Marquette, MI 49855
Phone #

**JOB DESCRIPTION**
- Arrived on site and met with manager
- Supplied and installed 2 locks
- Made all necessary adjustments
- Cleaned work area

## LABOR and MATERIALS

| Qty | Description | Man Hour | Unit Price | Total Tax |
|---|---|---|---|---|
| 1 | Labor | 2.00 | 95.00 | 190.00 |
| 1 | Material | | 185.00 | 185.00 |
| 1 | Trip charge | | 75.00 | 75.00 |

NET 10

Please Remit Payment To:

Galaxy Group, LLC
471 N Broadway
Suite 215
Jericho, NY 11753

| | |
|---|---|
| Subtotal | 450.00 |
| Tax  0 % | 0.00 |
| Total | 450.00 |
| Balance | 450.00 |



**J&H Enterprises of Marquette LLC**
jandh_enterprises@yahoo.com | 906-362-3956

# Invoice #23853

We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Mike Hejduk | PDF created March 12, 2024 | Due March 12, 2024 |
| mhejduk@caplp.com | $1,025.00 | $1,025.00 |
| 330-518-6470 | | |
| 655 S. Fostoria Rd | | |
| Port Clinton , OH 43452 | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| recharge unit with hotshot 2 with labor | 1 | $1,025.00 | $1,025.00 |
| *Recharge unit to get unit up and running. Plan is to change out refrigeration units.* | | | |

| | | | |
|---|---|---|---|
| Subtotal | | | $1,025.00 |

## Total Due                        $1,025.00



# INVOICE

## GARNER G.C.C
Design Build Maintain

INVOICE# 28220

DATE: 07/14/2024

984 Dalewood Rd
Lyndhurst Oh, 44124
Phone 330 814 7487
E-mail Mickeydeon33@gmail.com

TO  Nolan Lockner

SITE: OH0088

SHIP  CAP
TO    Nlockner@caplp.com

Customer ID  Cove Base/Health code violation

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | SITE NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| Mickey | Cove Base Health code violation | N/A | N/A | OH0088 | NET 30 | 08/15/2024 |

| QTY | SERVICE | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 140 linear ft. | Removal | Removed all old cove base (off white) and adhesive. Removed dry wall located underneath cooler doors (compromised dry wall cove base would not adhere). | | | 1750.00 |
| 156 linear ft. | Install | Install 156 linear ft. of 6in. black cove base (bathroom, back hallway through out store) Install drywall under cooler doors, prep, prime, and paint to match. | | | |
| 15 linear ft. | Remove/Install | Remove failing cove base in kitchen area (4in off white) Install 4 in. off white cove base. | | | |
| | Materials | 6 in. black cove base, 4 in. off white cove base, adhesive glue, dry wall, hardware, paint (to match) | | | 752.00 |
| | Travel | 5.7 | | | 100.00 |
| | Comments | Health code violation | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DISCOUNT | | |

| | |
|---|---|
| SUBTOTAL | 2,602.00 |
| SALES TAX | 208.16 |
| TOTAL | 2810.62 |

# INVOICE

## GARNER G.C.C
Design Build Maintain

INVOICE# 28221

DATE: 07/14/2024

984 Dalewood Rd
Lyndhurst Oh, 44124
Phone 330 814 7487
E-mail Mickeydeon33@gmail.com

TO  Nolan Lockner

SHIP  CAP
TO   Nlockner@caplp.com

SITE: OH0088

Customer ID  Ceramic tile/Health code violation

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | SITE NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| Mickey | Ceramic tile Health code violation | N/A | N/A | OH0088 | NET 30 | 08/15/2024 |

