**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES, LLC, | ) | Case No. 23-06782 |
| | ) | |
| | ) | Hon. David D. Cleary |

**BALLOT FOR ACCEPTING OR REJECTING
CROSSAMERICA PARTNERS LP'S CHAPTER 11 PLAN OF LIQUIDATION**

You are entitled to vote to accept or reject CrossAmerica Partners LP's Chapter 11 Plan of Liquidation (the "CAP Plan" or "Plan"). With this Ballot, you should have received copies of the Amended Disclosure Statement to the CAP Plan and related exhibits including CrossAmerica Partners LP's Chapter 11 Plan of Liquidation. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot.

You should review the Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in a Class identified under the Plan. If your ballot is not filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts.gov, on or before **[December , 2024]**, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

[**If holder of Class 5 Unsecured Claims** – General Unsecured Non-Priority Claims] The undersigned, a creditor of the above-named Debtor in the amount of  $_____,

[**Check One Box**]          [  ] ACCEPTS THE PLAN     [  ] REJECTS THE PLAN

<u>**ALL OTHER CLASSES UNDER CAP PLAN ARE DEEMED UNIMPAIRED**</u>

<u>**AND THEREFORE INELIGIBLE TO VOTE**</u>

Print or type name: _____

Signature: _____

Title (if corporation or partnership): _____

Address: _____

RETURN THIS BALLOT TO:   Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604

And return copy to:   Gordon E. Gouveia, Fox Rothschild LLP, 321 N. Clark, Suite 1600, Chicago, IL 60654, or ggouveia@foxrothschild.com

Authorized ECF filers shall file electronically at the Court's website, www.ilnb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES, LLC, | ) | Case No. 23-06782 |
| | ) | |
| | ) | Hon. David D. Cleary |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR IYS VENTURES, LLC'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND CROSSAMERICA PARTNERS LP'S CHAPTER 11 PLAN OF LIQUIDATION**

IYS Ventures, LLC ("Debtor"), filed its Second Amended Chapter 11 Plan of Reorganization dated October 30, 2024 ("Debtor Plan"). CrossAmerica Partners LP ("CAP") filed a competing Chapter 11 Plan of Liquidation dated August 23, 2024 ("CAP Plan" together with Debtor Plan, "Plans"). With this Ballot, you should have received copies of both Plans and related Disclosure Statements. The Disclosure Statements provide information to assist you in deciding how to vote on the Plans.

You are entitled to vote on one or both of the Plans. You should review **both** Plans and Disclosure Statements before you vote. You may wish to seek legal advice concerning the Plans and your classification and treatment under the Plans. Your Claim has been placed in a Class identified under one or both of the Plans.

If your ballot is not filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts.gov, on or before **December , 2024**, your vote will not count as either an acceptance or rejection of the Plan.

If one of the Plans is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

RETURN THIS BALLOT TO:   Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604

And return copy to:   Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604, greg@gregstern.com

Gordon E. Gouveia, Fox Rothschild LLP, 321 N. Clark, Suite 1600, Chicago, IL 60654, or ggouveia@foxrothschild.com

Authorized ECF filers shall file electronically at the Court's website, www.ilnb.uscourts.gov

# BALLOT CONTINUES ON NEXT PAGE
**ACCEPTANCE OR REJECTION OF DEBTOR PLAN**

[**If holder of Class 1 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $_____
 [**Check One Box**]            [ ] ACCEPTS THE PLAN     [ ] REJECTS THE PLAN

[**If holder of Class 2 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of

$_____

    **[Check One Box]**      [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

**[If holder of Class 3 Secured Claims]** The undersigned, a creditor of the above-named Debtor in the amount of $_____

    **[Check One Box]**      [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

**[If holder of Class 4 Secured Claims]** The undersigned, a creditor of the above-named Debtor in the amount of $_____

    **[Check One Box]**      [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

**[If holder of Class 5 Unsecured Claims** – General Unsecured Non-Priority Claims**]** The undersigned, a creditor of the above-named Debtor in the amount of $_____,

    **[Check One Box]**      [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

## ACCEPTANCE OR REJECTION OF CAP PLAN

**[If holder of Class 5 Unsecured Claims** – General Unsecured Non-Priority Claims**]** The undersigned, a creditor of the above-named Debtor in the amount of $_____,

    **[Check One Box]**      [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

## ALL OTHER CLASSES UNDER CAP'S PLAN ARE DEEMED UNIMPAIRED AND THEREFORE INELIGIBLE TO VOTE

Print or type name: _____

Signature: _____

Title (if corporation or partnership): _____

Address: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES, LLC, | ) | Case No. 23-06782 |
| | ) | |
| | ) | Hon. David D. Cleary |

**BALLOT FOR ACCEPTING OR REJECTING IYS VENTURES, LLC'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED OCTOBER 30, 2024**

    IYS Ventures, LLC, having filed its Second Amended Chapter 11 Plan of Reorganization dated October 30, 2024 (the "Plan"), a copy of which is being transmitted with this Ballot.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in a Class identified under the Plan. If your ballot is not filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts.gov, on or before **December 3, 2024**, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

[**If holder of Class 1 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $_____
    [**Check One Box**]      [ ] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

[**If holder of Class 2 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $_____
    [**Check One Box**]      [ ] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

[**If holder of Class 3 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $_____
    [**Check One Box**]      [ ] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

[**If holder of Class 4 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $_____
    [**Check One Box**]      [ ] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

[**If holder of Class 5 Unsecured Claims** – General Unsecured Non-Priority Claims] The undersigned, a creditor of the above-named Debtor in the amount of $_____,
    [**Check One Box**]      [ ] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

    Print or type name: _____

    Signature: _____

    Title (if corporation or partnership): _____

    Address: _____

    RETURN THIS BALLOT TO: Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604

    Authorized ECF filers shall file electronically at the Court's website, www.ilnb.uscourts.gov