IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit A:

# Liquidation Analysis

# LIQUIDATION ANALYSIS

**ASSETS:** *(Value as of September 30, 2024)*

Personal Property

| | | |
|---|---|---:|
| Financial Accounts | $ | 77,918.00 |
| Fuel | $ | 308,183.00 |
| Convenience Store Inventory | $ | 317,465.00 |
| Security Deposit | $ | 995,000.00 |
| Office Furntiure and Equipment | $ | 1,660.00 |
| Vehicle | $ | 12,240.00 |
| Leasehold Interests | $ | 170,000.00 |
| Causes of Action | | Unknown |
| Interest In Management Companies' Accounts* | $ | - |
| Licenses | $ | - |
| Goodwill | $ | - |
| **TOTAL ASSETS** | **$** | **1,882,466.00** |

**LIABILITIES:** (Based upon the Proofs of Claim or the Debtor's Chapter 11 Schedules where no proof of claim was filed and debt is not designated as contingent, unliquidated or disputed)

**PRIORITY CREDITORS**

Administrative Claims

| | | |
|---|---|---:|
| Professionals (estimated) | $ | 950,000.00 |
| Other Administative Claims | $ | 317,228.65 |

Priority Tax Claims

| | | |
|---|---|---:|
| SD Dept of Rev | $ | 16,003.60 |
| Illinois Lottery | $ | 25,648.30 |
| Ohio Dept. of Tax | $ | 470,987.13 |
| Wisconsin Dept. of Revenue | $ | 78,082.05 |
| Minnesota Revenue | $ | 6,852.24 |

Other Priority Claims

| | | |
|---|---|---:|
| Pepsi | $ | 25,747.02 |
| **TOTAL PRIORITY CLAIMS** | **$** | **1,890,548.99** |

**SECURED CLAIMS***

| | | |
|---|---|---:|
| Itria Ventures LLC | $ | 899,286.90 |
| Huntington National Bank | $ | 67,497.02 |
| Mercedes Benz Fianancial Services | $ | 19,130.83 |
| Cross America Partners, LP** | $ | 332,003.83 |
| **TOTAL SECURED CLAIMS** | **$** | **1,317,918.58** |

**UNSECURED CREDITORS**

| | | |
|---|---|---:|
| GENERAL NON-PRIORITY UNSECURED CLAIMS**** | $ | 25,632,517.85 |
| **TOTAL UNSECURED CLAIMS** | **$** | **25,632,517.85** |
| **TOTAL LIABILITIES (SECURED, PRIORITY AND UNSECURED CLAIMS)** | **$** | **28,840,985.42** |
| **GROSS EQUITY** | **$** | **564,547.42** |
| Cost of Liquidation: Personal (excluding cash & secuirty deposit) at 10% | $ | 8,874.66 |
| **NET EQUITY (Amount available to Non-Priority Unsecured Claims)** | **$** | **(1,334,876.23)** |

\* Balance of funds in the accounts of Ameer Inc. and Leanne Investment, Inc.included under the value of the Financial Accounts
\*\* Disputed by Debtor
\*\*\* Does not include claims where collateral being surrendered or where there exists no value to support secure claim.
\*\*\*\*Does not include unsecured deficiency claims where collateral surrendered to the lender and includes claims disputed by Debtor

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit B:

