# EXHIBIT A

**IYS Ventures, LLC**
Liquidation Analysis
Projected as of 11/7/2024

| ASSETS | | Plan of Orderly Liquidation Amount | Chapter 7 Liquidation Amount | Notes |
|---|---|---:|---:|:---:|
| | Financial Accounts | $ 77,918.00 | $ 77,918.00 | (A) |
| | Fuel and Convenience Store Inventory at Leased Stations | $ 1,206,000.00 | $ 1,206,000.00 | (B) |
| | Fuel and Convenience Store Inventory at Freedom Medical Stations | $ 603,000.00 | $ 603,000.00 | (C) |
| | Security Deposit | $ 995,000.00 | $ 995,000.00 | |
| | Office Furniture and Equipment | $ 1,660.00 | $ 1,660.00 | (D) |
| | Fuel Dispensers at Leased Stations | $ 100,000.00 | $ 100,000.00 | |
| | Vehicle | $ 19,130.83 | $ 19,130.83 | (E) |
| | Leasehold Interests | Unknown | Unknown | |
| | Causes of Action | Unknown | Unknown | |
| | Interest in Management Companies Accounts | $ - | $ - | (F) |
| | Licenses | $ - | $ - | |
| | Goodwill | $ - | $ - | |
| | CAP Settlement Payment | $ 200,000.00 | $ - | |
| **TOTAL ASSETS** | | **$ 3,202,708.83** | **$ 3,002,708.83** | |
| **Priority Claims** | | | | |
| | Administrative Claims | | | |
| |     Chapter 11 Claims | $ 450,000.00 | $ 450,000.00 | (G) |
| |     Chapter 7 Claims | $ - | $113,331.26 | |
| |     Wind-Down Fund | $ 100,000.00 | $ - | |
| |     CAP Claims | $ - | Unknown | |
| | Priority Tax Claims | | | |
| |     SD Dept of Rev | $ 16,003.60 | $ 16,003.60 | |
| |     Illinois Lottery | $ 25,648.30 | $ 25,648.30 | |
| |     Ohio Dept. of Tax | $ 470,897.13 | $ 470,897.13 | |
| |     Wisconsin Dept of Revenue | $ 78,082.05 | $ 78,082.05 | |
| |     Minnesota Revenue | $ 6,852.24 | $ 6,852.24 | |
| | Other Priority Claims | | | |
| |     Pepsi | $ 25,747.02 | $ 25,747.02 | |
| **TOTAL PRIORITY CLAIMS** | | **$ 1,173,230.34** | **$ 1,186,561.60** | |
| **SECURED CLAIMS** | | | | |
| | Itria Ventures | $ 800,000.00 | $ 800,000.00 | (H) |
| | Huntington National Bank | $ 100,000.00 | $ 100,000.00 | (I) |
| | Mercedes-Benz Financial Services | $ 19,130.83 | $ 19,130.83 | (J) |
| | CAP | $ 995,000.00 | $ 995,000.00 | |
| **TOTAL SECURED CLAIMS** | | **$ 1,914,130.83** | **$ 1,914,130.83** | |
| **TOTAL SECURED AND PRIORITY CLAIMS** | | **$ 3,087,361.17** | **$ 3,100,692.43** | |
| **TOTAL AVAILABLE FOR GENERAL UNSECURED CLAIMS** | | **$ 115,347.66** | **$ (97,983.60)** | |
| **UNSECURED CLAIMS** | | | | |
| | General Non-Priority Unsecured Claims | $ 25,732,014.04 | $ 25,732,014.04 | (K) |
| **PERCENT RECOVERY FOR UNSECURED CREDITORS** | | **0.45%** | **-0.38%** | |

**NOTES**

(A) As of 9/30/2024; Assumed from Debtor's Liquidation Analysis.
(B) Assumed from average amount CAP paid for fuel and inventory at Pushback Stations
(C) Assumed from average amount CAP paid for fuel and inventory at Pushback Stations
(D) Assumed from Debtor's Liquidation Analysis
(E) Matches Mercedes-Benz secured claim below
(F) Balance of funds in the accounts of Kareem, Inc., Ameer Inc., Leanne Investment, Inc., Leanne Ventures, Inc., and Kenan Ventures, LLC included in value of Financial Accounts
(G) Estimated professional fees after objections; excludes CAP's contract rejection claim that would arise in a hypothetical chapter 7 liquidation.
(H) Estimated balance as of Confirmation taking into account monthly adequate protection payments.
(I) Valuation based on description of collateral included in UCC-1 Financing Statement and amount for which CAP is willing to purchase the Collateral.
(J) Assumed from Debtor's Liquidation Analysis
(K) Assumed from Debtor's Second Amended Disclosure Statement [Docket No. 723-1]