# EXHIBIT B

**IYS Ventures, LLC**
Estimated Repair Costs
Projected as of                                                  8/13/2024

| Site | Maintenace | Estimated Cost | Total Site Costs |
|---|---|---:|---:|
| IL0097 | Walk-in cooler | $ 8,500.00 | |
| **IL0097** | | $ - | **$ 8,500.00** |
| IL0087 | | $ - | |
| MN0018 | Cooler | $ 10,000.00 | |
| | HVAC | $ 35,000.00 | |
| | Fountain/ice maker | $ 4,250.00 | |
| | Open air equipment | $ 10,000.00 | |
| **MN0018** | | $ - | **$ 59,250.00** |
| WI0003 | Exterior lighting | $ 5,200.00 | |
| | Interior/cooler lighting | $ 1,500.00 | |
| | Ceiling tile replacement | $ 800.00 | |
| **WI0003** | | $ - | **$ 7,500.00** |
| WI0005 | HVAC system as a whole | $ 35,000.00 | |
| | Exterior lighting | $ 6,000.00 | |
| | Interior/cooler lighting | $ 1,500.00 | |
| | Restroom repairs | $ 100.00 | |
| **WI0005** | Water heater | $ 1,200.00 | **$ 43,800.00** |
| WI0063 | Interior/cooler lighting | $ 1,500.00 | |
| | Exterior lighting | $ 6,000.00 | |
| | Water heater | $ 1,200.00 | |
| | Ceiling tiles/water leak | $ 1,800.00 | |
| **WI0063** | | $ - | **$ 10,500.00** |
| MN0045 | Exterior lighting | $ 6,000.00 | |
| | Interior/cooler lighting | $ 1,500.00 | |
| **MN0045** | | $ - | **$ 7,500.00** |
| **SD0002** | | $ - | $ - |
| **SD0004** | | $ - | $ - |
| **MS0004** | | $ - | $ - |
| **MS0005** | | $ - | $ - |
| **LA0054** | | $ - | $ - |
| **LA0053** | | $ - | $ - |
| **LA0058** | | $ - | $ - |
| **OH0088** | | $ - | $ - |
| **OH0077** | | $ - | $ - |
| **OH0095** | | $ - | $ - |
| **OH0030** | | $ - | $ - |
| **OH0048** | | $ - | $ - |
| **OH0100** | | $ - | $ - |
| **WI0057** | | $ - | $ - |
| MI0001 | Perimeter lights out | $ 5,200.00 | |
| | Interior/cooler lighting | $ 1,500.00 | |
| | W/I cooler condenser | $ 6,000.00 | |

| ID | Description | Amount | Total |
|---|---|---:|---:|
| | Restroom plumbing | $ 1,800.00 | |
| | Building damage repair ACM | $ 2,500.00 | |
| **MI0001** | | $ - | $ 17,000.00 |
| MI0002 | Pump repairs | $ 2,100.00 | |
| | W/I cooler down | $ 2,500.00 | |
| | Perimeter lights out | $ 5,200.00 | |
| | Soffit lighting out | $ 1,000.00 | |
| | Cooler lights out | $ 550.00 | |
| | Stained tiles | $ 800.00 | |
| **MI0002** | | $ - | $ 12,150.00 |
| MN0039 | Pump repairs | $ 1,500.00 | |
| | Broken window | $ 1,200.00 | |
| | R/I cooler not working | $ 1,600.00 | |
| | Interior/cooler lighting | $ 1,200.00 | |
| | Stained tiles | $ 800.00 | |
| | Roof repair | $ 4,000.00 | |
| | Open air equipment | $ 6,000.00 | |
| **MN0039** | | $ - | $ 16,300.00 |
| WI0054 | Safe is broken | $ 2,500.00 | |
| | Heat not working | $ 10,000.00 | |
| | Compress w/i cooler replaced | $ 6,000.00 | |
| | Perimeter lights out | $ 5,200.00 | |
| | Stained tiles | $ 800.00 | |
| | ATG not working | $ 1,500.00 | |
| **WI0054** | | $ - | $ 26,000.00 |
| MN0002 | Perimeter lights out | $ 5,200.00 | |
| | Interior/cooler lighting | $ 1,200.00 | |
| | Stained tiles | $ 800.00 | |
| | RR broken mirror | $ 100.00 | |
| | Car wash vac/paysation not working | $ 2,000.00 | |
| | | $ - | |
| **MN0002** | Fire extinguishers out of date | $ 100.00 | $ 9,300.00 |
| MN0006 | Pump down struck by truck | $ 15,000.00 | |
| | Pump printers replaced - 2 | $ 3,500.00 | |
| | Interior/cooler lighting | $ 1,200.00 | |
| | Exit door repair | $ 250.00 | |
| | Filters changed | $ 200.00 | |
| | Repair door | $ 100.00 | |
| **MN0006** | | $ - | $ 20,350.00 |
| MN0008 | Perimeter lights out | $ 5,200.00 | |
| | Pin pads replaced - several | $ 6,000.00 | |
| **MN0008** | | $ - | $ 11,200.00 |
| MN0009 | Pump repairs | $ 150.00 | |
| | Interior/cooler lighting | $ 1,200.00 | |
| | Fire extinguishers out of date | $ 100.00 | |
| **MN0009** | | $ - | $ 1,450.00 |
| MN0010 | Perimeter lights out | $ 5,200.00 | |

