# EXHIBIT C



# JAMES E. BUSK, REALTOR® AND CTP
*SENIOR BUSINESS ADVISOR-MANAGING DIRECTOR*

### RELEVANT EXPERIENCE
Mr. Busk has participated in over 100 Court proceedings involving more than 150 properties. Among these, 23 cases pertained to 27 gas stations, including those involved in the Gas City / William McEnery bankruptcy (Case No. 10 B 47879). He was a key member of the multidisciplinary team that received the Non-Profit Company Turnaround-Transaction of the Year Award, bestowed by the Turnaround Management Association (TMA Global) as well as the Small Transaction of the Year Award (TMA Chicago). These honors regarding the successful resolution of the Woodlawn Community Development Corporation bankruptcy (Case No. 1:18-bk-29862). The Trustee's team brought developer/operator from a state of near-administrative insolvency to the 100% payment of all creditors and creation of a multi-million-dollar surplus for the community. Mr. Busk was a Financial and Real Estate Advisors to the Trustee.

### BACKGROUND
Mr. Busk has extensive experience overseeing troubled commercial real estate (CRE). He served as a receiver as well as consultant to receivers, bankruptcy court trustees, developers and lenders. His work spans a diverse array of sectors, including residential developments, low-income housing, redevelopment projects, warehouses, restaurants, hospitality properties, retail centers, gas stations, and recreational facilities. Mr. Busk has been involved in over 120 foreclosure cases, acting as Receiver or lead agent/sole administrator for the named Receiver. He has acted as Receiver in Cook, Will, DuPage, and McHenry Counties in Illinois. His experience includes real estate in Illinois, Indiana, Wisconsin, Nevada, Texas, North Carolina, and West Virginia.

Prior to his real estate and Receivership work, Mr. Busk consulted client organizations in situations ranging from the development of cash-based projections to long-term strategic planning. His past engagements encompassed ABCs, operational assessments, cost and workforce reductions, cash management, and vendor negotiations. He brings a multifaceted perspective to transactions; having worked as a debtor consultant, creditors' representative/analyst, secured creditor's advisor, and acquisition specialist.

### SIGNATURE CASES
Among Mr. Busk's notable receivership cases are a $4 million construction completion project that led to $32 million in condominium sales at 520 N. Halsted in Chicago, as well as managing ten real estate developments across five states. He has overseen the high-rise office buildings at 20 and 28 East Jackson in Chicago, and a 92-unit high-rise apartment building located just outside Chicago. Additionally, he served as the owner's representative on a 47-unit condo construction project, a 450-unit manufactured home community, an office park/warehouse campus, and on a large urban retail/residential real estate portfolio.

### PREVIOUS EXPERIENCE
Prior to joining Creative Planning, Mr. Busk spent 23 years with High Ridge Partners, where the firm had over 1,000 engagements, including more than 350 significant real estate projects. Its professionals acted as court appointed receivers in over 300 foreclosure cases. Mr. Busk has a diverse background, having held roles as an Operating Manager, Sales and Marketing Executive, and Financial Consultant. Before joining High Ridge Partners in 2001, Mr. Busk was a Restructuring Analyst in Arthur Andersen's Global Corporate Finance Group. He served as the Manager of Financial Planning and Analysis for Chamberlain Group, the largest manufacturer of garage door openers, a subsidiary of $1.1 billion conglomerate Duchossois Industries (now Blackstone Group).

### EDUCATION, AWARDS AND PROFESSIONAL ASSOCIATIONS
Mr. Busk holds both a BBA and an MBA from Loyola University Chicago. He recently developed and taught a Turnaround Management class for their Graduate School of Business. He also was an Adjunct Professor for the Business School at Robert Morris University. Since 2001 he has been a member of the Turnaround Management Association and holds their Certified Turnaround Professional (CTP) designation. He is licensed as a Real Estate Broker by the Illinois Department of Financial and Professional Regulation Division of Real Estate, he is a member of the National Association of Realtors, the Illinois Association of Realtors, and the Chicago Association of Realtors. Mr. Busk is also an Associate Member of the Chicago Bar Association.



Mr. Busk can be reached at James.Busk@CreativePlanning.com or (319) 206-7804.

164615672.1