IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit A:

# Schedule of IYS Allowed Unsecured Creditors

# EXHIBIT A

## Schedule of IYS Allowed Unsecured Claims*

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 5 | | #1 | Minnesota Power | | $ 11,303.48 |
| 6 | | #3 | JP Morgan | | $ 39,910.25 |
| 7 | | #8 | Mercedes | | $ 1,330.38 |
| 8 | | #9 | National Carwash Solutions | | $ 1,011.80 |
| 9 | | #10 | McKee Foods | | $ 15,175.44 |
| 10 | | #11 | U.S. Bank | | $ 20,175.99 |
| 11 | | #12 | Huntington | | $ 5,640,225.03 |
| 12 | | #13 | Huntington | | $ 306,214.40 |
| 13 | | #14 | St. Paul Pioneer Press | | $ 4,724.75 |
| 14 | | #15 | St. Paul Pioneer Press | | $ 422.44 |
| 15 | | #16 | St. Paul Pioneer Press | | $ 594.80 |
| 16 | | #17 | St. Paul Pioneer Press | | $ 1,964.08 |
| 17 | | #18 | St. Paul Pioneer Press | | $ 853.93 |
| 18 | | #19 | St. Paul Pioneer Press | | $ 1,362.60 |
| 19 | | #20 | St. Paul Pioneer Press | | $ 276.78 |
| 20 | | #21 | Eby-Brown | | $ 7,092,731.00 |
| 21 | | #22 | M&M | | $ 127,493.92 |
| 22 | | #26 | Pepsi | | $ 122,657.78 |
| 23 | | #27 | VW (lease) - 2020 VW Atlas | | $ 5,483.16 |
| 24 | | #28 | Frito Lay | | $ 106,449.22 |
| 25 | | #29 | Star Tribune | | $ 13,972.64 |
| 26 | | #31 | Fox Capital | | $ 442,005.00 |
| 27 | | #32 | Byzfunder | | $ 153,986.32 |
| 28 | | #33 | Marks Supermarket | | $ 5,200,000.00 |
| 29 | | #34 | Red Bull | | $ 49,965.34 |
| 30 | | #35 | Ohio Dept. of Tax | | $ 149,526.61 |
| 31 | | #38 | Minnesota Revenue | | $ 411.08 |
| 32 | | | American Bottling Company | | $ 6,438.83 |
| 33 | | | Aramark Uniform Service | | $ 22,920.38 |
| 34 | | | Bauer | | $ 1,200.00 |
| 35 | | | Benedict Sales | | $ 4,434.30 |
| 36 | | | Certified Refrigeration | | $ 6,168.00 |
| 37 | | | Coca Cola | | $ 65,383.48 |
| 38 | | | Cook Sign | | $ 1,778.93 |
| 39 | | | Dakota Electric | | $ 2,542.82 |
| 40 | | | Ferguson Electric | | $ 1,068.83 |
| 41 | | | Food and Drug Admin | | $ 638.00 |
| 42 | | | GFL | | $ 2,709.48 |
| 43 | | | Home State Security | | $ 13,950.00 |
| 44 | | | Manistique | | $ 24,155.51 |
| 45 | | | Minn's Air Service | | $ 213.64 |

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 46 |   |   | Monona Plumbing |   | $ 1,213.75 |
| 47 |   |   | OSI |   | $ 1,241.10 |
| 48 |   |   | Pentair |   | $ 500.61 |
| 49 |   |   | Pestop Hya Creek |   | $ 2,552.25 |
| 50 |   |   | Premium Quality Lighting |   | $ 325.00 |
| 51 |   |   | Priority Heating and Cooling |   | $ 2,423.00 |
| 52 |   |   | Rizek, Munadel |   | $ 1,462,316.00 |
| 53 |   |   | Rumke |   | $ 5,408.22 |
| 54 |   |   | Samson |   | $ 4,091,514.00 |
| 55 |   |   | S&F |   | $ 75.00 |
| 56 |   |   | Southern Ohio Door Controls |   | $ 1,360.00 |
| 57 |   |   | Sysco |   | $ 10,929.10 |
| 58 |   |   | U.S. Small Business Admin |   | $ 164,950.66 |
| 59 |   |   | U.S. Small Business Admin |   | $ 165,381.82 |
| 60 |   |   | Volkswagon Credit |   | $ 5,508.16 |
| 61 |   |   | We Energies |   | $ 19,625.78 |
| 62 |   |   | Xcel Energy |   | $ 33,362.98 |
| 63 |   |   |   |   | $ 25,632,517.85 |
| 64 |   |   |   |   |   |
| 65 | * Does not include deficiency claims for motor vehicles surrendered to class 4 claiments | | | | |
| 66 |   |   |   |   |   |
| 67 | ** Includes claims under investigation & distputed including but not limited to EBY- Brown Company,LLC, Huntington National Bank, CrossAmerica Partnership LP | | | | |