IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS Ventures, LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

# Exhibit B:

# Cash Flow Projections

# IYS Ventures, LLC
Budget
July 1, 2024 to December 31, 2029

| Sales and Collections | Year 2024 Jul - Dec* | Year 2025 Jan - Dec | Year 2026 Jan - Dec | Year 2027 Jan - Dec | Year 2028 Jan - Dec | Year 2029 Jan - Dec |
|---|---|---|---|---|---|---|
| **Operating Collections** | | | | | | |
| CAP Collections into Bank Accounts | $18,120,842 | $30,668,310 | $30,913,656 | $31,160,966 | $31,410,253 | $31,724,356 |
| Other Bank Account Collections | - | - | - | - | - | - |
| CAP Collections Allocated to CAP Disbursements | - | - | - | - | - | - |
| **Total Operating Collections** | $17,606,464 | $30,668,310 | $30,913,656 | $31,160,966 | $31,410,253 | $31,724,356 |
| **Non-Operating Collections** | | | | | | |
| Assets Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Non-Operating Collections | - | 800,000 | - | - | - | - |
| **Total Non-Operating Collections** | $ - | $800,000 | $ - | $ - | $ - | $ - |
| **Total Collections** | $17,606,464 | $31,468,310 | $30,913,656 | $31,160,966 | $31,410,253 | $31,724,356 |

| Purchases and Disbursements | Year 2024 Jul - Dec* | Year 2025 Jan - Dec | Year 2026 Jan - Dec | Year 2027 Jan - Dec | Year 2028 Jan - Dec | Year 2029 Jan - Dec |
|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | |
| Fuel | $8,515,390 | $14,567,447 | $14,683,987 | $14,863,781 | $14,982,691 | $15,132,518 |
| Retail Products | 5,453,621 | 9,047,151 | 9,212,270 | 9,285,968 | 9,360,255 | 9,453,858 |
| Utilities | 127,377 | 265,388 | 270,695 | 276,109 | 281,632 | 287,264 |
| Cross America Fees | 288,346 | 460,025 | 463,705 | 467,414 | 471,154 | 475,865 |
| Other Operating Disbursements | 1,051,792 | 1,693,757 | 1,730,232 | 1,742,282 | 1,754,442 | 1,771,987 |
| Payroll and Payroll Expenses | 697,896 | 1,591,085 | 1,613,360 | 1,635,947 | 1,698,847 | 1,815,835 |
| Occupancy Costs | 924,470 | 1,865,348 | 1,884,002 | 1,902,842 | 1,921,870 | 1,941,089 |
| Legal, Expert Witness, and Other Litigation Costs | - | 100,000 | 50,000 | - | - | - |
| Bank Fees and Loan Payments | 88,943 | 319,112 | 363,094 | 367,156 | 371,299 | 375,525 |
| Leasehold Improvements and Maintenance | 6,333 | 38,000 | 38,000 | 38,000 | 38,000 | 38,000 |
| **Total Operating Disbursements** | $17,154,169 | $29,947,313 | $30,309,344 | $30,579,499 | $30,880,189 | $31,291,940 |
| **Plan Payments** | | | | | | |
| Administrative Priority Fee Claims | $ 135,000 | $ 190,000 | $ 190,000 | $ 190,000 | $ 190,000 | $ 190,000 |
| UST Fees | 133,062 | 216,000 | 54,000 | - | - | - |
| Other Administrative Priority Claims | - | - | 61,389 | 61,389 | 61,389 | - |
| Priority Tax Claim – Illinois Lottery (POC 30) | - | 6,949 | 6,949 | 6,949 | 6,370 | - |
| Priority Tax Claim – Minnesota Revenue (POC 38) | - | 1,820 | 1,820 | 1,820 | 1,668 | - |
| Priority Tax Claim - South Dakota Department of Revenue (POC | - | 4,336 | 4,336 | 4,336 | 3,975 | - |
| Priority Tax Claims - Ohio Department of Taxation (POC 35) | - | 74,665 | 74,665 | 74,665 | 74,665 | 74,665 |
| Priority Tax Claims – Wisconsin Department of Revenue | - | 21,155 | 21,155 | 21,155 | 19,392 | - |
| Other Priority Claims - PepsiCo Sales, Inc. (POC 26) | - | 13,456 | 12,335 | - | - | - |
| Class 1(a) Itria Ventures, LLC (POC 24) | 65,000 | 160,019 | 160,019 | 160,019 | 160,019 | 160,019 |
| Class 1(b) Eby-Brown Company, LLC (POC 21) | - | 4,184 | 4,184 | 4,184 | 4,184 | 4,184 |
| Class 2 – The Huntington National Bank Secured Claim (POC 1: | - | 18,653 | 18,653 | 18,653 | 18,653 | 1,554 |
| Class 4(f) Mercedes-Benz Financial Services USA LLC (POC 25 | 4,858 | 14,273 | - | - | - | - |
| Class 5 General Non-Priority Unsecured Claims | - | 800,000 | - | - | - | - |
| **Total Plan Payments** | $337,920 | $1,525,510 | $609,504 | $543,169 | $540,315 | $430,422 |
| **Total Disbursements** | $17,492,089 | $31,472,822 | $30,918,849 | $31,122,668 | $31,420,504 | $31,722,363 |
| **Net Cash Flow** | $114,375 | $(4,512) | $(5,192) | $38,297 | $(10,250) | $1,993 |

| Liquidity | Year 2024 Jul - Dec* | Year 2025 Jan - Dec | Year 2026 Jan - Dec | Year 2027 Jan - Dec | Year 2028 Jan - Dec | Year 2029 Jan - Dec |
|---|---|---|---|---|---|---|
| Cash Balance End of Year | $12,455 | $7,943 | $2,750 | $41,048 | $30,797 | $32,790 |

* Includes Actuals for July 1, 2024 through October 19, 2024