IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on January 8, 2025, at 10:00 a.m., I shall appear before the Honorable Judge David D. Cleary, or any other judge sitting in his stead, either in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below and request a hearing on the Debtor's Objection to The Huntington National Bank's Proof of Claim No. 12, a copy of which is attached hereto and thereby served upon you.

**Important: Only parties and their counsel may appear for presentation of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: http://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is Meeting ID: 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, these motions will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motions in advance without a hearing.



                                                                                          Gregory K. Stern

# CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, hereby certify that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and OBJECTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by U.S. Mail on the 4th day of December, 2024.



                                              /s/ Gregory K. Stern
                                                    Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

**SERVICE LIST**

**Registrants Served Through The Court's Electronic Notice For Registrants**

Adam Brief, Acting United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

William J. Serritella/Yeoeun C. Yoon
Kimberly Ross Clayson/Jillian S. Cole
111 East Wacker Drive, #2600
Chicago, Illinois 60601

Miriam Stein Granek
4711 Golf Road, #200
Skokie, Illinois 60076

Gordon E. Gouveia, Peter C. Buckley
Matthew Higgins, Robert Eisentrout
321 North Clark Street
Suite 1600
Chicago, Illinois 60654

William K. Kane, Matthew T. Benz
321 North Clark Street
32nd Floor
Chicago, Illinois 60654

Shanna M. Kaminski
PO Box 247
Great Lake, MI 49240

John P. Reding
100 West Randolph Street
Suite 13-225
Chicago, Illinois 60601

Ariel Weissberg
125 South Wacker Drive
Suite 300
Chicago, IL 60606

Joseph D. Frank, Jeremy C. Kleinman
1327 West Washington Boulevard
Suite 5 G-H
Chicago, Illinois 60607

James M. Philbrick
P.O. Box 351
Mundelein, IL 60060

Cari Kauffman
180 North LaSalle Street, Suite 2700
Chicago, IL 60607

Cory Steinmetz
Ohio Attorney General
1 Government Center Suite 1340
Toledo, OH 43604

Jennifer M Rinn
P.O. Box 465
Chicago, IL, 60690-0465

Wesley T. Kozeny
12400 Olive Boulevard
Suite 555
St. Louis, MO 63141

Elisabeth M. Von Eitzen
180 East Water Street, Suite 7000
Kalamazoo, Michigan 49007

Matthew Brash
750 Old Hickory Boulevard, Building 2
Suite 150
Brentwood, TN 37027

John J. Morgan
2777 Sumner Street
Stamford, CT 06905

**Parties Served Via United States Mail**

IYS Ventures, LLC
15416 South 70th Court
Orland Park, IL 60462

The Huntington National Bank
Attn: President: Stephen D. Steinour
17 S. High Street
Columbus, Ohio 43215

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES LLC, | ) | Case No. 23-06782 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

**OBJECTION TO THE HUNTINGTON NATIONAL BANK'S CLAIM NO. 12**

Now comes IYS Ventures LLC, Debtor and Debtor-in-Possession, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid, and Rachel S. Sandler, and for its Objection to The Huntington National Bank's Claim No. 12 (the "Objection") pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure, states as follows:

**JURISDICTION AND STATUTORY PREDICATES**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157, 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois and venue of the above-captioned case (the "Chapter 11 Case"), and of this Motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This matter constitutes a core proceeding under 28 U.S.C. §157(b)(2)(A), (B) and (O) and this Court has the Constitutional authority to adjudicate the merits of this Objection. Debtor consents to this Court adjudicating the merits of this Objection and entering a final order disposing of this matter.

3. The predicates for the relief requested herein are 11 U.S.C. §§ 105(a) and Bankruptcy Rule 3007 of the Federal Rules of Bankruptcy Procedure.

**A.      BACKGROUND**

4. On May 23, 2023, the Debtor filed a Voluntary Petition for relief under Chapter 11 of

the United States Bankruptcy Code; and, the Debtor, as Debtor in Possession, has continued in possession of its property, pursuant to §§1107 and 1108; and no trustee has been appointed in this case.

5. On August 9, 2023, The Huntington National Bank ("Huntington") filed a Proof of Claim in the amount of $5,640,225.03 asserting and unsecured claim for a debt arising from "Account overdraft and treble damages" that was assigned Claim No. 12 (the "Proof of Claim") on the Claims Register maintained by the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, a copy of which is attached hereto as Exhibit A and made a part hereof (the "Huntington Proof of Claim" or "Proof of Claim")[1]. The Proof of Claim contained exhibits (Pages 4 - 187) including a Complaint (Exhibit 1, Pages 4 - 32) filed March 6, 2023, in the United States District Court for the Northern District of Illinois, that was assigned case number 23-cv-01368 alleging a variety of allegations arising from overdrafts due to dishonored deposits and ACH deposits and including Breach of Contract (Counts I, II ), Fraud (Count III), Wire Fraud (Count IV), Conspiracy to Commit Wire Fraud (Count V), Bank Fraud (Count VI), Conspiracy to Commit Bank Fraud (Count VII), Civil Conspiracy (Count VIII), Conversion (Count IX) and Unjust Enrichment (Count X) (the "District Court Lawsuit").

7. On July 6, 2023, a default order was entered against all of the party defendants, other than the Debtor, in the District Court Lawsuit; and on July 26, 2023, an Order and Judgment in the amount of $5,829.551.10 was entered in the District Court Lawsuit (the "Judgment"). "The final judgment amount represents treble damages of Plaintiff's actual damages pursuant to 11 U.S.C. §1964(c), Plaintiff's attorneys' fees and costs of this suit pursuant to 11 US.C. §1964(c), and pre-judgment interest on Plaintiff's actual damages." (See, Order and Judgment, page 2, paragraph 3)

---

[1] Due to the voluminous exhibits, only the Official Form 410 is attached as Exhibit A.

8. The Judgment was entered after the Debtor had commenced this case and the automatic stay precluded the entry of judgment against the Debtor. Notwithstanding that the Judgment was not entered against Debtor, Huntington attached the Judgment Order as an exhibit supporting its Proof of Claim No. 12. (See, Proof Claim, exhibits pages 177 – 179)

**C. GROUNDS FOR OBJECTION**

9. Debtor disputes its liability for the amounts asserted in Proof of Claim No. 12 on one or the following grounds:

      A. Debtor committed no action that would entitle Huntington to an award of treble damages;

      B. Debtor disputes the accuracy of the debt of $1,880,075.01 as failing to give credit for all deposits clearing its accounts at Huntington.

WHEREFORE, the Debtor, IYS Ventures, LLC prays for the entry of an order disallowing Huntington's Claim No. 12; and allowing its claim as an non-priority unsecured claim in the correct amount of the accounts between the parties and, for such other relief as this Court deems just.

                                                                       /s/ Gregory K. Stern
                                                                         Gregory K. Stern, Esq.

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558