# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**Honorable:** David D. Cleary

**Hearing Date:** December 12, 2024

**Bankruptcy Case:** 23bk06782

**Adversary No.:**

**Title of:** IYS Ventures, LLC

**Brief Statement of Motion:** Application to Set Hearing on Emergency Motion to allow Claim(s)#21.   EOD #786

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

IT IS ORDERED THAT the Application is GRANTED. The Emergency Motion is to be set for hearing on December 18, 2024, at 10:00 a.m., at 219 S. Dearborn Street, Courtroom 644, Chicago, IL 60604, or via Zoom for Government - Judge Cleary. Movant must file and serve the motion on December 12, 2024. Substantive objections must be filed and served no later than 12:00 p.m. on December 17, 2024. An Amended Notice of Motion including the substantive objection deadline shall be filed and served December 13, 2024.

/s/ David D. Cleary