UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 23-06782 |
| | ) | |
| IYS Ventures, LLC | ) | Chapter: 11 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

**ORDER GRANTING
EBY-BROWN COMPANY, LLC'S EMERGENCY MOTION
FOR ENTRY OF AN ORDER TEMPORARILY ALLOWING CLAIM
FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(A)**

THIS MATTER came before the Court for hearing on December 18, 2024 at 10:00 a.m. (the "Hearing") upon Eby-Brown Company, LLC's Emergency Motion for Entry of an Order Temporarily Allowing Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Docket No. 787] (the "Motion"). Upon consideration of the Motion and all pleadings related thereto, and the representations of counsel at the Hearing,

NOW, THEREORE, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. The Eby-Brown Proof of Claim is temporarily allowed as an unsecured Class 5 Claim in the amount of $7,117,731.00 for purposes of voting on the Plans pursuant to Bankruptcy Rule 3018(a).

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Enter:

Dated:                                                        United States Bankruptcy Judge

**Prepared by:**
William K. Kane (ARDC 6194466)
Matthew T. Benz (ARDC 6343276)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
321 North Clark Street, 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
wkane@sheppardmullin.com
mbenz@sheppardmullin.com

Counsel to Eby-Brown Company, LLC