**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES, LLC, | ) | Case No. 23-06782 |
| | ) | |
| | ) | Hon. David D. Cleary |

**BALLOT FOR ACCEPTING OR REJECTING**
**CROSSAMERICA PARTNERS LP'S AMENDED CHAPTER 11 PLAN OF LIQUIDATION**

Holders of **Class 5 General Unsecured Non-Priority Claims** are entitled to vote to accept or reject CrossAmerica Partners LP's Chapter 11 Plan of Liquidation (the "CAP's Plan"). With this Ballot, you should have received copies of the Disclosure Statement to CAP's Plan and related exhibits including CAP's Plan. The Disclosure Statement provides information to assist you in deciding how to vote your Ballot. You should also have received a separate ballot to vote on Debtor IYS Ventures, LLC's competing Second Amended Plan of Reorganization.

You should review CAP's Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under CAP's Plan. If your ballot is not filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or, for authorized ECF filers, electronically at the Court's website, www.ilnb.uscourts.gov, on or before **December 27, 2024**, your vote will not count as either an acceptance or rejection of CAP's Plan.

If CAP's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, a creditor of the above-named Debtor in the amount of $5,640,225.03.

[**Check One Box**]          [X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

**ALL OTHER CLASSES UNDER CAP PLAN ARE UNIMPAIRED AND THUS INELIGIBLE TO VOTE**

  Print or type name: The Huntington National Bank

  Signature:/s/Kimberly Ross Clayson

  Title (if corporation or partnership):Attorney for The Huntington National Bank

  Address:27777 Franklin Rd. Suite 2500, Southfield, MI 48034

RETURN THIS BALLOT TO: Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604

And return copy to:  Gordon E. Gouveia, Fox Rothschild LLP, 321 N. Clark, Suite 1600, Chicago, IL 60654, or ggouveia@foxrothschild.com

Authorized ECF filers shall file electronically at the Court's website, www.ilnb.uscourts.gov