IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| IYS VENTURES, LLC, | ) | Case No. 23-06782 |
| | ) | |
| | ) | Hon. David D. Cleary |

**BALLOT FOR ACCEPTING OR REJECTING IYS VENTURES, LLC'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED NOVEMBER 14, 2024**

IYS Ventures, LLC, filed its Second Amended Chapter 11 Plan of Reorganization dated November 14, 2024 (the "Plan"). The Court has approved the Debtor's disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. A copy of the Plan and Disclosure Statement are being transmitted with this Ballot. You should review the Disclosure Statement and Plan before you vote and you may wish to seek legal advance concerning the Plan and your classification and treatment under the Plan. Your claim ahs been placed in a Class identified under the Plan. If you hold a claim in more than one class you are entitled to vote in each such class.

If your ballot is not filed on or before **December 27, 2024**, your vote wil not count as either acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE PLAN**

[**If holder of Class 1 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $ _____
    [**Check One Box**]    [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

[**If holder of Class 2 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $ _____
    [**Check One Box**]    [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

[**If holder of Class 3 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $ _____
    [**Check One Box**]    [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

[**If holder of Class 4 Secured Claims**] The undersigned, a creditor of the above-named Debtor in the amount of $ _____
    [**Check One Box**]    [ ] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

[**If holder of Class 5 Unsecured Claims** – General Unsecured Non-Priority Claims] The undersigned, a creditor of the above-named Debtor in the amount of $5,640,225.03,
    [**Check One Box**]    [ ] ACCEPTS THE PLAN    [x] REJECTS THE PLAN

    Print or type name: Kimberly Ross Clayson for The Huntington National Bank

    Signature: /s/Kimberly Ross Clayson _____

    Title (if corporation or partnership): Attorney for The Huntington National Bank

    Address: 27777 Franklin Rd. Suite 2500, Southfield MI 48034

**RETURN THIS BALLOT TO: Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604**

Authorized ECF filers shall file electronically at the Court's website, www.ilnb.uscourts.gov

170412263v1