UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br>   IYS Ventures, LLC <br> <br> <br> <br>         Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case Number:   23-06782 <br> <br>     Chapter:   11 <br>     Honorable David D. Cleary <br>     SELECT IF OUTLYING AREA |

## ORDER DISMISSING CASE AND SHORTENING NOTICE

      This matter coming on to be heard on Debtor, IYS Ventures, LLC's, Motion to Dismiss Chapter 11 Case Pursuant to § 1112 and Rule 2002 of the Federal Rules of Bankruptcy Procedure and Shorten Notice, and this Court having jurisdiction over the parties and subject matter, this Order being subject to the terms of an order being entered on the United States Trustee's Motion to Convert or Dismiss Case Pursuant to § 1112 and Rule 2002 of the Federal Rules of Bankruptcy Procedure and Shorten Notice [eod 930], and being otherwise fully advised in the premises;

  IT IS THEREFORE ORDERED THAT:

  1. Notice pursuant to Bankruptcy Rule 2002 is shortened to the eighteen (18) days' notice provided in the Motion.

  2. The instant Chapter 11 Case is dismissed pursuant to § 1112 effective fourteen (14) days after entry of the order of dismissal.

  3. The Court retains jurisdiction to enforce the terms of the Compromise and Settlement between the CAP Entities and the Debtor.

Enter: /s/ David D. Cleary
MLU

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 3, 2025

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558