| QTY | SERVICE | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 82 | Remove | Removed 82 8x8 ceramic tiles. Removed boding thin set. Level floor where tiles were removed for install. | | | 3,200.00 |
| Throughout store | Install | Install all tiles that were removed throughout store. Per health code violation. Grout to match to previous grout. | | | |
| Remove and install | Kitchen area | Remove and replace cracked and missing 6x6 non slip tiles. Install 3 steel plates 18x63 diamond plated, painted black where structural beam was compromised for tile install. | | | |
| 1 | Pluming | Replace one shut off valve, and supply line to 3 bay sink. | | | |
| 1 | Service Misc. repairs needed | Repaired threshold by back door. Repaired threshold front door. | | | |
| | | | | | |
| | Materials | 24 in x 8 in ceramic tiles, 8x8 tiles, Diamond plated steel plates, dark grey grout, speed set, shut off valve, water supply line, | | | 1,150.00 |
| | Travel | 8.2 | | | 150.00 |

| | Comments | Pictures on file. Before and after pictures sent to Nolan Lockner | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | TOTAL DISCOUNT | | |

| | |
|---|---|
| SUBTOTAL | 4,500.00 |
| SALES TAX | 360.00 |
| TOTAL | 4860.00 |

*Advance HVAC, LLC*
*14837 Detroit Ave # 112*
*Lakewood OH 44107*
*PH:216-319-4444*
*Ohio License # 49772*

*Michael Hejduk*
7-17-2024
OH0077-294
C-Store WIC 60036

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/28/2024 | 219 |

| BILL TO | JOB LOCATION |
|---------|--------------|
| Cross America Partners | 8200 Columbia Road<br>Olmsted Falls |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/2/2024 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Walk in cooler<br>Replace warranty compressor | | | 0.00 |
| | Install one new evaporator<br>Install new expansion valve with new power elements<br>Install new filter dryer<br>New evaporator has 1 year manufacturer warranty | | | 4,156.00 |
| | Install new contactor<br>Wash condenser with metal safe chemical and rinse with waTER<br>Upon starting the system and checking the opperation, discovered the old evaporator expansion valve is weak adjusted valve. Valve is functioning better but not to manufacturer recomendation. | | | 125.00<br>85.00<br><br>95.00 |

Thank you for your business!

| | | |
|---|---|---|
| Subtotal | | 4,461.00 |
| 0% Tax | | 0.00 |
| Total | | 4,461.00 |
| Balance Due | | 4,461.00 |

# INVOICE

## GARNER G.C.C

Design Build Maintain

INVOICE# 28223

DATE: 07/14/2024

984 Dalewood Rd
Lyndhurst Oh, 44124
Phone 330 814 7487
E-mail Mickeydeon33@gmail.com

TO  Nolan Lockner

SHIP  CAP
TO   Nlockner@caplp.com

SITE: OH0077

Customer ID  Roof/carwash/store building

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | SITE NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| Mickey | Roof carwash/store building | N/A | N/A | OH0077 | NET 30 | 08/15/2024 |

| QTY | SERVICE | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | Car wash roof | Remove all over grown vegetation (tree's growing on the roof) cleaned out gutter system packed with debris.  Cleaned and opened down spouts.  Sealed all fasteners, sealed perimeter flashing, sealed one electrical gang box, sealed 2 roof top vents. | | | 1850.00 |
| 1 | Building roof | Sealed all vent stacks, HVAC hubs, electrical gang boxes, and east and west flashing of building. Secure 2x12 top plate (these all need to get replaced what has been compromised) cleaned out gutters. Removed debris, and trash that was left behind by previous contractors.  Sealed several fasteners and performed preventative maintenance on the roof. | | | 2100.00 |
| | | | | | |
| | | | | | |
| | Materials | 100% silicone 27 semi grade Karnack | | | 250.00 |
| | Comment | Wooding cap 2x12 need to be replaced, it is dry rotted and compromised, this will need to be done by the winter, before and after pictures on file. | | | |
| | Travel | 6.7 | | | 75.00 |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  | TOTAL DISCOUNT |  |
|  |  |  |  | SUBTOTAL | 4275.00 |
|  |  |  |  | SALES TAX | 342.00 |
|  |  |  |  | TOTAL | 4617.00 |



**PREMIUM QUALITY LIGHTING®**
2285 Ward Ave | Simi Valley, CA 93065
800-323-8107 | 877-619-7053 Fax
pqlighting.com | info@pqlighting.com