# Sales 2022, 2023, and 2024 Through 9/30/24

# C-Store 2022

| Store | Jan | Feb | Mar | Apr | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chisholm | $80,755.14 | $92,166.34 | $104,759.12 | $108,706.93 | $121,236.99 | $126,153.00 | $127,325.78 | $144,015.83 | $131,471.21 | $129,905.34 | $106,996.25 | $95,481.93 |
| Hibbing | $44,390.26 | $46,806.62 | $68,380.43 | $66,348.59 | $60,976.67 | $63,623.32 | $66,462.56 | $70,584.19 | $66,747.07 | $57,923.65 | $54,857.62 | $41,455.15 |
| Fridley | $38,813.78 | $35,959.74 | $44,566.36 | $44,822.01 | $48,602.11 | $47,931.92 | $55,501.25 | $48,321.34 | $49,821.18 | $49,023.83 | $48,821.74 | $39,770.00 |
| Plymouth | $31,211.18 | $32,858.81 | $39,735.60 | $41,562.81 | $44,426.15 | $47,894.30 | $58,607.98 | $43,988.68 | $42,930.55 | $47,831.74 | $55,296.09 | $44,918.67 |
| Fairmont | $65,142.72 | $69,446.71 | $78,160.70 | $81,935.41 | $96,299.91 | $98,053.16 | $98,413.19 | $99,528.85 | $94,808.46 | $86,897.92 | $95,386.40 | $89,171.41 |
| St. Peter | $40,472.99 | $41,213.14 | $44,874.79 | $46,079.28 | $52,960.06 | $53,916.73 | $53,657.28 | $51,421.36 | $49,127.31 | $46,951.77 | $56,153.19 | $51,803.82 |
| Lake St. Croix Beach | $47,008.41 | $41,936.34 | $48,008.98 | $55,235.99 | $67,218.85 | $73,045.41 | $83,108.57 | $74,233.80 | $72,389.54 | $73,554.17 | $68,050.12 | $60,532.14 |
| Detroit | $57,086.85 | $73,854.57 | $70,862.57 | $67,245.22 | $82,976.14 | $81,623.21 | $92,820.27 | $67,655.36 | $76,551.06 | $79,245.17 | $71,471.25 | $75,084.41 |
| Lorain | $96,407.71 | $89,677.96 | $110,368.32 | $111,170.61 | $129,193.20 | $130,020.36 | $132,289.01 | $127,853.52 | $116,240.28 | $117,438.02 | $111,847.58 | $102,934.64 |
| Hopple | $183,929.21 | $171,908.84 | $193,298.02 | $198,072.40 | $200,315.83 | $187,907.79 | $201,232.47 | $184,312.54 | $182,958.73 | $173,664.75 | $164,438.89 | $173,032.51 |
| Queen City | $180,820.85 | $170,915.96 | $193,498.39 | $197,266.94 | $207,029.38 | $216,063.42 | $233,269.11 | $218,038.68 | $199,344.24 | $212,941.96 | $180,495.22 | $203,132.34 |
| Union Center | $67,466.14 | $70,494.19 | $91,229.12 | $93,831.19 | $102,628.40 | $118,204.12 | $133,531.31 | $126,305.43 | $121,438.12 | $123,541.51 | $104,182.01 | $92,480.37 |
| Oxford Mobile | $28,152.37 | $35,381.64 | $33,877.00 | $42,458.90 | $36,886.51 | $34,715.55 | $32,496.43 | $51,587.05 | $43,313.79 | $46,478.28 | $39,684.35 | $29,904.23 |
| Oxford Exxon | $45,067.46 | $53,888.71 | $55,421.37 | $65,429.84 | $54,627.62 | $50,187.18 | $49,270.59 | $61,083.61 | $73,179.10 | $64,648.00 | $64,663.72 | $42,640.74 |
| Superior | $64,160.34 | $65,501.72 | $72,486.68 | $73,835.94 | $67,956.50 | $75,399.31 | $73,809.64 | $71,065.53 | $73,915.14 | $78,068.71 | $69,103.46 | $67,434.29 |
| Virginia | $49,292.00 | $47,813.00 | $48,691.00 | $52,361.00 | $55,794.00 | $58,216.00 | $55,220.00 | $53,617.00 | $50,691.00 | $50,087.00 | $49,147.00 | $50,694.00 |

# Gas Sales 2022

| Store | Jan | Feb | Mar | Apr | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chisholm | 19,753.97 | 17,831.76 | 16,497.05 | 17,822.79 | 19,176.52 | 16,330.81 | 20,484.18 | 19,866.49 | 18,994.95 | 20,005.48 | 19,057.64 | 22,222.09 |
| Hibbing | 8,209.64 | 8,708.01 | 6,453.25 | 6,438.07 | 7,964.31 | 7,046.98 | 6,410.37 | 7,501.72 | 7,406.26 | 8,102.65 | 7,289.03 | 6,729.96 |
| Fridley | 25,745.31 | 29,721.58 | 29,347.55 | 28,219.13 | 41,220.94 | 49,262.00 | 30,596.46 | 33,490.87 | 37,574.24 | 36,502.43 | 28,652.47 | 31,666.75 |
| Plymouth | 42985.984 | 46,940.85 | 51,887.09 | 59,419.89 | 61,692.53 | 66,480.40 | 60,317.56 | 60,317.56 | 48,399.65 | 60,721.94 | 60,721.94 | 55,073.49 |
| Fairmont | 36750.382 | 38879.81 | 33,947.11 | 39,062.62 | 44,001.28 | 38,600.87 | 30,982.06 | 36,087.23 | 33,717.64 | 34,155.97 | 31,953.37 | 35,030.70 |
| St. Peter | 37,857.46 | 39,121.04 | 38,485.96 | 43,909.05 | 42,079.48 | 40,423.44 | 41,470.31 | 32,326.92 | 33,518.39 | 38,291.30 | 30,709.70 | 26,394.13 |
| Lake St. Croix Beach | 18,623.49 | 17,622.88 | 16,312.48 | 17,233.22 | 28,242.54 | 32,798.46 | 28,219.91 | 27,001.79 | 22,912.66 | 24,488.24 | 18,094.25 | 18,765.44 |
| Detroit | 48360.435 | 45068.497 | 50,309.87 | 52,504.58 | 55,558.09 | 53,891.93 | 58,867.81 | 61,504.19 | 52,835.54 | 57,734.71 | 58,664.66 | 60,008.83 |
| Lorain | 79295.682 | 74,170.58 | 80,947.19 | 84,863.51 | 84,023.22 | 79,263.22 | 91,829.02 | 93,303.62 | 83,655.26 | 90,749.33 | 83,539.75 | 78,690.11 |
| Hopple | 72622.65 | 58983.959 | 60080.996 | 60883.138 | 67222.855 | 67,053.28 | 83,367.03 | 73,715.91 | 62,686.22 | 64,566.53 | 65,237.33 | 75,827.16 |
| Queen City | 62977.32 | 65207.89 | 66928.99 | 60668.23 | 70145.25 | 55899.49 | 62893.32 | 58755.53 | 59072.24 | 59869.8 | 59869.8 | 59869.8 |
| Union Center | 82352.728 | 63275.464 | 76613.17 | 74109.597 | 72607.188 | 82880.395 | 102797.307 | 113508.823 | 129944.477 | 112784.837 | 101232.895 | 108681.644 |
| Oxford Mobile | 16831.65 | 20872.95 | 19523.989 | 18868.506 | 18929.564 | 17609.493 | 20596.84 | 18667.9 | 17815.35 | 20734.34 | 17685.9 | 12047.904 |
| Oxford Exxon | 30092.557 | 36737.793 | 31865.588 | 27514.121 | 31036.706 | 27378.452 | 20596.84 | 28909.896 | 29283.727 | 30,538.22 | 26,959.81 | 21,715.88 |
| Superior | 21,162.61 | 21,037.44 | 19,047.77 | 18,346.60 | 12,202.31 | 20,824.56 | 22,342.39 | 20,793.28 | 21,932.70 | 17,344.93 | 17,395.45 | 18,575.19 |
| Virginia | 51,303.36 | 46,553.16 | 43,909.23 | 46,279.26 | 45,164.58 | 39,689.72 | 39,261.51 | 42,262.59 | 44,063.38 | 44,262.45 | 37,316.13 | 35,274.14 |