| Site | Issue | Cost | Total |
|---|---|---:|---:|
|  | Cooler lights out | $ 800.00 |  |
|  | Floor issue | $ 2,500.00 |  |
| **MN0010** |  | $ - | **$ 8,500.00** |
| MN0023 | Perimeter lights out | $ 5,200.00 |  |
|  | Exit door not functional | $ 900.00 |  |
|  | Car wash not working | $ 10,000.00 |  |
|  | AC filters changed | $ 200.00 |  |
| **MN0023** |  | $ - | **$ 16,300.00** |
| MN0025 | MID repaired not working on one side | $ 2,500.00 |  |
|  | Interior/cooler lighting | $ 1,200.00 |  |
|  | Window replacement | $ 1,200.00 |  |
|  | RR exhaust fan/faucet replaced | $ 300.00 |  |
|  | R/I freezer not working | $ 6,000.00 |  |
| **MN0025** |  | $ - | **$ 11,200.00** |
| MN0026 | Perimeter lights out | $ 5,200.00 |  |
|  | Interior/cooler lighting | $ 1,200.00 |  |
|  | Air does not work | $ 500.00 |  |
| **MN0026** |  | $ - | **$ 6,900.00** |
| MN0030 | Perimeter lights out | $ 5,200.00 |  |
|  | Exit door doesn't function | $ 200.00 |  |
|  | Stained tiles | $ 800.00 |  |
|  | AC filters changed | $ 200.00 |  |
|  | Service air compressor - interior | $ 3,000.00 |  |
|  | W/I cooler not working | $ 6,000.00 |  |
|  | Air out of order | $ 500.00 |  |
|  | R/I freezers not working - 3 | $ 18,000.00 |  |
| **MN0030** |  | $ - | **$ 33,900.00** |
| MN0041 | Perimeter lights out | $ 5,200.00 |  |
|  | Cooler lights out | $ 800.00 |  |
|  | Roof leaks | $ 10,000.00 |  |
|  | Stained tiles | $ 800.00 |  |
|  | Cracked window | $ 1,200.00 |  |
| **MN0041** |  | $ - | **$ 18,000.00** |
| WI0010 | Perimeter lights out | $ 5,200.00 |  |
|  | Pump repairs needed | $ 1,700.00 |  |
|  | Interior/cooler lighting | $ 1,200.00 |  |
|  | Roof leaks | $ 10,000.00 |  |
|  | Stained tiles | $ 800.00 |  |
| **WI0010** |  | $ - | **$ 18,900.00** |
| WI0062 | Perimeter lights out | $ 5,200.00 |  |
|  | Pole light damaged | $ 2,000.00 |  |
|  | Price sign not working | $ 1,200.00 |  |
|  | Interior/cooler lighting | $ 1,200.00 |  |
|  | Stained tiles | $ 800.00 |  |
|  | AC filters changed | $ 200.00 |  |
|  | Open air not working | $ 6,000.00 |  |
| **WI0062** |  | $ - | **$ 16,600.00** |

| VA0452 | Dispenser hit, needs replaced/repaired | $ | 15,000.00 | | |
|---|---|---|---|---|---|
| | Pump repairs | $ | 1,200.00 | | |
| | Interior/cooler lighting | $ | 1,200.00 | | |
| | Fire extinguishers out of date | $ | 100.00 | | |
| **VA0452** | | $ | - | $ | **17,500.00** |
| **TOTAL** | | $ | 398,600.00 | $ | **398,600.00** |