MN0039
60007
W

## INVOICE
### 648578

| CUSTOMER NO | IDT |
|---|---|
| 6106252469 | 1 |

| SOLD TO | SHIP TO |
|---|---|
| CROSS AMERICA PARTNERS (CAP)<br>600 HAMILTON ST SUITE 500<br>ALLENTOWN, PA  18101 | FREEDOM - SHOREVIEW<br>5995 HODGSON ROAD<br>SHOREVIEW, MN  55126 |

| INVOICE DATE | SHIP VIA | F.O.B. | Shipping Loc. | PAYMENT TERMS |
|---|---|---|---|---|
| 05/13/24 | TRUCK | MN | 1 | NET 30 |

| PURCHASE ORDER NUMBER | ORDERED BY | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|---|
| 00018279 | | 05/13/24 | HEIDI HOHERTZ (SERVICE) | 3330719 |

| QTY ORDERED | QTY SHIPPED | QTY BO | ITEM NUMBER | DESCRIPTION | UNIT PRICE | DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | BUCKETTRUCK-HD | BUCKET TRUCK HALF DAY | 50.00 | | 50.00 |
| 1 | 1 | | LBRPAULF | LABOR - (1.5HRS) TRY OPEN SIGN OPEN THREE SIDES, GET INTO SIGN NONE OF DRIVERS FOR SIGN CONNECTED TO POWER NO POWER ON THE OTHER SIGN, CLOSE SIGN, ALSO ROAD CONSTRUCTION GOING ON VERY CLOSE TO SIGN AND ELECTRICAL BOXES NEED TO CONNACT, GAIL ON ISSUES | 142.50 | | 142.50 |
| 6 | 6 | | LBR-DYLANDUNDE | LABOR | 95.00 | | 570.00 |
| 6 | 6 | | LBRWILLA | LABOR | 95.00 | | 570.00 |
| 1 | 1 | | EK4236S | PHOTO-CONTROL ELECTRONIC STEM/SWIVEL 120/277V | 74.55 | | 74.55 |
| 50 | 50 | | 30-673 | WIRENUT WIRE CONNECTOR/ORANGE - 10,000 BOX | 0.25 | | 12.50 |
| 1 | 1 | | 125-0028 | MISCELLANEOUS MATERIALS TOTAL- 4 X 4 GREEN TREATED LUMBER | 18.40 | | 18.40 |
| 1 | 1 | | 125-0028 | MISCELLANEOUS MATERIALS TOTAL- 4 X 4 X 8 POST, FITTINGS, CONDUIT, WIRE, BOXES COVERS | 85.00 | | 85.00 |
| 1 | 1 | | FS | FUEL SURCHARGE | 25.00 | | 25.00 |

COMMENTS:
Thank you for putting your customer number on your remittance.

| | | Subtotal | 1,547.95 |
|---|---|---|---|
| Taxable | 1,497.95 | Sales Tax | 125.45 |
| Non-Taxable | 50.00 | **Total** | **1,673.40** |

1,673.40

Tracking No.

# INVOICE



**B ENEDICT**
**Sales & Service**
**SINCE 1938**

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

**Bill To:**
CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

| | |
|---|---|
| **CLIENT ID:** | **CAP007** |
| **INVOICE #:** | **129668** |
| **INVOICE DATE:** | **05/06/2024** |
| **DUE DATE:** | **06/05/2024** |
| **BILLED THROUGH:** | **05/06/2024** |

**Site Address:**
1 HEWETT ST
NEILLSVILLE WI 54456-2162

## CROSS AMERICA (NEILLSVILLE) (T & M) DD

**JOB ID:** CONTR118529
**PO #:** 22375

THANK YOU FOR YOUR BUSINESS!

| FIXED FEE ITEMS | CONTRACT AMOUNT | % COMPLETE | AMOUNT REMAINING | TOTAL BILLED TO DATE | AMOUNT PREVIOUSLY BILLED | AMOUNT THIS BILLING |
|---|---|---|---|---|---|---|
| LABOR | $2,275.00 | 100.00% | | $2,275.00 | | $2,275.00 |
| MATERIAL | $869.00 | 100.00% | | $869.00 | | $869.00 |
| | $3,144.00 | 100.00% | | $3,144.00 | | $3,144.00 |

| | |
|---|---|
| Invoice Subtotal | $3,144.00 |
| Sales Tax | $172.92 |
| Total Invoice | $3,316.92 |

WI 0054
60036

**PLEASE REMIT TO:**
BENEDICT REFRIGERATION SERVICE, INC.
1003 Harlem Street
Altoona, WI 54720-2203

**Total Invoice**     **$3,316.92**

We accept    

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.