# C-Store 2023

| Store | Jan | Feb | Mar | Apr | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chisholm | $93,075.16 | $89,966.30 | $104,896.53 | $106,422.45 | $123,048.89 | $122,549.78 | $119,760.31 | $122,628.37 | $105,035.67 | $90,752.55 | $76,194.92 | $65,763.03 |
| Hibbing | $47,768.72 | $44,607.93 | $54,205.00 | $52,421.37 | $61,629.89 | $58,964.71 | $59,362.73 | $57,201.56 | $50,585.78 | $42,878.18 | $34,737.99 | $30,730.42 |
| Fridley | $32,318.84 | $20,602.31 | $25,087.62 | $24,181.64 | $30,868.27 | $25,555.77 | $24,298.75 | $21,471.80 | $17,771.96 | $17,681.49 | $13,804.80 | $11,692.19 |
| Plymouth | $50,314.77 | $37,970.07 | $38,389.25 | $44,605.38 | $53,838.39 | $48,916.16 | $47,045.72 | $49,762.57 | $41,593.55 | $35,799.97 | $24,497.71 | $24,260.71 |
| Fairmont | $90,917.52 | $89,155.17 | $76,042.14 | $85,421.22 | $98,275.87 | $93,578.24 | $96,479.18 | $94,418.59 | $86,826.09 | $79,391.16 | $71,960.02 | $62,392.45 |
| St. Peter | $40,609.68 | $38,511.50 | $41,947.92 | $44,468.69 | $57,851.70 | $59,175.98 | $63,534.87 | $58,848.58 | $62,456.59 | $55,226.10 | $49,547.28 | $45,076.46 |
| Lake St. Croix Beach | $39,814.21 | $36,714.66 | $40,156.58 | $43,441.74 | $60,319.60 | $60,951.20 | $62,099.67 | $61,083.57 | $52,833.10 | $45,560.62 | $37,763.97 | $30,026.69 |
| Detroit | $81,460.42 | $91,885.28 | $100,048.76 | $99,102.28 | $114,988.19 | $115,718.00 | $114,675.84 | $113,301.35 | $99,896.93 | $99,426.99 | $69,051.78 | $77,876.65 |
| Lorain | $94,261.11 | $95,605.72 | $112,033.13 | $117,273.69 | $131,643.20 | $139,777.69 | $136,926.07 | $134,475.30 | $119,768.33 | $108,300.93 | $76,841.27 | $64,916.09 |
| Hopple | $167,286.09 | $175,773.16 | $180,509.30 | $175,535.97 | $184,573.95 | $193,608.90 | $197,927.85 | $202,539.54 | $198,768.89 | $192,259.49 | $166,927.15 | $149,403.21 |
| Queen City | $201,296.59 | $191,965.50 | $223,204.69 | $210,594.08 | $221,079.54 | $207,677.60 | $218,451.43 | $209,528.68 | $208,473.11 | $200,414.41 | $155,606.92 | $154,715.37 |
| Union Center | $97,393.51 | $99,461.85 | $114,394.28 | $107,081.33 | $117,210.53 | $120,248.09 | $121,352.00 | $118,839.03 | $111,851.12 | $112,266.20 | $100,654.27 | $85,674.65 |
| Oxford Mobile | $13,882.00 | $15,637.00 | $16,382.00 | $17,422.00 | $15,382.00 | $14,768.00 | $16,389.00 | $15,762.00 | $12,976.00 | $13,276.00 | $14,996.00 | $13,968.00 |
| Oxford Exxon | $27,422.00 | $26,482.00 | $28,992.00 | $26,389.00 | $23,761.00 | $24,619.00 | $26,962.00 | $22,391.00 | $17,322.00 | $15,762.00 | $14,963.00 | $17,334.00 |
| Superior | $56,165.71 | $53,241.96 | $58,811.90 | $55,828.48 | $72,028.76 | $61,157.49 | $62,607.59 | $58,191.04 | $52,402.54 | $49,891.10 | $45,539.81 | $38,835.83 |
| Virginia | 46,880.53 | 46,833.51 | 50,339.02 | 45,655.03 | 53,682.83 | 60,632.94 | 61,100.61 | 62,514.83 | 60,112.41 | 50,303.95 | 44,012.23 | 36,845.24 |