# INVOICE

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

## EXPLANATION OF CHARGES

| LABOR | | Details Totaling: | $2,275.00 |
|---|---|---|---|

LABOR
  -CUTOUT OLD PIPING
  -RAN NEW LINES
  -INSTALLED NEW RISER
  -REPLACED FILTER DRYER
  -PULLED VACUUM, CHARGED SYSTEM
  -VERIFIED PULL DOWN

| MATERIAL | | Details Totaling: | $869.00 |
|---|---|---|---|

MATERIAL

**PLEASE REMIT TO:**
BENEDICT REFRIGERATION SERVICE, INC.
1003 Harlem Street
Altoona, WI 54720-2203

## Total Invoice   $3,316.92

We accept   

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

**INVOICE** WI0005



**B ENEDICT**
**Sales & Service**
**SINCE 1938**

Benedict Refrigeration Service, Inc.
1003 Harlem St. • Altoona WI 54720
715.834.3191 • 800.944.3604
www.BenedictSS.com

Page: 1 of 2
CONTR118741
133647

Bill To:
CROSS AMERICA PARTNERS
Email Invoices: cap_ap@caplp.com
645 HAMILTON STREET, STE. 400
ALLENTOWN PA 18101

CLIENT ID: CAP007
INVOICE #: 133647
INVOICE DATE: 07/29/2024
DUE DATE: 08/28/2024
BILLED THROUGH: 07/29/2024

Site Address:
1040 BERGSLIEN ST
BALDWIN WI 54002-0532    WI0005

CROSS AMERICA (BALDWIN) (HVAC) AE

JOB ID: CONTR118741
PO #:

PAYMENT RECEIVED - THANK YOU!
:CREDIT CARD, 6/24/2024 ($8,255.45)
:BALANCE DUE $8,014.17

| FIXED FEE ITEMS | CONTRACT AMOUNT | % COMPLETE | AMOUNT REMAINING | TOTAL BILLED TO DATE | AMOUNT PREVIOUSLY BILLED | AMOUNT THIS BILLING |
|---|---|---|---|---|---|---|
| HVAC EQUIPMENT | $6,442.44 | 100.00% | | $6,442.44 | | $6,442.44 |
| INSTALLATION LABOR AND MATERIALS | $9,586.73 | 100.00% | | $9,586.73 | | $9,586.73 |
| 3% CREDIT CARD PROCESSING FEE | $240.45 | 100.00% | | $240.45 | | $240.45 |
| | $16,269.62 | 100.00% | | $16,269.62 | | $16,269.62 |

15800
WI0005
CAP ET MAINT
HVAC

PLEASE REMIT TO:
BENEDICT REFRIGERATION SERVICE, INC.
1003 Harlem Street
Altoona, WI 54720-2203

**Total Invoice** $16,269.62

Remaining Balance Due: $8,014.17



We accept    VISA  MasterCard  AMERICAN EXPRESS  DISCOVER

A finance charge of 1.5% per month (18% annually)
will be charged to all past due accounts.

Email *I chi klase cdpla am*



BENEDICT SALES AND SERVIC
1003 HARLEM STREET
ALTOONA, WI 54720
(715) 834-3181

06/24/14                    11:00:35

PHONE ORDER

\*\*\*\*\*\*\*\*\*\*\*\*5650          VI
Entry Method: MANUAL

Appr Code: 039882
Transaction ID: 0012
Host Trans ID: 304176605059452
Batch: 498
Invoice: 10
Response: APPROVAL 039882
Approved: Online
AVS Code:0
CW2 Code:MATCH N