# Gas Sales 2023

| Store | Jan | Feb | Mar | Apr | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chisholm | 18,813.84 | 19,332.07 | 20,252.11 | 17,533.10 | 23,808.32 | 23,803.70 | 24,055.72 | 22,231.97 | 20,875.37 | 19,271.65 | 17,563.38 | 15,889.67 |
| Hibbing | 7,421.15 | 6,422.21 | 6,209.41 | 4,406.14 | 6,991.19 | 8,318.10 | 8,613.27 | 7,587.34 | 6,189.76 | 5,753.10 | 5,743.69 | 5,241.16 |
| Fridley | 32,489.75 | 24,184.30 | 31,694.83 | 28,996.88 | 33,771.14 | 29,975.09 | 34,311.65 | 33,428.54 | 28,549.88 | 28,748.59 | 19,876.86 | 13,155.87 |
| Plymouth | 52719.879 | 47,976.95 | 52,740.42 | 56,641.83 | 63,350.25 | 64,469.76 | 60,789.79 | 65,842.54 | 50,630.57 | 55,880.89 | 43,061.46 | 42,393.77 |
| Fairmont | 36750.382 | 29095 | 30,553.70 | 31,445.23 | 33,400.03 | 30,793.63 | 31,817.04 | 33,130.64 | 33,207.85 | 29,402.93 | 25,949.94 | 28,119.25 |
| St. Peter | 24,836.85 | 23,408.53 | 27,733.17 | 27,573.85 | 43,297.44 | 41,253.95 | 41,005.77 | 40,725.40 | 49,041.68 | 47,445.74 | 40,298.84 | 39,359.57 |
| Lake St. Croix Beach | 19,655.13 | 15,783.86 | 15,235.18 | 17,154.29 | 25,465.47 | 26,804.90 | 25,308.53 | 25,783.67 | 22,173.91 | 21,956.97 | 16,833.47 | 17,109.00 |
| Detroit | 48360.435 | 54346.951 | 53,179.84 | 43,052.82 | 60,225.93 | 64,554.05 | 61,234.58 | 57,758.65 | 57,472.66 | 62,950.50 | 58,427.87 | 56,661.64 |
| Lorain | 83054.08 | 74,859.66 | 86,700.21 | 92,672.21 | 105,867.37 | 110,697.82 | 103,926.50 | 103,157.36 | 95,967.42 | 92,180.99 | 76,309.88 | 76,236.03 |
| Hopple | 69283.824 | 72295.222 | 75063.696 | 73028.38 | 61386.466 | 58,039.21 | 63,557.81 | 66,233.64 | 55,720.18 | 59,878.16 | 50,507.80 | 47,950.43 |
| Queen City | 51343.8 | 52082.39 | 59553.46 | 54463.28 | 53378.77 | 26399.38 | 51581.71 | 53515.89 | 50121.96 | 48224.87 | 46240.7 | 46355.7 |
| Union Center | 92970.863 | 82527.242 | 96763.285 | 91103.151 | 88599.891 | 81973.105 | 77685.557 | 79592.691 | 72,593.49 | 72,995.71 | 66,194.27 | 53,344.19 |
| Oxford Mobile | 12176.43 | 14810.875 | 12238.249 | 13221.61 | 11550.39 | 9125.73 | 10656.01 | 17995.61 | 21951.06 | 22183.24 | 14338.61 | 13758.92 |
| Oxford Exxon | 22802.003 | 20222.537 | 2677.671 | 29351.699 | 27059.355 | 24131.794 | 24910.436 | 12799.083 | 0 | 0 | 0 | 0 |
| Superior | 17,191.21 | 15,704.87 | 17,619.19 | 16,890.56 | 24,242.69 | 19,007.82 | 20,618.56 | 18,850.12 | 18,739.90 | 19,091.26 | 14,236.19 | 12,262.26 |
| Virginia | 37,240.76 | 38,948.35 | 40,531.75 | 44,475.68 | 46,158.01 | 42,692.64 | 42,285.55 | 50,667.14 | 46,511.03 | 40,493.45 | 36,435.11 | 37,233.83 |