Total:          $ 8,255.45

NO SIGNATURE REQUIRED

THANK YOU

Customer Copy

BALDWIN PAYMENT



Minnesota Petroleum Service, Inc.
682 39th Ave NE
Columbia Heights, MN 55421
763-780-5191
www.mnpetro.com



A Division of MN Petro

# Invoice

| Date | Invoice # |
|---|---|
| 8/2/2024 | 0000146412 |

| Bill To | Ship To |
|---|---|
| CrossAmerica Partners (CAP)<br>645 Hamilton Street, Suite 400<br>Allentown, PA 18101-2192 | MN0018 - Winona<br>920 Mankato Ave<br>Winona, MN 55987 |

| PO # | Payment Terms | Due Date | Rep | Ship Date |
|---|---|---|---|---|
| Gus verbal | Net 30 | 9/1/2024 | TW | 8/1/2024 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Repipe outside three dispensers to be fed off of North 87 tank and cap off piping from south 87 tank (2 piping techs) | 1 | 1,536.00 | 1,536.00 |
| Travel Time Labor (x2 round trip) | 10 | 96.00 | 960.00 |
| Mobilization | 10 | 45.00 | 450.00T |
| Fuel/Vehicle Maintenance Surcharge | 10 | 15.00 | 150.00T |
| Misc pipe fittings per dispenser | 3 | 325.00 | 975.00T |
| Parsons Electric to move sub relay wiring for new 87 positions | 1 | 1,768.00 | 1,768.00 |
| Poured back concrete | 8 | 106.00 | 848.00 |
| Travel Time Labor | 10 | 106.00 | 1,060.00 |
| Mobilization | 10 | 45.00 | 450.00 |
| Fuel/Vehicle Maintenance Surcharge | 10 | 15.00 | 150.00 |
| Concrete per yard - summer | 2 | 495.00 | 990.00 |
| MN0018 - FM - Piping Repair<br>Approved - GN | | | |

Invoice is valid unless inquiries are made within 15 days.

You may make payments via cash, check OR pay with Credit Card at:
https://swipesimple.com/links/lnk_4d974f74
A Non-Cash Charge of 3.5% will be added to your total due.

Let us know if you want to go to paperless.
Email to : salesbilling@mnpetro.com
Please include your company name and email address.

A finance charge of 1.5% Monthly (18% Annually) will be assessed on balances 30 days and over.

| | |
|---|---|
| Subtotal | $9,337.00 |
| Sales Tax (7.375%) | $116.16 |
| Total | $9,453.16 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$9,453.16** |

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/28/2024 | 062524-4377 |

**Carlson Refrigeration**
**Lakeshore Ice**
602 Ogden Ave
Superior, WI 54880
715-395-5513

**Bill To**

CrossAmerica Partners
CrossAmerica Partners LP
Attn: Trade Payables
645 Hamilton Street
San Antonio, TX 78269

**Service Site**

Joe's Kwik Mart.
202 8th Street S
Virginia, MN 55792

| P.O. No. | Terms | Due Date | Rep | Service Date | Ship Via |
|----------|-------|----------|-----|--------------|----------|
| SA-13281 | Net 10 Days | 7/8/2024 | KJS | 6/28/2024 | Our Truck |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Materials | 12EM1123X Fan Motor | 1 | 128.84 | 128.84T |
| Coil Chemical ... | Coil Chemical washing | 1 | 22.38 | 22.38T |
| Labor MN | Labor MN | 5 | 130.00 | 650.00 |
| Mileage | Mileage | 1 | 50.00 | 50.00T |
| | Open Sandwich Case Warm. Inspected system and found one of the two condenser fan motors bad. Replaced motor with new. Also detergent washed the condenser coil. Verified operation once finished and all is ok at this time. | | | |