## Gas Sales 2024

| Store | Jan | Feb | Mar | Apr | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|
| Chisholm | 10,627.23 | 11,318.58 | 14,538.12 | 13,582.33 | 15,679.32 | 15,497.90 | 7,807.22 | 11,445.66 | 13,063.43 |
| Hibbing | 4,874.98 | 4,997.49 | 5,010.63 | 4,074.11 | 4,893.49 | 4,331.27 | 5,436.04 | 5,836.14 | 4,335.70 |
| Fridley | 17,006.16 | 22,240.61 | 18,698.67 | 19,474.57 | 23,733.40 | 23,790.25 | 29,227.78 | 23,477.00 | 23,945.66 |
| Plymouth | 39,727.67 | 42,977.43 | 32,898.46 | 50,292.69 | 42,261.79 | 53,804.36 | 52,101.42 | 54,540.81 | 52,089.78 |
| Fairmont | 26,716.42 | 23,328.91 | 22,710.36 | 21,693.34 | 23,733.40 | 25,136.39 | 27,126.61 | 28,470.96 | 24,654.32 |
| St. Peter | 40,010.20 | 27,517.27 | 28,567.58 | 32,736.91 | 37,262.45 | 30,668.48 | 31,703.97 | 34,369.79 | 31,137.86 |
| Lake St. Croix Beach | 13,248.49 | 12,305.86 | 13,328.04 | 14,936.51 | 20,551.43 | 15,258.60 | 18,993.06 | 21,849.88 | 17,499.40 |
| Detroit | 51,832.53 | 53,372.59 | 53,144.07 | 52,361.37 | 59,105.85 | 55,856.80 | 53,593.56 | 47,664.60 | 45,204.77 |
| Lorain | 70,700.10 | 68,215.51 | 71,284.14 | 78,675.13 | 94,056.87 | 86,727.07 | 91,263.26 | 95,031.32 | 77,238.57 |
| Hopple | 44,930.73 | 46,982.51 | 53,436.39 | 51,278.31 | 55,203.52 | 53,393.58 | 52,447.33 | 55,080.32 | 47,085.00 |
| Queen City | 42942.05 | 47592.31 | 47058.05 | 47373.2 | 48,497.97 | 44,431.08 | 46,759.15 | 45,145.75 | 42,497.00 |
| Union Center | 55,812.07 | 47,466.46 | 49,877.65 | 55,568.05 | 74,094.18 | 66,096.11 | 66,697.92 | 67,155.71 | 58,777.40 |
| Oxford Mobile | 9351.07 | 14480.56 | 14984.93 | 11480.03 | 9603.87 | 9030.69 | 13191.303 | 15338.391 | 20274.009 |
| Oxford Exxon | 2004.259 | 17660.363 | 18773.083 | 16059.321 | 14949.66 | 8347.97 | 6667.26 | 10579.86 | 11260.72 |
| Superior | 13,710.80 | 10,039.89 | 11,006.97 | 11,279.63 | 11,950.11 | 12,586.18 | 12,234.26 | 12,639.81 | 10,889.44 |
| Virginia | 34,172.07 | 32,684.90 | 31,227.70 | 30,472.84 | 38561.57 | 36924.87 | 31142.31 | 32694.58 | 29475.28 |

## C-Store 2024

| Store | Jan | Feb | Mar | Apr | May | June | July | August | September |
|---|---|---|---|---|---|---|---|---|---|
| Chisholm | $25,850.52 | $39,901.16 | $53,300.15 | $49,970.96 | $60,885.59 | $76,671.25 | $39,824.54 | $61,113.19 | $73,222.09 |
| Hibbing | $20,837.40 | $27,591.66 | $35,065.42 | $33,992.57 | $39,898.97 | $38,388.08 | $45,029.36 | $43,767.51 | $38,256.81 |
| Fridley | $7,662.69 | $10,057.42 | $13,628.48 | $14,243.82 | $17,409.81 | $18,081.74 | $22,024.14 | $18,783.52 | $17,765.68 |
| Plymouth | $14,454.45 | $17,342.99 | $18,483.20 | $22,762.03 | $23,808.32 | $28,476.19 | $27,479.24 | $27,316.29 | $27,893.42 |
| Fairmont | $25,334.11 | $12,591.64 | $21,999.36 | $34,089.81 | $42,672.16 | $46,692.74 | $47,282.18 | $53,490.76 | $53,653.57 |
| St. Peter | $19,880.10 | $11,377.82 | $19,956.45 | $29,638.42 | $35,487.26 | $30,963.60 | $34,787.83 | $35,680.22 | $36,435.03 |
| Lake St. Croix Beach | $16,865.45 | $23,137.19 | $27,608.66 | $35,096.08 | $45,651.23 | $44,083.40 | $44,367.33 | $47,864.88 | $40,583.62 |
| Detroit | $53,869.36 | $46,076.00 | $63,430.52 | $69,890.40 | $89,797.20 | $89,551.47 | $88,164.09 | $77,860.49 | $74,456.43 |
| Lorain | $40,225.17 | $35,916.27 | $54,625.86 | $67,825.73 | $89,826.03 | $86,944.33 | $94,772.01 | $101,570.32 | $89,912.35 |
| Hopple | $134,457.55 | $136,979.82 | $152,454.20 | $155,048.72 | $172,420.24 | $167,565.44 | $174,093.55 | $179,898.34 | $161,930.47 |
| Queen City | $122,375.68 | $114,166.18 | $147,211.84 | $148,196.99 | $168,680.91 | $160,557.07 | $175,421.75 | $180,186.48 | $154,611.75 |
| Union Center | $73,845.79 | $77,595.81 | $79,229.92 | $80,261.78 | $82,488.24 | $84,895.16 | $95,121.08 | $97,149.47 | $87,834.95 |
| Oxford Mobile | $19,948.75 | $21,216.50 | $18,389.25 | $30,829.21 | $26,053.71 | $23,947.20 | $23,329.03 | $30,689.26 | $36,090.84 |
| Oxford Exxon | $19,756.84 | $29,127.06 | $28,643.18 | $43,365.70 | $35,093.16 | $32,778.97 | $29,120.37 | $43,645.54 | $47,323.73 |
| Superior | $20,579.26 | $10,369.11 | $7,593.05 | $11,339.85 | $18,267.50 | $14,577.54 | $13,306.88 | $18,931.55 | $17,994.90 |
| Virginia | $32,981.00 | $33,694.00 | $35,671.00 | $33,217.00 | $33,781.00 | $35,198.00 | $32,594.00 | $33,417.00 | $31,228.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit C: Cash Flow Projections