As of January 1, 2023, we will be imposing a 3% surcharge on all credit card charges

| | |
|---|---|
| Sales Tax (7.375%) | $14.84 |
| Total | $866.06 |

Carlson Refrigeration
Lakeshore Ice

**602 Ogden Ave**
**Superior, WI 54880**
**715-395-5513**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2024 | 061024-4274 |

| Bill To | Service Site |
|---------|--------------|
| CrossAmerica Partners<br>CrossAmerica Partners LP<br>Attn: Trade Payables<br>645 Hamilton Street<br>San Antonio, TX 78269 | Joe's Kwik Mart.<br>202 8th Street S<br>Virginia, MN 55792 |

| P.O. No. | Terms | Due Date | Rep | Service Date | Ship Via |
|----------|-------|----------|-----|--------------|----------|
| SA-12178 | Net 10 Days | 7/5/2024 | BAS | 6/25/2024 | Our Truck |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Labor MN<br>Mileage | Labor MN<br>Mileage<br><br>A/C was not cooling, when I arrived I found that the suction line from the condenser all the way to the evaporator coil was completely frozen, had to let it thaw out and return the next day. After returning found that the evaporator coil was plugged up with dust, cleaned off evaporator coil and checked pressures, verified operation, good. | 5.5<br>1 | 130.00<br>50.00 | 715.00<br>50.00T |

| As of January 1, 2023, we will be imposing a 3% surcharge on all credit card charges | Sales Tax (7.375%) | $3.69 |
|---|---|---|
| | Total | $768.69 |

MAKE _____

MODEL# _____

SERIAL# _____

**J&H ENTERPRISES**
OF MARQUETTE, LLC

243 Heidtman Rd Skandia, WI 49885
(906) 362-3956 • jandh_enterprises@yahoo.com

DATE 6/11/24

CUST. P.O. #

## CHECKLIST

DESCRIPTION OF WORK

JOB LOC: _____

OUR P.O.#

☐ COMPRESSOR
- ☐ SUCTION _____ PSI
- ☐ HEAD _____ PSI
- ☐ VOLTS _____ AMPS _____
- ☐ ELECTRICAL CONNECTIONS
- ☐ OIL LEVEL & CHECK FAN COND.

☐ CONDENSER COIL
- ☐ CLEAN COIL & CHECK FIN COND.

☐ FAN AND MOTOR
- ☐ VOLTS _____ AMPS _____
- ☐ ELECTRICAL CONNECTIONS
- ☐ FAN PULLEYS (ADJUST BELT)
- ☐ CHECK, LUBE BEARINGS & MOTOR

☐ EVAPORATOR COIL
- ☐ CLEAN COIL & CHECK FIN

☐ CONDENSATE AREAS
- ☐ INSPECT & CLEAN DRAIN PAN
- ☐ INSPECT & CLEAN DRAIN

☐ AIR FILTERS
- ☐ CLEANED   ☐ REPLACED

☐ HEATING ASSY.
- ☐ BURNER & HEAT EXCHANGER
- ☐ FUEL SUPPLY & PRESSURE
- ☐ PILOT ASSEMBLY
- ☐ FLAME ADJUSTMENT
- ☐ PRIMARY RELAY & FLUE
- ☐ FAN & LIGHT SWITCH OPER.
- ☐ BLOWER ASSEMBLY

☐ ELECTRICAL COMPTS.
- ☐ RELAYS   ☐ CONTACTORS
- ☐ OVERLOAD   ☐ PRESS SWITCH

☐ THERMOSTAT
- ☐ OK   ☐ REPLACE
- ☐ RELOCATE

☐ OPERATION
- ☐ DISCHARGE TEMP.
- ☐ RETURN TEMP
- ☐ SUPERHEAT _____
- ☐ TEMP DIFF. _____

Clean Ice Machine Due to Health Dept. Unit needs lots of TLC and the cleaning may not work 100%.

BILL TO: B.P. Mgt.