# IYS Ventures, LLC
Budget
July 1, 2024 to December 31, 2029

| Sales and Collections | Year 2024 Jul - Dec* | Year 2025 Jan - Dec | Year 2026 Jan - Dec | Year 2027 Jan - Dec | Year 2028 Jan - Dec | Year 2029 Jan - Dec |
|---|---|---|---|---|---|---|
| **Operating Collections** | | | | | | |
| CAP Collections into Bank Accounts | $18,120,842 | $30,668,310 | $30,913,656 | $31,160,966 | $31,410,253 | $31,724,356 |
| Other Bank Account Collections | - | - | - | - | - | - |
| CAP Collections Allocated to CAP Disbursements | - | - | - | - | - | - |
| **Total Operating Collections** | $17,606,464 | $30,668,310 | $30,913,656 | $31,160,966 | $31,410,253 | $31,724,356 |
| **Non-Operating Collections** | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | 800,000 | - | - | - | - |
| **Total Non-Operating Collections** | $ - | $800,000 | $ - | $ - | $ - | $ - |
| **Total Collections** | $17,606,464 | $31,468,310 | $30,913,656 | $31,160,966 | $31,410,253 | $31,724,356 |

| Purchases and Disbursements | Year 2024 Jul - Dec* | Year 2025 Jan - Dec | Year 2026 Jan - Dec | Year 2027 Jan - Dec | Year 2028 Jan - Dec | Year 2029 Jan - Dec |
|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | |
| Fuel | $8,515,390 | $14,567,447 | $14,683,987 | $14,863,781 | $14,982,691 | $15,132,518 |
| Retail Products | 5,453,621 | 9,047,151 | 9,212,270 | 9,285,968 | 9,360,255 | 9,453,858 |
| Utilities | 127,377 | 265,388 | 270,695 | 276,109 | 281,632 | 287,264 |
| Cross America Fees | 288,346 | 460,025 | 463,705 | 467,414 | 471,154 | 475,865 |
| Other Operating Disbursements | 1,051,792 | 1,693,757 | 1,730,232 | 1,742,282 | 1,754,442 | 1,771,987 |
| Payroll and Payroll Expenses | 697,896 | 1,591,085 | 1,613,360 | 1,635,947 | 1,698,847 | 1,815,835 |
| Occupancy Costs | 924,470 | 1,865,348 | 1,884,002 | 1,902,842 | 1,921,870 | 1,941,089 |
| Legal, Expert Witness, and Other Litigation Costs | - | 100,000 | 50,000 | - | - | - |
| Bank Fees and Loan Payments | 88,943 | 319,112 | 363,094 | 367,156 | 371,299 | 375,525 |
| Leasehold Improvements and Maintenance | 6,333 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 |
| **Total Operating Disbursements** | $17,154,169 | $29,947,313 | $30,309,344 | $30,579,499 | $30,880,189 | $31,291,940 |
| **Plan Payments** | | | | | | |
| Administrative Priority Fee Claims | $ 135,000 | $ 190,000 | $ 190,000 | $ 190,000 | $ 190,000 | $ 190,000 |
| UST Fees | 133,062 | 216,000 | 54,000 | - | - | - |
| Other Administrative Priority Claims | - | - | 61,389 | 61,389 | 61,389 | - |
| Priority Tax Claim – Illinois Lottery (POC 30) | - | 6,949 | 6,949 | 6,949 | 6,370 | - |
| Priority Tax Claim – Minnesota Revenue (POC 38) | - | 1,820 | 1,820 | 1,820 | 1,668 | - |
| Priority Tax Claim - South Dakota Department of Revenue (POC | - | 4,336 | 4,336 | 4,336 | 3,975 | - |
| Priority Tax Claims - Ohio Department of Taxation (POC 35) | - | 74,665 | 74,665 | 74,665 | 74,665 | 74,665 |
| Priority Tax Claims – Wisconsin Department of Revenue | - | 21,155 | 21,155 | 21,155 | 19,392 | - |
| Other Priority Claims - PepsiCo Sales, Inc. (POC 26) | - | 13,456 | 12,335 | - | - | - |
| Class 1(a) Itria Ventures, LLC (POC 24) | 65,000 | 160,019 | 160,019 | 160,019 | 160,019 | 160,019 |
| Class 1(b) Eby-Brown Company, LLC (POC 21) | - | 4,184 | 4,184 | 4,184 | 4,184 | 4,184 |
| Class 2 – The Huntington National Bank Secured Claim (POC 1: | - | 18,653 | 18,653 | 18,653 | 18,653 | 1,554 |
| Class 4(f) Mercedes-Benz Financial Services USA LLC (POC 25 | 4,858 | 14,273 | - | - | - | - |
| Class 5 General Non-Priority Unsecured Claims | - | 800,000 | - | - | - | - |
| **Total Plan Payments** | $337,920 | $1,525,510 | $609,504 | $543,169 | $540,315 | $430,422 |
| **Total Disbursements** | $17,492,089 | $31,472,822 | $30,918,849 | $31,122,668 | $31,420,504 | $31,722,363 |
| **Net Cash Flow** | $114,375 | $(4,512) | $(5,192) | $38,297 | $(10,250) | $1,993 |