PHONE #

ACCT. #

WORK ORDER / INVOICE

INVOICE 61124

| QUANTITY | ITEM OR PART DESCRIPTION | PRICE |
|---|---|---|
| 4 | irls clean extreamly Dirty Ice machine. | 600.00 |
| 1 | Cleaning Supplies | 100.00 |

MN0001
60038
W

REFRIGERANT

ENVIRONMENT CHECKLIST   OTHER
RETURNED TO
THIS SYSTEM? ☐ YES ☐ NO   QTY _____
REFRIG. TYPE _____
RECOVERED? ☐ YES ☐ NO   QTY _____

LABOR CHARGES   HRS. @   HR.

| | TOTAL PARTS | 700.00 |
| | SALES TAX | |
| | LABOR | 600.00 |
| | FREIGHT | |
| | CFC RECOVERY | |
| | SUB CONT: | |
| | TOTAL AMOUNT DUE | 700.00 |

## LABOR

| DATE | MECH. | START | END |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ Refrigeration
☐ Air Conditioning
☐ Heating
☐ Plumbing
☐ Kitchen Equipment

TOTAL DUE UPON RECEIPT

PARTS WARRANTY All parts as recorded are warranted per manufacturer specifications
LABOR GUARANTEE The charges as recorded here relative to the equipment services are due, a guaranteed for a period of 30 days. We do not guarantee parts other than those provided. If warranty parts are defective, customer will be responsible for a labor charge on this repair. All service policies C.O.D. unless prior arrangements have been made. J&H Enterprises holds title to all parts and retains a title until paid in full. Accounts 30 days past due will be charged 1 1/2% per month. Customer may be liable for legal fees associated with collecting past due accounts.

PLEASE PAY FROM THIS INVOICE

☐ CHECK   ☐ CARD   ☐ CASH

CHECK OR CREDIT CARD #

By signing below I agree to the terms listed

Signature _____
Date _____   THANK YOU!

WHITE — ORIGINAL   CANARY — CUSTOMER   PINK — ACKNOWLEDGEMENT

MAKE _____

MODEL# _____

SER#AL# _____

**J&H ENTERPRISES**
OF MARQUETTE, LLC
2½ Kinde
_____ Rd Skandia, MI 49885
(906) 362-3956 · jandh_enterprises@yahoo.com

DATE 5/30/24

CUST.
P.O. #

OUR
P.O.#

PHONE #

ACCT. #

WORK ORDER / INVOICE

### CHECKLIST

☐ **COMPRESSOR**
  ☐ SUCTION_____PSI
  ☐ HEAD_____PSI
  ☐ VOLTS_____ AMPS_____
  ☐ ELECTRICAL CONNECTIONS
  ☐ OIL LEVEL & CHECK FRN COND.

☐ **CONDENSER COIL**
  ☐ CLEAN COR & CHECK FRN COND.

☐ **FAN AND MOTOR**
  ☐ VOLTS_____ AMPS_____
  ☐ ELECTRICAL CONNECTIONS
  ☐ FAN PULLEYS (ADJUST BELT)
  ☐ CHECK, LUBE BEARINGS & MOTOR

☐ **EVAPORATOR COIL**
  ☐ CLEAN COIL & CHECK FRN

☐ **CONDENSATE AREAS**
  ☐ INSPECT & CLEAN DRAIN PAN
  ☐ INSPECT & CLEAN DRAIN

☐ **AIR FILTERS**
  ☐ CLEANED  ☐ REPLACED

☐ **HEATING ASSY.**
  ☐ BURNER & HEAT EXCHANGER
  ☐ FUEL SUPPLY & PRESSURE
  ☐ PILOT ASSEMBLY
  ☐ FLAME ADJUSTMENT
  ☐ PRIMARY RELAY & FLUE
  ☐ FAN & LIGHT SWITCH OPER.
  ☐ BLOWER ASSEMBLY

☐ **ELECTRICAL COMPTS.**
  ☐ RELAYS  ☐ CONTACTORS
  ☐ OVERLOAD  ☐ PRESS SWITCH

☐ **THERMOSTAT**
  ☐ O.K.  ☐ REPLACE
  ☐ RELOCATE

☐ **OPERATION**
  ☐ DISCHARGE TEMP
  ☐ RETURN TEMP.
  ☐ SUPERHEAT _____
  ☐ TEMP DIFF _____

**DESCRIPTION OF WORK**

Install Condenser / Cond
And all Components Run
Unit. For HVAC

Had to have Electrician
hook up unit Due to
Condition of Cuitical
Pannel so Unit meets
Code. Additional 2400.00
added.