| Liquidity | Year 2024 Jul - Dec* | Year 2025 Jan - Dec | Year 2026 Jan - Dec | Year 2027 Jan - Dec | Year 2028 Jan - Dec | Year 2029 Jan - Dec |
|---|---|---|---|---|---|---|
| **Cash Balance End of Year** | $12,455 | $7,943 | $2,750 | $41,048 | $30,797 | $32,790 |

* Includes Actuals for July 1, 2024 through October 19, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit D

# Statement of Revenue & Expenses

# 2023

# Income Statement/Statement of Operations

# 1/1/24 – 9/30/24

**IYS VENTUERS LLC**
**STATEMENT OF REVENUE & EXPENSES**
**FOR QUARTER ENDING 12/31/2023**

|  | Quarter ended 12/31/2023 |  |
|---|---|---|
| **Income** |  |  |
| Gas revenue | $53,271,478.37 |  |
| C-store revenue | $31,080,236.31 |  |
| Other Income | $1,257,994.59 |  |
| Total income | $85,609,709.27 |  |
| **Cost of goods sold** |  |  |
| Beginning inventory | $1,851,164.00 |  |
| C-store Purchases | $24,889,572.91 |  |
| Gas Purchases | $50,047,521.27 |  |
| Less: Ending inventory | -$1,822,470.00 |  |
| Total cost of goods sold | $74,965,788.18 |  |
| Gross profit |  | $10,643,921.09 |
| **Expenses** |  |  |
| Credit card | $1,273,680.89 |  |
| Leagel & Professional Fees | $116,500.00 |  |
| Corporate Expenses (Office rent, electric,gas ect) | $53,232.00 |  |
| Disposal | $81,981.33 |  |
| Internet | $81,451.93 |  |
| IT services | $60,136.00 |  |
| Maintenance | $241,270.37 |  |
| Postage | $15,920.00 |  |
| Rent | $1,680,984.05 |  |
| Payroll-1099 | $201,893.26 |  |
| Property taxes | $988,073.79 |  |
| Sewer & water | 23,804.15 |  |
| Lehigh Fees | $425,397.46 |  |
| Utilties - electric & gas | $468,800.30 |  |
| Motor vehicle expenses (Payment, Gas, insurance) | $53,992.80 |  |
| Wages | $5,414,539.67 |  |
| Total expenses |  | $11,181,658.00 |
| **Net profit (loss)** |  | **$ (537,736.91)** |

IYS ENTITIES
INCOME STATEMENT / STATEMENT OF OPERATIONS
January 1, 2024 through September 30, 2024

|  | Total |
|---|---:|
| **Income** | |
| Gross Income | 21,961,760.00 * |
| Total income | 21,961,760.00 |
| **Cost of goods sold** | |
| Purchases | 18,511,533.00 |
| Total cost of goods sold | 18,511,533.00 |
| Gross profit | 3,450,227.00 |
| **Expenses** | |
| Advertising | 840.00 |
| Alarm | 2,221.42 |
| Auto Expense | 2,127.46 |
| Bank Charges | 17,375.57 |
| Deposit Return | 377.00 |
| Disposal | 28,002.06 |
| Fees | 2,629.47 |
| Insurance | 9,637.85 |
| Internet | 24,377.32 |
| Landscaping | 7,433.98 |
| Licenses | 14,723.55 |
| Sale of Property Refund | 30,875.67 |
| Payroll | 1,417,480.13 |
| Payroll Withholding | 3,772.93 |
| Pest Control | 552.42 |
| Professional Fees | 918,124.07 |
| Rent | 22,290.00 |
| Repairs | 30,769.83 |
| Services | 340,241.59 |
| Shipping | 631.05 |
| Taxes | 320,269.00 |
| Telephone | 6,358.40 |
| Uniform | 57.07 |
| Miscellaneous | 876.93 |
| Utilities | 169,652.98 |
| Total expenses | 3,371,697.75 |
| **Net profit (loss)** | **$ 78,529.25** |

\* Gross income stated above excludes payments of expenses to CAP and CAP related expenses.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit E:

# Summary of Post Petition Financial History

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Summary of Monthly Operating Reports For Period From May 23, 2023 Through September 2024 | | | | |
| 2 | | | | | |
| 3 | May-23 | | | | |
| 4 | | | | | |
| 5 | Receipts | | $ 2,028,496.00 | | |
| 6 | Disbursements | | $ 1,991,837.00 | | |
| 7 | Profit/Loss | | $ 36,659.00 | | |
| 8 | | | | | |
| 9 | Jun-23 | | | | |
| 10 | | | | | |
| 11 | Receipts | | $ 5,761,314.00 | | |
| 12 | Disbursements | | $ 5,960,655.00 | | |
| 13 | Profit/Loss | | $ (199,341.00) | | |
| 14 | | | | | |
| 15 | Jul-23 | | | | |
| 16 | | | | | |
| 17 | Receipts | | $ 4,512,596.00 | | |
| 18 | Disbursements | | $ 4,688,137.00 | | |
| 19 | Profit/Loss | | $ (175,541.00) | | |
| 20 | | | | | |
| 21 | Aug-23 | | | | |
| 22 | | | | | |
| 23 | Receipts | | $ 5,389,077.00 | | |
| 24 | Disbursements | | $ 5,260,386.00 | | |
| 25 | Profit/Loss | | $ 128,691.00 | | |
| 26 | | | | | |
| 27 | Sep-23 | | | | |
| 28 | | | | | |
| 29 | Receipts | | $ 4,394,133.00 | | |
| 30 | Disbursements | | $ 4,363,182.00 | | |
| 31 | Profit/Loss | | $ 15,362.00 | | |
| 32 | | | | | |
| 33 | Oct-23 | | | | |
| 34 | | | | | |
| 35 | Receipts | | $ 4,701,293.00 | | |
| 36 | Disbursements | | $ 4,661,453.00 | | |
| 37 | Profit/Loss | | $ 81,596.00 | | |
| 38 | | | | | |
| 39 | Nov-23 | | | | |
| 40 | | | | | |
| 41 | Receipts | | $ 3,032,249.00 | | |
| 42 | Disbursements | | $ 3,130,008.00 | | |
| 43 | Profit/Loss | | $ (95,962.00) | | |
| 44 | | | | | |
| 45 | | | | | |
| 46 | | | | | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 47 | Dec-23 | | | | |
| 48 | | | | | |
| 49 | Receipts | | $ 3,544,286.00 | | |
| 50 | Disbursements | | $ 3,528,792.00 | | |
| 51 | Profit/Loss | | $ 66,475.00 | | |
| 52 | | | | | |
| 53 | Jan-24 | | | | |
| 54 | | | | | |
| 55 | Receipts | | $ 3,106,926.00 | | |
| 56 | Disbursements | | $ 2,945,083.00 | | |
| 57 | Profit/Loss | | $ 161,843.00 | | |
| 58 | | | | | |
| 59 | Feb-24 | | | | |
| 60 | | | | | |
| 61 | Receipts | | $ 2,080,187.00 | | |
| 62 | Disbursements | | $ 2,195,719.00 | | |
| 63 | Profit/Loss | | $ (115,532.00) | | |
| 64 | | | | | |
| 65 | Mar-24 | | | | |
| 66 | | | | | |
| 67 | Receipts | | $ 2,739,500.00 | | |
| 68 | Disbursements | | $ 2,089,467.00 | | |
| 69 | Profit/Loss | | $ 649,332.00 | | |
| 70 | | | | | |
| 71 | Apr-24 | | | | |
| 72 | | | | | |
| 73 | Receipts | | $ 2,794,113.00 | | |
| 74 | Disbursements | | $ 2,627,137.00 | | |
| 75 | Profit/Loss | | $ 167,402.00 | | |
| 76 | | | | | |
| 77 | May-24 | | | | |
| 78 | | | | | |
| 79 | Receipts | | $ 2,422,291.00 | | |
| 80 | Disbursements | | $ 3,200,731.00 | | |
| 81 | Profit/Loss | | $ (778,440.00) | | |
| 82 | | | | | |
| 83 | Jun-24 | | | | |
| 84 | | | | | |
| 85 | Receipts | | $ 2,055,814.00 | | |
| 86 | Disbursements | | $ 2,056,577.00 | | |
| 87 | Profit/Loss | | $ (743.00) | | |
| 88 | | | | | |
| 89 | Jul-24 | | | | |
| 90 | | | | | |
| 91 | Receipts | | $ 2,450,555.00 | | |
| 92 | Disbursements | | $ 2,411,879.00 | | |
| 93 | Profit/Loss | | $ 38,676.00 | | |
| 94 | | | | | |

|     | A | B | C | D | E |
| --- | --- | --- | --- | --- | --- |
| 95  | Aug-24 | | | | |
| 96  | | | | | |
| 97  | Receipts | | $ 2,432,545.00 | | |
| 98  | Disbursements | | $ 2,496,949.00 | | |
| 99  | Profit/Loss | | $ (64,404.00) | | |
| 100 | | | | | |
| 101 | Sep-24 | | | | |
| 102 | | | | | |
| 103 | Receipts | | $ 1,879,829.00 | | |
| 104 | Disbursements | | $ 1,859,434.00 | | |
| 105 | Profit/Loss | | $ 20,395.00 | | |