Extra Cost Due to time
Took to get Down Payment
So Price Rose 800.00

**REFRIGERANT**

**ENVIRONMENT CHECKLIST**  ☐ OTHER
RETURNED TO
THIS SYSTEM? ☐ YES ☐ NO  QTY_____
REFRIG. TYPE_____
RECOVERED? ☐ YES ☐ NO  QTY_____

JOB LOC:

BILL TO: B.P. Mgt

INVOICE 52024

| QUANTITY | ITEM OR PART DESCRIPTION | PRICE |
|---|---|---|
|  | Remainder from Initial Bid | 10 167.66 |
|  | Electritian Cost | 2400.00 |
|  | Additional Cost for Diffrence | 800.00 |
|  | 15800 | |
|  | MN00001 | |
|  | CAPEX Mgmt HVAC | |

| | |
|---|---|
| TOTAL PARTS | 13 367.66 |
| SALES TAX | |
| LABOR | |
| FREIGHT | |
| CFC RECOVERY | |
| SUB CONT: | |
| TOTAL AMOUNT DUE | 13 367.66 |

LABOR
CHARGES  HRS.@  HR.

**LABOR**

| DATE | MECH. | START | END |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Refrigeration
☐ Air Conditioning
☐ Heating
☐ Plumbing
☐ Kitchen Equipment

**TOTAL DUE UPON RECEIPT**

PARTS WARRANTY All parts as recorded are warranted per manufacturer specifications.
LABOR GUARANTEE The charges as recorded been relative to the equipment services as noted, is
guaranteed for a period of 30 days. We do not guarantee parts other than those provided. If warranty
parts are defective, customer will be responsible for a labor charge on this repair. All service calls no
C.O.D. unless prior arrangements have been made. J&H Enterprises holds title to all parts and materials
until paid in full. Accounts 30 days past due will be charged 1 1/2% per month. Customer may be liable for
legal fees associated with collecting past due accounts.

**PLEASE PAY FROM THIS INVOICE**

☐ CHECK  ☐ CARD  ☐ CASH

CHECK OR CREDIT CARD #

By signing below. I agree to the terms listed

Signature _____

Date _____ THANK YOU!

WHITE—ORIGINAL  CANARY—CUSTOMER  PINK—ACKNOWLEDGEMENT



**Advanced Asphalt Paving, Inc.**
*Established in 1992*

1499 Enterprise Parkway   Toll Free: 1-833-PAVE-CLE
Twinsburg, OH 44087   Sales@Advancedasphaltpaving.com
Phone: 216-398-8446
Fax: 216-398-8450

**NEW ADDRESS PLEASE UPDATE**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/21/2024 | 11339 |

| Bill To |
|---------|
| Cross America Partners |
| Gus Nicholson |
| 600 Hamilton Street, Suite 500 |
| Allentown, PA 18101 |

| Project |
|---------|
| BP |
| 32393 Lorain Rd |
| North Ridgeville, OH 44039 |

| S.O. No. | P.O. No. | Terms |
|----------|----------|-------|
| 24-0314 | | |

| Description | Amount |
|-------------|--------|
| 2" MILL & PAVE 30,082 SQ FT (ENTIRE LOT) Mill 30,082 square feet down (2.0") inches and haul material from job site. Clean & remove loose deteriorated pavement from surface areas and haul from job site. Apply a tack coat of SS-1 emulsion to ensure proper bond. Install a scratch leveling course of O.D.O.T. #448-1 asphalt at an average depth of (.5") inch and compact to mitigate reflective cracking and stabilize existing surface prior to resurfacing. Install a surface course of O.D.O.T. #448-1 asphalt at an average depth of (1.5") inches after compaction. Re-stripe, per existing design. Striping shall include all ADA and misc. markings. Does not include curb and sidewalk paint.<br><br>TOTAL = $59,863.00<br><br>NOTE:<br>INDIVIDUAL AREAS:<br>Orange Area (11,028 Sq Ft) = $27,043.00<br>Green Area (9,452 Sq Ft) = $23,600.00<br>Blue Area (9,602 Sq Ft) = $23,833.00 | 59,863.00 |

| | |
|------|------|
| **Total** | $59,863.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $59,863.00 |